AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barry, Maryanne T. | US Court of Appeals 3rd Circuit | 8/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

USPO & Courthouse Bldg
Newark, NJ 07101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. Co-Trustee | Trust #2 |
| 3. Co-Trustee | Trust #3 |
| 4. Co-Trustee | Trust #6 |
| 5. Co-Trustee | Trust #7 |
| 6. Co-Trustee | Trust #19 |
| 7. Trustee | Trust #25 |
| 8. Trustee | Trust #26 |
| 9. Trustee | Trust #28 |
| 10. Trustee | Trust #29 |
| 11. Trustee | Trust #30 |
| 12. Trustee | Trust #31 |
| 13. Trustee | Trust #32 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #2 Brooklyn, NY | E | Rent | J | U | | | | | |
| 2. Rental Property #16 Brooklyn, NY | C | Rent | J | U | | | | | |
| 3. Rental Property #17 Brooklyn, NY | B | Rent | J | U | | | | | |
| 4. Rental Property #22 Brooklyn, NY | E | Rent | J | U | | | | | |
| 5. Rental Property #11 Brooklyn, NY | A | Rent | L | U | | | | | |
| 6. Rental Property #10 Brooklyn, NY | A | Rent | J | U | | | | | |
| 7. ▓▓▓▓ Trust #6 - List of Assets | E | Dividend | P1 | T | | | | | |
| 8. - CAPITAL INCOME BUILDER INC | | | | | Sold (part) | 1/27/11 | J | | |
| 9. | | | | | Sold (part) | 4/28/11 | J | | |
| 10. | | | | | Sold (part) | 7/28/11 | J | | |
| 11. | | | | | Sold (part) | 10/26/11 | J | | |
| 12. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 13. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 14. - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 15. ▓▓▓ Trust #7 - List of assets: | B | Interest | P1 | T | | | | | |
| 16. - CASH JP MORGAN CHASE | | | | | | | | | |
| 17. ▓▓▓ Trust #15 - List of assets: | D | Int./Div. | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and B4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 19. | - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 20. | - JPMORGAN TAX AWARE US EQUITY FUND | | | | | | | | | |
| 21. | - JPMORGAN INTREPID AMERICA FUND | | | | | Sold | 1/7/11 | K | B | |
| 22. | - JPMORGAN SMALL CAP CORE FUND | | | | | Sold (part) | 10/21/11 | J | | |
| 23. | - JPMORGAN TAX AWARE REAL RETURN FUND | | | | | | | | | |
| 24. | - JP MORGAN MUNICIPAL INCOME FUND | | | | | Sold | 6/1/11 | K | B | |
| 25. | - MATTHEWS PACIFIC TIGER FUND | | | | | Sold (part) | 2/8/11 | J | A | |
| 26. | | | | | | Sold (part) | 12/6/11 | J | A | |
| 27. | - DODGE & COX INT'L STOCK | | | | | Buy (add'l) | 2/8/11 | J | | |
| 28. | | | | | | Sold (part) | 1/7/11 | J | | |
| 29. | | | | | | Sold (part) | 12/6/11 | J | | |
| 30. | - THE OSTERWEIS FUND | | | | | Buy (add'l) | 8/18/11 | J | | |
| 31. | - FMI FDS INC | | | | | | | | | |
| 32. | - JPMORGAN US LARGE CAP CORE PLUS FUND | | | | | Sold (part) | 1/7/11 | J | A | |
| 33. | - MANNING & NAPIER FUND INC | | | | | Buy (add'l) | 8/18/11 | J | | |
| 34. | - JP MORGAN INT'L CURRENCY | | | | | Buy (add'l) | 8/18/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - PAYDEN HIGH INCOME FD | | | | | | | | | |
| 36. - JP MORGAN STRATEGIC INCOME | | | | | | | | | |
| 37. - ARTISAN INTL VALUE FUND- INV | | | | | Buy (add'l) | 2/8/11 | J | | |
| 38. - HIGHBRIDGE DYNAMIC COMMODITIES | | | | | Buy | 1/7/11 | J | | |
| 39. | | | | | Buy (add'l) | 12/6/11 | J | | |
| 40. - DREYFUS/LAUREL FDS | | | | | Buy (add'l) | 8/18/11 | J | | |
| 41. - EATON VANCE MUT FDS - FLT RT | | | | | Buy (add'l) | 6/1/11 | J | | |
| 42. - EATON VANCE MUT FDS - GLOBAL MACRO - I | | | | | Sold (part) | 8/18/11 | J | | |
| 43. - MKT NEUTRL SEL | | | | | Distributed | 1/1/11 | J | | |
| 44. - ABERDEEN ASIA PACIFIC EX JAPAN | | | | | Sold (part) | 2/8/11 | J | A | |
| 45. | | | | | Sold (part) | 12/6/11 | J | A | |
| 46. - VANGUARD EMERGING MARKET | | | | | Buy (add'l) | 1/11/11 | J | | |
| 47. | | | | | Sold (part) | 12/8/11 | J | | |
| 48. - JP MORGAN RESEARCH MARKET NEUTRAL | | | | | Sold | 8/18/11 | J | | |
| 49. - ARBITRAGE FUNDS | | | | | | | | | |
| 50. - ISHARES S&P MIDCAP 400 INDEX FUND | | | | | Buy | 1/11/11 | J | | |
| 51. | | | | | Buy (add'l) | 8/22/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - ISHARES RUSSELL 1000 GROWTH INDEX FUND | | | | | Buy | 1/11/11 | J | | |
| 53. - JPMORGAN TR I GROWTH ADVANTAGE FUND | | | | | Buy | 1/7/11 | J | | |
| 54. - JPM INTERMEDIATE TAX FREE BD FD | | | | | Buy | 6/1/11 | K | | |
| 55. | | | | | Sold (part) | 8/18/11 | J | | |
| 56. Trust #16 - List of assets: | C | Int./Div. | M | T | | | | | |
| 57. - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 58. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 59. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | Sold (part) | 6/1/11 | J | A | |
| 60. - JPMORGAN INTREPID AMERICA FUND | | | | | Sold | 1/7/11 | J | B | |
| 61. - JPMORGAN SMALL CAP CORE | | | | | Sold (part) | 10/21/11 | J | | |
| 62. - JP MORGAN TAX AWARE REAL RETURN FUND | | | | | | | | | |
| 63. - JP MORGAN MUNICIPAL INCOME FUND | | | | | Sold | 6/1/11 | K | A | |
| 64. - MATTHEWS PACIFIC TIGER FUND | | | | | Sold (part) | 2/8/11 | J | A | |
| 65. | | | | | Sold (part) | 12/6/11 | J | A | |
| 66. - DODGE & COX INT'L STOCK | | | | | Buy (add'l) | 2/8/11 | J | | |
| 67. | | | | | Sold (part) | 1/7/11 | J | | |
| 68. | | | | | Sold (part) | 12/6/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - MANNING & NAPIER FUND | | | | | | | | | |
| 70. - JPMORGAN US LARGE CAP CORE PLUS FUND | | | | | Sold (part) | 1/7/11 | J | A | |
| 71. - EATON VANCE SPL INV | | | | | Distributed | 1/1/11 | J | | |
| 72. - FMI FDS INC | | | | | | | | | |
| 73. - THE OSTERWEIS FUND | | | | | | | | | |
| 74. - JP MORGAN INT'L CURRENCY | | | | | | | | | |
| 75. - PAYDEN HIGH INCOME FD | | | | | | | | | |
| 76. - JP MORGAN STRATEGIC INCOME | | | | | | | | | |
| 77. - ARTISAN INTL VALUE FUND- INV | | | | | Buy (add'l) | 2/8/11 | J | | |
| 78. - HIGHBRIDGE DYNAMIC COMMODITIES | | | | | Buy (add'l) | 12/6/11 | J | | |
| 79. - DREYFUS/LAUREL FDS | | | | | Buy (add'l) | 6/1/11 | J | | |
| 80. - EATON VANCE MUT FDS FLT RT | | | | | Buy (add'l) | 6/1/11 | J | | |
| 81. - EATON VANCE MUT FDS- GLOBAL MACRO | | | | | | | | | |
| 82. - MARKET NEUTRAL SEL | | | | | Distributed | 1/1/11 | J | | |
| 83. - ABERDEEN ASIA PACIFIC EX JAPAN | | | | | Sold (part) | 2/8/11 | J | A | |
| 84. | | | | | Sold (part) | 12/6/11 | J | A | |
| 85. - VANGUARD EMERGING MARKET | | | | | Buy (add'l) | 1/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 12/8/11 | J | | |
| 87. - JPMORGAN RESEARCH MARKET NEUTRAL | | | | | Sold | 8/18/11 | J | | |
| 88. - ARBITRAGE FUNDS | | | | | | | | | |
| 89. - JPMORGAN TR I GROWTH ADVANTAGE FUND SELECT | | | | | Buy | 1/7/11 | J | | |
| 90. - ISHARES RUSSELL 1000 GROWTH INDEX FUND | | | | | Buy | 1/11/11 | J | | |
| 91. - JPM INTERMEDIATE TAX FREE BD | | | | | Buy | 6/1/11 | K | | |
| 92. - ISHARES S&P MIDCAP 400 INDEX FUND | | | | | Buy | 8/22/11 | J | | |
| 93. ▨ Trust #17 - List of assets: | E | Int./Div. | P1 | T | | | | | |
| 94. - Cash - JPMorgan Tax Free Money Market | | | | | | | | | |
| 95. - JPMorgan Tax Aware US Equity Fund | | | | | Sold (part) | 1/7/11 | K | C | |
| 96. | | | | | Sold (part) | 8/17/11 | K | A | |
| 97. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 98. - JPMORGAN INTREPID AMERICA FUND | | | | | Sold | 1/7/11 | L | D | |
| 99. - JPMORGAN SMALL CAP CORE FUND | | | | | Sold (part) | 6/1/11 | L | | |
| 100. | | | | | Sold | 6/21/11 | K | | |
| 101. - JP MORGAN TAX AWARE REAL RETURN FUND | | | | | | | | | |
| 102. - JP MORGAN MUNICIPAL INCOME FUND | | | | | Sold (part) | 4/18/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold (part) | 4/28/11 | L | A | |
| 104. | | | | | Sold | 6/1/11 | L | B | |
| 105. - MATTHEWS PACIFIC TIGER FUND | | | | | Sold (part) | 2/8/11 | K | B | |
| 106. | | | | | Sold (part) | 12/6/11 | J | B | |
| 107. - DODGE & COX INT'L STOCK | | | | | Buy (add'l) | 2/8/11 | K | | |
| 108. | | | | | Sold (part) | 1/7/11 | L | | |
| 109. | | | | | Sold (part) | 10/21/11 | K | | |
| 110. | | | | | Sold | 12/6/11 | K | | |
| 111. - ISHARES RUSSELL MIDCAP INDEX | | | | | Sold | 1/11/11 | K | D | |
| 112. - FMI FDS INC | | | | | | | | | |
| 113. - JPMORGAN US LARGE CAP CORE | | | | | Sold (part) | 1/7/11 | L | C | |
| 114. - MANNING & NAPIER FUNDS | | | | | Sold (part) | 10/21/11 | J | A | |
| 115. - THE OSTERWEIS FUND | | | | | Sold (part) | 10/6/11 | J | | |
| 116. - JP MORGAN INT'L CURRENCY | | | | | | | | | |
| 117. - PAYDEN HIGH INCOME FD | | | | | | | | | |
| 118. - JP MORGAN STRATEGIC INCOME | | | | | | | | | |
| 119. - ABERDEEN ASIA PACIFIC EX JAPAN | | | | | Sold (part) | 2/8/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 3/31/11 | K | C | |
| 121. | | | | | Sold (part) | 10/21/11 | J | B | |
| 122. - ARTISAN INTL VALUE FUND | | | | | Sold (part) | 12/6/11 | J | A | |
| 123. - HIGHBRIDGE DYNAMIC COMMODITIES | | | | | | | | | |
| 124. - DREYFUS/LAUREL FDS | | | | | Buy (add'l) | 8/17/11 | J | | |
| 125. - EATON VANCE MUT FDS FLT RT | | | | | Buy (add'l) | 5/31/11 | K | | |
| 126. - EATON VANCE MUT FDS- GLOBAL MACRO | | | | | Sold (part) | 8/17/11 | J | | |
| 127. - VANGUARD EMERGING MARKET | | | | | Buy (add'l) | 1/11/11 | L | | |
| 128. | | | | | Sold (part) | 10/25/11 | J | | |
| 129. | | | | | Sold (part) | 12/8/11 | K | | |
| 130. - GS GOLD CPN NOTE 10/7/11 | | | | | Redeemed | 10/14/11 | K | C | |
| 131. - JPMORGAN RESEARCH MARKET NEUTRAL | | | | | Sold | 8/17/11 | K | | |
| 132. - ARBITRAGE FUNDS | | | | | | | | | |
| 133. - JPMORGAN TR 1 | | | | | Buy | 1/7/11 | L | | |
| 134. - ISHARES S&P MIDCAP 400 INDEX FUND | | | | | Buy | 1/11/11 | L | | |
| 135. - ISHARES RUSSELL 1000 GROWTH INDEX | | | | | Buy | 1/11/11 | L | | |
| 136. - MS CALLABLE REN SPX 2/8/12 | | | | | Buy | 2/1/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Redeemed | 4/29/11 | K | C | |
| 138. - BARC BREN EAFE 2/23/12 | | | | | Buy | 2/9/11 | K | | |
| 139. - BARC CONT BUFF EEQ SPX 7/5/12 | | | | | Buy | 6/22/11 | K | | |
| 140. - GS BREN EAFE 3/21/12 | | | | | Buy | 3/10/11 | K | | |
| 141. - GS BREN EAFE 6/20/12 | | | | | Buy | 6/8/11 | K | | |
| 142. - HSBC BREN ASIA BASKET 4/4/12 | | | | | Buy | 3/23/11 | K | | |
| 143. - SG BREN EAFE 4/18/12 10% | | | | | Buy | 4/6/11 | K | | |
| 144. - DB REN SPX 4/25/12 8.65% | | | | | Buy | 4/14/11 | K | | |
| 145. - DB REN SPX 5/16/12 | | | | | Buy | 4/29/11 | K | | |
| 146. - JPM INTERMEDIATE TAX FREE BD FD | | | | | Buy | 5/31/11 | M | | |
| 147. | | | | | Sold (part) | 10/6/11 | K | A | |
| 148. - DB 95% PPN FX BASKET 2/1/13 LNKED TO MXN INR | | | | | Buy | 8/3/11 | J | | |
| 149. - MS MARKET PLUS SPX 2/15/13 | | | | | Buy | 8/19/11 | K | | |
| 150. - BARC 93% PPN BRIC BASKET 9/13/13 | | | | | Buy | 9/14/11 | J | | |
| 151. - HSBC CONT BUFF EQ SPX 10/17/12 | | | | | Buy | 10/5/11 | K | | |
| 152. - GS MARKET PLUS GOLD NOTE 10/22/12 | | | | | Buy | 10/17/11 | J | | |
| 153. - GS BREN EEM 11/5/12 10% BUFFER | | | | | Buy | 10/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - BARC BREN COMMODITY BSKT 12/19/13 | | | | | Buy | 12/21/11 | J | | |
| 155. Trust #1 - List of assets: | D | Dividend | N | T | | | | | |
| 156. - Capital Core Bond Fund | | | | | Sold (part) | 3/3/11 | J | | |
| 157. | | | | | Sold (part) | 4/26/11 | J | A | |
| 158. | | | | | Sold (part) | 7/27/11 | J | A | |
| 159. | | | | | Sold (part) | 10/26/11 | J | | |
| 160. - SSGA US Gov Money Market Fund | | | | | | | | | |
| 161. Trust #2 - List of assets: | D | Dividend | O | T | | | | | |
| 162. - Capital Core Bond Fund | | | | | Sold (part) | 3/3/11 | J | | |
| 163. | | | | | Sold (part) | 4/28/11 | J | A | |
| 164. | | | | | Sold (part) | 7/27/11 | J | A | |
| 165. | | | | | Sold (part) | 10/26/11 | J | | |
| 166. - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 167. Trust #3 - List of assets: | A | Interest | K | T | | | | | |
| 168. - CASH - JP MORGAN CHASE | | | | | | | | | |
| 169. CASH - JP MORGAN CHASE | B | Interest | P1 | T | | | | | |
| 170. CAPITAL GUARDIAN: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - AIR PRODUCTS & CHEMICALS (X) (Y) | A | Dividend | | | | | | | |
| 172. - ILLINOIS TOOL WORKS INC (X) (Y) | A | Dividend | | | | | | | |
| 173. - COMCAST CORP (X) (Y) | A | Dividend | | | | | | | |
| 174. - IRON MOUNTAIN INC (X) (Y) | A | Dividend | | | | | | | |
| 175. - JPMORGAN CHASE & CO (X) (Y) | A | Dividend | | | | | | | |
| 176. - KRAFT FOODS INC (X) (Y) | A | Dividend | | | | | | | |
| 177. - LOWES COMPANIES INC (X) (Y) | A | Dividend | | | | | | | |
| 178. - MARSH & MCLENNAN COS INC (X) (Y) | A | Dividend | | | | | | | |
| 179. - MONSANTO CO NEW COM (X) (Y) | A | Dividend | | | | | | | |
| 180. - ORACLE CORP (X) (Y) | A | Dividend | | | | | | | |
| 181. - PHILIP MORRIS INTERNATIONAL INC (X) (Y) | A | Dividend | | | | | | | |
| 182. - REPUBLIC SERVICES INC (X) (Y) | A | Dividend | | | | | | | |
| 183. - VERIZON COMMUNICATIONS (X) (Y) | A | Dividend | | | | | | | |
| 184. - CANON INC (X) (Y) | A | Dividend | | | | | | | |
| 185. - FIRSTGROUP PLC (X) (Y) | A | Dividend | | | | | | | |
| 186. - IMPERIAL TOBACCO PLC (X) (Y) | A | Dividend | | | | | | | |
| 187. - PERNOD RICARD SA (X) (Y) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - SONOVA HOLDING AG (X) (Y) | A | Dividend | | | | | | | |
| 189.  - TORONTO-DOMINION BANK (X) (Y) | A | Dividend | | | | | | | |
| 190.  - DBS GROUP HOLDINGS LTD (X) | | None | | | Sold | 7/26/11 | J | A | |
| 191.  - ARIZON A HEALTH FACS AUTH HOSP 2/1/42 (X) (Y) | C | Interest | | | | | | | |
| 192.  - NY ST TWY AU AMBAC 5% 4/1/2019 (X) | D | Interest | N | T | | | | | |
| 193.  - PORT AUTH NY/NJ SER 163 5.0% 7/15/21 (X) | D | Interest | N | T | | | | | |
| 194.  - NYC TFA B 5.0% 8/1/2021 | E | Interest | N | T | | | | | |
| 195.  - IL STATE TOLL HWY B 5.5% 1/1/2033 (Y) | D | Interest | | | | | | | |
| 196.  - NY ST ENVIRON FAC CLEAN WTR 5.25% 6/15/12 | D | Interest | M | T | | | | | |
| 197.  - NY ST HSG PIT REV 5.0% 9/15/2025 | C | Interest | M | T | | | | | |
| 198.  - NY ST THRUWAY (2ND BRDGE & HWY) 5.0% 4/1/13 (Y) | C | Interest | | | | | | | |
| 199.  - NY CITY MUNI WTR AUTH FF 5.0% 6/15/16 (Y) | C | Interest | N | T | | | | | |
| 200.  - NY LGAC 5.0% 4/1/2013 | D | Interest | M | T | | | | | |
| 201.  - NY ST DORM AUTH ST UNIV MBIA 5.0% 7/1/15 | D | Interest | N | T | | | | | |
| 202.  - DC WTR & SWR REV SER A SF 4.80% 10/1/2024 | E | Interest | N | T | | | | | |
| 203.  - GA HIED FIN AUTH USG RE SF 6.0% 6/15/2028 (Y) | D | Interest | | | | | | | |
| 204.  - NY DORM AUTH SVC CONTRACT 4.375% 4/1/11 | C | Interest | | | Sold | 4/1/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - NY CITY TFA A 5.5% 11/1/2026 | E | Interest | | | Sold | 11/01/11 | N | | |
| 206. - NY CITY MUNI WTR AUTH 09EE 5.0% 6/15/18 | D | Interest | N | T | | | | | |
| 207. - NY MTA TRIBOROUGH B&T SER A 5% 11/15/16 | E | Interest | O | T | | | | | |
| 208. - MTA NY (P) 5% 11/15/23 | E | Interest | M | T | | | | | |
| 209. - NY SALES TAX REC MBIA 5.0% 10/15/21 | E | Interest | M | T | | | | | |
| 210. - NY ST DORM AUTH PERS INC TAX 5% 3/15/18 | E | Interest | O | T | | | | | |
| 211. - NY ST THRUWAY (2ND BRG & HWY) 5.0% 4/1/22 | C | Interest | M | T | | | | | |
| 212. - NY ST URB DEV CORP PREFER 5.0% 3/15/33 (Y) | E | Interest | | | | | | | |
| 213. - LI PWR AUTH NY 2010A 5.0% 5/1/2014 | D | Interest | M | T | | | | | |
| 214. - NY ST EGY PCR NYSEG B (MPT) 3.0% 2/1/29 | C | Interest | M | T | | | | | |
| 215. - PR ELEC PWR AUTH NN PREFER 5.5% 7/1/18 | C | Interest | M | T | | | | | |
| 216. - NY DORM AUTH MT SINAI HOSP 5.0% 7/1/14 | D | Interest | M | T | | | | | |
| 217. - NYC HLTH AND HOSP 5.0% 2/15/20 | D | Interest | N | T | | | | | |
| 218. - NYC HLTH/HOSP CORP FSA 4.05% 2/15/11 | C | Interest | | | Sold | 2/15/11 | M | | |
| 219. - MONROE CO NY UNITY HOSP ROCHESTER FHA 5.0% 2/15/15 | C | Interest | M | T | | | | | |
| 220. - MONROE CO NY UNITY HOSP ROCHESTER FHA 5.0% 2/15/17 | D | Interest | M | T | | | | | |
| 221. - ATLANTA GA ARPT 10C 5.0% 1/1/19 (Y) | D | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. - SAN ANTONIO E/G REV 5.0% 2/1/18 (Y) | D | Interest | | | | | | | |
| 223. - MET TRANS AUTH NY 4.0% 11/15/14 | D | Interest | M | T | | | | | |
| 224. - MET TRANS AUTH NY MBIA 5% 11/15/2015 | D | Interest | N | T | | | | | |
| 225. - NEW YORK CITY GO 5.0% 8/1/18 | E | Interest | O | T | | | | | |
| 226. - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 227. - NY ST DORM AUTH 11A 5.0% 10/1/18 (Y) | | None | | | Buy | 5/13/11 | N | | |
| 228. - NY ST DORM SUNY 11A 5.0% 7-01-17 | | None | N | T | Buy | 7/6/11 | N | | |
| 229. - NY DORM LONG ISLAND 11A 4.0% 5/01/18 | | None | M | T | Buy | 10/6/11 | M | | |
| 230. - MTA NY TRANSRT REV SER 11C 5.0% 11/15/19 | | None | M | T | Buy | 11/10/11 | M | | |
| 231. Rental Property #14, Norfolk, VA | E | Rent | M | U | | | | | |
| 232. Rental Property #15, Norfolk, VA | E | Rent | N | U | | | | | |
| 233. AMERICAN FUNDS IRA - LIST OF ASSETS | C | Dividend | M | T | | | | | |
| 234. - EUROPACIFIC GROWTH | | | | | | | | | |
| 235. - THE GROWTH FUND OF AMERICA | | | | | | | | | |
| 236. - CAPITAL INCOME BUILDER | | | | | | | | | |
| 237. Trust #19 - List of Assets: | H1 | Int./Div. | P3 | T | | | | | |
| 238. - Capital Core Bond Fund (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Sonova Holding AG | | | | | Buy (add'l) | 2/24/11 | K | | |
| 240. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 241. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 242. | | | | | Buy (add'l) | 3/08/11 | K | | |
| 243. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 244. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 245. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 246. | | . | | | Buy (add'l) | 3/9/11 | J | | |
| 247. | | | | | Sold (part) | 3/30/11 | K | A | |
| 248. | | | | | Buy (add'l) | 4/7/11 | K | | |
| 249. | | | | | Sold (part) | 8/24/11 | J | | |
| 250. | | | | | Sold (part) | 8/25/11 | J | | |
| 251. | | | | | Sold (part) | 8/26/11 | J | | |
| 252. | | | | | Sold (part) | 8/26/11 | J | | |
| 253. | | | | | Sold (part) | 8/29/11 | J | | |
| 254. | | | | | Sold (part) | 8/30/11 | J | | . |
| 255. - ROGERS COMMUNICATION | | | | | Sold | 1/14/11 | L | E | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)             U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. - MURATA MANUFACTURING | | | | | Buy (add'l) | 1/25/11 | K | | |
| 257. | | | | | Sold (part) | 8/11/11 | K | | |
| 258. | | | | | Sold (part) | 8/11/11 | K | B | |
| 259. - BROADCOM CORP | | | | | Buy (add'l) | 6/9/11 | M | | |
| 260. | | | | | Buy (add'l) | 6/22/11 | K | | |
| 261. | | | | | Buy (add'l) | 7/8/11 | K | | |
| 262. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 263. - DBS GROUP HOLDINGS | | | | | Sold (part) | 7/26/11 | J | A | |
| 264. - EDISON INTERNATIONAL | | | | | Sold (part) | 6/22/11 | J | B | |
| 265. | | | | | Sold (part) | 6/22/11 | J | B | |
| 266. | | | | | Sold (part) | 6/23/11 | J | B | |
| 267. | | | | | Sold (part) | 6/23/11 | K | C | |
| 268. | | | | | Sold (part) | 10/18/11 | J | | |
| 269. - FIRST SOLAR INC | | | | | Sold | 2/4/11 | L | E | |
| 270. | | | | | Buy | 8/8/11 | L | | |
| 271. | | | | | Buy (add'l) | 9/26/11 | J | | |
| 272. | | | | | Buy (add'l) | 9/27/11 | K | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes           Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment               T =Cash Market
   (See Column C2)               U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Buy (add'l) | 9/28/11 | J | | |
| 274. | | | | | Sold (part) | 11/4/11 | J | | |
| 275. | | | | | Sold (part) | 11/7/11 | K | | |
| 276. - JUNIPER NETWORKS | | | | | Sold | 12/14/11 | J | | |
| 277. - RICHEMONT AG | | | | | Buy (add'l) | 10/10/11 | K | | |
| 278. | | | | | Buy (add'l) | 10/11/11 | K | | |
| 279. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 280. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 281. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 282. | | | | | Buy (add'l) | 10/31/11 | K | | |
| 283. | | | | | Buy (add'l) | 12/8/11 | K | | |
| 284. - SWISSCOM AG REG | | | | | Sold (part) | 1/5/11 | J | B | |
| 285. | | | | | Sold (part) | 1/5/11 | J | A | |
| 286. | | | | | Sold (part) | 1/5/11 | J | A | |
| 287. - HDFC BANK LTD | | | | | | | | | |
| 288. - KEYENCE CORP | | | | | Sold (part) | 8/11/11 | L | E | |
| 289. - MAXIM INTEGRATED PRODS INC | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - LI & FUNG | | | | | Buy (add'l) | 8/18/11 | J | | |
| 291. | | | | | Buy (add'l) | 8/19/11 | J | | |
| 292.  - SAP | | | | | Sold (part) | 1/5/11 | K | D | |
| 293.  - HONG KONG & CHINA GAS | | | | | Sold (part) | 6/7/11 | J | | |
| 294.  - COCA-COLA AMATIL | | | | | Sold (part) | 1/5/11 | K | D | |
| 295. | | | | | Sold (part) | 1/5/11 | J | A | |
| 296. | | | | | Sold (part) | 1/5/11 | J | C | |
| 297. | | | | | Sold | 6/20/11 | M | F | |
| 298.  - EMERSON ELEC | | | | | | | | | |
| 299.  - GENERAL ELECTRIC CO | | | | | Buy (add'l) | 8/9/11 | K | | |
| 300.  - SIEMENS | | | | | Sold (part) | 3/15/11 | M | | |
| 301. | | | | | Sold (part) | 6/13/11 | J | A | |
| 302. | | | | | Sold (part) | 6/13/11 | K | E | |
| 303. | | | | | Sold (part) | 8/5/11 | K | B | |
| 304. | | | | | Sold (part) | 8/5/11 | L | E | |
| 305. | | | | | Sold | 12/2/11 | K | D | |
| 306.  - ILLINOIS TOOL WORKS | | | | | Sold (part) | 8/2/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 8/3/11 | K | C | |
| 308. | | | | | Sold (part) | 8/10/11 | K | | |
| 309. | | | | | Sold (part) | 8/11/11 | J | | |
| 310.  - NESTLE SA | | | | | Sold (part) | 8/11/11 | K | D | |
| 311. | | | | | Buy (add'l) | 9/20/11 | K | | |
| 312.  - PEPSICO INC | | | | | Buy (add'l) | 1/1/11 | K | | |
| 313. | | | | | Buy (add'l) | 1/13/11 | J | | |
| 314. | | | | | Sold (part) | 2/18/11 | K | | |
| 315. | | | | | Sold (part) | 2/18/11 | K | D | |
| 316. | | | | | Sold (part) | 4/6/11 | K | D | |
| 317. | | | | | Sold (part) | 4/7/11 | J | C | |
| 318.  - NOVO NORDISK | | | | | Sold (part) | 8/11/11 | K | D | |
| 319.  - SCHLUMBERGER | | | | | Sold (part) | 3/9/11 | L | D | |
| 320. | | | | | Buy (add'l) | 10/14/11 | M | | |
| 321. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 322.  - UNION PACIFIC | | | | | Sold (part) | 1/26/11 | K | D | |
| 323. | | | | | Sold (part) | 1/27/11 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Sold (part) | 8/9/11 | L | E | |
| 325. - HSBC HLDGS | | | | | Buy (add'l) | 1/25/11 | K | | |
| 326. | | | | | Sold (part) | 6/13/11 | K | | |
| 327. | | | | | Sold (part) | 6/13/11 | L | | |
| 328. - AIR PRODUCTS & CHEMS | | | | | | | | | |
| 329. - BHP BILLITON | | | | | Sold (part) | 8/11/11 | K | E | |
| 330. - RIO TINTO | | | | | Buy (add'l) | 3/10/11 | K | | |
| 331. | | | | | Sold (part) | 8/11/11 | K | B | |
| 332. | | | | | Sold (part) | 8/11/11 | K | | |
| 333. | | | | | Sold (part) | 10/10/11 | K | | |
| 334. - ROYAL DUTCH | | | | | Sold (part) | 8/11/11 | L | | |
| 335. - TESCO | | | | | Buy (add'l) | 1/1/11 | J | | |
| 336. | | | | | Sold (part) | 2/7/11 | J | | |
| 337. | | | | | Sold (part) | 2/7/11 | J | | |
| 338. | | | | | Sold (part) | 2/7/11 | J | | |
| 339. | | | | | Sold (part) | 2/8/11 | J | | |
| 340. | | | | | Sold (part) | 2/8/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 9/21/11 | K | | |
| 342. | | | | | Sold (part) | 9/21/11 | K | | |
| 343. | | | | | Sold (part) | 9/23/11 | K | | |
| 344. | | | | | Sold (part) | 9/23/11 | K | | |
| 345. | | | | | Sold (part) | 9/26/11 | J | | |
| 346. | | | | | Sold (part) | 9/27/11 | J | | |
| 347. | | | | | Sold (part) | 9/29/11 | J | | |
| 348. | | | | | Sold (part) | 10/3/11 | J | | |
| 349. | | | | | Sold (part) | 10/5/11 | J | A | |
| 350. | | | | | Sold (part) | 10/5/11 | J | A | |
| 351. - ANGLO AMERICAN PLC | | | | | Sold | 8/10/11 | K | | |
| 352. - NATIONAL GRID PLC | | | | | Buy (add'l) | 1/1/11 | J | | |
| 353. - UNITED TECHNOLOGIES | | | | | Buy (add'l) | 1/24/11 | K | | |
| 354. | | | | | Buy (add'l) | 2/3/11 | K | | |
| 355. | | | | | Buy (add'l) | 2/4/11 | K | | |
| 356. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 357. | | | | | Buy (add'l) | 2/7/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 2/8/11 | J | | |
| 359. | | | | | Buy (add'l) | 2/9/11 | J | | |
| 360. | | | | | Buy (add'l) | 2/10/11 | J | | |
| 361. | | | | | Buy (add'l) | 2/11/11 | J | | |
| 362. | | | | | Buy (add'l) | 2/14/11 | J | | |
| 363. - DIAGEO | | | | | | | | | |
| 364. - COSTCO | | | | | | | | | |
| 365. - LOWES COMPANIES INC | | | | | Sold (part) | 9/13/11 | K | | |
| 366. | | | | | Sold (part) | 9/14/11 | M | | |
| 367. | | | | | Sold | 9/14/11 | K | | |
| 368. - AMERICAN WATER WORKS | | | | | Sold (part) | 2/4/11 | K | D | |
| 369. | | | | | Sold (part) | 2/4/11 | K | C | |
| 370. | | | | | Sold (part) | 2/7/11 | K | D | |
| 371. | | | | | Sold (part) | 2/8/11 | J | A | |
| 372. | | | | | Sold (part) | 2/8/11 | J | A | |
| 373. | | | | | Sold (part) | 2/9/11 | J | B | |
| 374. | | | | | Sold (part) | 2/10/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 2/11/11 | K | C | |
| 376. | | | | | Sold (part) | 2/14/11 | K | D | |
| 377. | | | | | Sold (part) | 2/14/11 | J | C | |
| 378. | | | | | Sold (part) | 2/15/11 | J | B | |
| 379. | | | | | Sold (part) | 3/4/11 | J | A | |
| 380. | | | | | Sold (part) | 3/7/11 | J | A | |
| 381. | | | | | Sold (part) | 3/8/11 | J | B | |
| 382. | | | | | Sold (part) | 3/9/11 | J | B | |
| 383. | | | | | Sold (part) | 3/10/11 | J | A | |
| 384. | | | | | Sold (part) | 3/11/11 | J | B | |
| 385. | | | | | Sold (part) | 3/14/11 | J | A | |
| 386. | | | | | Sold (part) | 3/16/11 | J | B | |
| 387. | | | | | Sold (part) | 3/17/11 | J | A | |
| 388. | | | | | Sold (part) | 3/18/11 | J | A | |
| 389. | | | | | Sold (part) | 3/21/11 | J | A | |
| 390. | | | | | Sold (part) | 3/21/11 | J | A | |
| 391. | | | | | Sold (part) | 3/22/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Sold (part) | 3/24/11 | J | B | |
| 393. | | | | | Sold (part) | 3/29/11 | J | A | |
| 394. | | | | | Sold | 3/30/11 | J | A | |
| 395. - UNITEDHEALTH GROUP | | | | | | | | | |
| 396. - OMNICOM GROUP | | | | | | | | | |
| 397. - AGILENT TECH | | | | | | | | | |
| 398. - FEDEX | | | | | Sold (part) | 7/18/11 | J | C | |
| 399. | | | | | Sold (part) | 10/6/11 | K | D | |
| 400. | | | | | Sold (part) | 10/7/11 | J | C | |
| 401. - KRAFT FOODS | | | | | Buy (add'l) | 4/13/11 | K | | |
| 402. | | | | | Sold (part) | 8/22/11 | K | B | |
| 403. | | | | | Sold (part) | 8/23/11 | K | D | |
| 404. - SUNCOR ENERGY | | | | | | | | | |
| 405. - BNP PARIBAS | | | | | Sold (part) | 1/5/11 | K | | |
| 406. | | | | | Buy (add'l) | 2/8/11 | K | | |
| 407. | | | | | Buy (add'l) | 9/2/11 | L | | |
| 408. | | | | | Sold (part) | 10/4/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold (part) | 10/4/11 | J | | |
| 410. - COMCAST | | | | | Buy (add'l) | 4/8/11 | K | | |
| 411. | | | | | Buy (add'l) | 8/3/11 | L | | |
| 412. - CANON | | | | | Sold (part) | 8/11/11 | K | | |
| 413. - WAL MART DE MEXICO | | | | | | | | | |
| 414. - SHIRE PLC | | | | | Sold (part) | 8/11/11 | M | F | |
| 415. | | | | | Sold (part) | 10/10/11 | J | D | |
| 416. | | | | | Sold (part) | 10/10/11 | K | E | |
| 417. | | | | | Sold (part) | 10/11/11 | J | D | |
| 418. | | | | | Sold (part) | 10/12/11 | J | D | |
| 419. - TELSTRA CORP | | | | | Buy (add'l) | 2/3/11 | K | | |
| 420. - ALLERGAN | | | | | Sold (part) | 1/3/11 | J | B | |
| 421. - FLUOR CORP | | | | | | | | | |
| 422. - POTASH CORP | | | | | Sold (part) | 1/25/11 | K | E | |
| 423. | | | | | Sold | 1/25/11 | K | E | |
| 424. - L'OREAL | | | | | | | | | |
| 425. - SUFFOLK NY 4% 6/15/11 | | | | | Matured | 06/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - NYS DORM 5.25% 11/15/26 | | | | | | | | | |
| 427. - NYS ENVIRON 5.25% 6/15/12 | | | | | | | | | |
| 428. - NY ST DORM 5.25% 3/15/16 | | | | | | | | | |
| 429. - NY ST ENVIR 4.25% 11/15/19 | | | | | | | | | |
| 430. - NY SALES TAX 5% 10/15/21 | | | | | | | | | |
| 431. - NYC HDC MFH K 2.05% 5/1/13 | | | | | | | | | |
| 432. - NY ST EGY PCR NYSEG B (MPT) 3.0% 2/1/29 | | | | | | | | | |
| 433. - JPMORGAN CHASE | | | | | Buy (add'l) | 1/1/11 | K | | |
| 434. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 435. - DAVITA | | | | | | | | | |
| 436. - CISCO | | | | | Buy (add'l) | 1/1/11 | J | | |
| 437. | | | | | Buy (add'l) | 2/8/11 | J | | |
| 438. | | | | | Sold (part) | 3/30/11 | L | | |
| 439. | | | | | Sold (part) | 3/30/11 | K | | |
| 440. | | | | | Sold (part) | 3/30/11 | K | | |
| 441. | | | | | Sold (part) | 4/5/11 | L | | |
| 442. | | | | | Sold (part) | 4/8/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 7/8/11 | K | | |
| 444. - NATIONAL INST | | | | | | | | | |
| 445. - SAMSUNG | | | | | | | | | |
| 446. - AMERICA MOVIL | | | | | Sold (part) | 3/21/11 | K | D | |
| 447. | | | | | Sold (part) | 3/22/11 | K | E | |
| 448. | | | | | Sold | 5/27/11 | L | E | |
| 449. - BOUYGUES | | | | | Buy (add'l) | 1/25/11 | K | | |
| 450. | | | | | Buy (add'l) | 1/26/11 | J | | |
| 451. | | | | | Buy (add'l) | 1/27/11 | J | | |
| 452. | | | | | Buy (add'l) | 2/18/11 | J | | |
| 453. | | | | | Sold (part) | 11/16/11 | K | | |
| 454. | | | | | Sold (part) | 12/19/11 | K | | |
| 455. | | | | | Sold (part) | 12/19/11 | J | | |
| 456. | | | | | Sold (part) | 12/19/11 | K | | |
| 457. | | | | | Sold (part) | 12/20/11 | K | | |
| 458. | | | | | Sold (part) | 12/20/11 | K | | |
| 459. | | | | | Sold | 12/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - FANUC | | | | | Sold (part) | 1/5/11 | K | E | |
| 461. | | | | | Sold (part) | 8/11/11 | K | D | |
| 462. | | | | | Buy (add'l) | 11/15/11 | K | | |
| 463. | | | | | Sold (part) | 10/11/11 | K | E | |
| 464. - MICROSOFT | | | | | | | | | |
| 465. - UNITED PARCEL SERVICE | | | | | | | | | |
| 466. - KONINKLIJKE KPN | | | | | Sold (part) | 1/24/11 | K | | |
| 467. - ESSILOR | | | | | Sold (part) | 8/11/11 | M | E | |
| 468. - SUN HUNG KAI | | | | | Sold (part) | 1/5/11 | L | D | |
| 469. - TINGYI HOLDING CORP | | | | | Sold (part) | 2/21/11 | K | B | |
| 470. - BANK OF EAST ASIA | | | | | | | | | |
| 471. - BANK OF CHINA LTD | | | | | Sold (part) | 1/4/11 | J | A | |
| 472. | | | | | Sold (part) | 7/4/11 | L | E | |
| 473. - STANDARD CHARTERED | | | | | Sold (part) | 3/23/11 | M | E | |
| 474. | | | | | Buy (add'l) | 8/31/11 | L | | |
| 475. | | | | | Buy (add'l) | 9/1/11 | J | | |
| 476. | | | | | Buy (add'l) | 9/8/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - CANADIAN NATURAL RES | | | | | Sold (part) | 7/11/11 | K | D | |
| 478. | | | | | Sold | 7/12/11 | K | C | |
| 479. - CAMECO | | | | | Sold (part) | 4/12/11 | K | B | |
| 480. | | | | | Sold (part) | 4/12/11 | M | E | |
| 481. | | | | | Sold (part) | 4/12/11 | K | D | |
| 482. | | | | | Sold | 4/13/11 | M | D | |
| 483. | | | | | Buy | 8/23/11 | J | | |
| 484. | | | | | Buy (add'l) | 8/24/11 | J | | |
| 485. | | | | | Buy (add'l) | 8/25/11 | J | | |
| 486. | | | | | Sold (part) | 11/8/11 | J | | |
| 487. | | | | | Sold | 11/9/11 | K | | |
| 488. - MONSANTO CO NEW COM | | | | | Buy (add'l) | 2/8/11 | K | | |
| 489. | | | | | Buy (add'l) | 5/17/11 | K | | |
| 490. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 491. - DANAHER | | | | | Buy (add'l) | 1/1/11 | J | | |
| 492. | | | | | Buy (add'l) | 2/28/11 | K | | |
| 493. | | | | | Buy (add'l) | 4/1/11 | J | | |

.

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - TREND MICRO | | | | | Sold (part) | 3/23/11 | K | | |
| 495. | | | | | Sold (part) | 3/24/11 | J | | |
| 496. | | | | | Sold (part) | 3/25/11 | J | | |
| 497. | | | | | Sold (part) | 3/25/11 | J | | |
| 498. | | | | | Sold (part) | 3/28/11 | K | | |
| 499. | | | | | Sold (part) | 3/29/11 | J | | |
| 500. | | | | | Sold (part) | 3/30/11 | J | | |
| 501. | | | | | Sold (part) | 3/31/11 | J | | |
| 502. - MCDONALDS | | | | | Buy (add'l) | 1/6/11 | J | | |
| 503. | | | | | Buy (add'l) | 3/31/11 | K | | |
| 504. | | | | | Sold (part) | 7/22/11 | K | D | |
| 505. - NEWCREST MINING NPV | | | | | Buy (add'l) | 1/6/11 | K | | |
| 506. | | | | | Sold (part) | 8/11/11 | L | E | |
| 507. | | | | | Sold (part) | 10/10/11 | J | | |
| 508. - BARRICK GOLD CORP | | | | | Sold (part) | 8/11/11 | K | E | |
| 509. | | | | | Buy (add'l) | 12/5/11 | L | | |
| 510. - SOFTBANK CORP | | | | | Sold (part) | 1/5/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. | | | | | Sold (part) | 3/10/11 | K | E | |
| 512. | | | | | Sold (part) | 6/2/11 | L | E | |
| 513. | | | | | Sold (part) | 6/10/11 | K | D | |
| 514. | | | | | Sold (part) | 6/14/11 | K | D | |
| 515. - SANDVIK AB | | | | | Sold (part) | 3/10/11 | K | E | |
| 516. | | | | | Sold | 3/14/11 | K | D | |
| 517. - HENNES & MAURITZ | | | | | Sold (part) | 8/11/11 | K | | |
| 518. | | | | | Buy (add'l) | 10/27/11 | K | | |
| 519. - THE WALT DISNEY CO | | | | | Sold (part) | 1/21/11 | M | E | |
| 520. - MEDTRONIC INC | | | | | Sold (part) | 3/16/11 | K | C | |
| 521. | | | | | Sold (part) | 3/16/11 | J | A | |
| 522. | | | | | Sold (part) | 3/17/11 | K | D | |
| 523. | | | | | Sold | 3/17/11 | J | B | |
| 524. - LI POWER AUTH NY (LIPA) NATL RE 5.0% 5/1/16 | | | | | | | | | |
| 525. - BAE SYSTEMS PLC | | | | | Sold (part) | 2/7/11 | J | | |
| 526. | | | | | Sold (part) | 2/7/11 | J | | |
| 527. | | | | | Sold | 2/8/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - TARGET CORP | | | | | Sold (part) | 11/17/11 | K | | |
| 529. | | | | | Sold (part) | 11/18/11 | K | | |
| 530. - TORONTO-DOMINION BANK | | | | | | | | | |
| 531. - AMAZON.COM | | | | | Sold (part) | 8/11/11 | M | F | |
| 532. - CERNER CORP | | | | | Sold (part) | 5/4/11 | J | C | |
| 533. | | | | | Sold (part) | 5/5/11 | K | E | |
| 534. | | | | | Sold (part) | 5/6/11 | L | E | |
| 535. - NY ST DORM 5% 3/15/18 | | | | | | | | | |
| 536. - PROGRESSIVE CORP OHIO | | | | | | | | | |
| 537. - GOOGLE INC | | | | | | | | | |
| 538. - EBAY INC | | | | | Sold (part) | 3/30/11 | M | E | |
| 539. - BOEING CO | | | | | | | | | |
| 540. - GENPACT LTD | | | | | | | | | |
| 541. - GENERAL MILLS INC | | | | | Sold (part) | 3/30/11 | K | B | |
| 542. | | | | | Sold (part) | 3/31/11 | J | B | |
| 543. | | | | | Sold (part) | 4/1/11 | K | B | |
| 544. | | | | | Sold (part) | 4/4/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 4/5/11 | J | A | |
| 546. | | | | | Sold (part) | 4/6/11 | K | B | |
| 547. | | | | | Sold (part) | 7/8/11 | J | A | |
| 548. - EMERGING MARKETS GROWTH FUND INC | | | | | Buy (add'l) | 12/16/11 | K | | |
| 549. | | | | | Buy (add'l) | 12/16/11 | K | | |
| 550. - ALLEGHENY TECHNOLOGIES INC | | | | | Buy (add'l) | 8/30/11 | J | | |
| 551. | | | | | Buy (add'l) | 8/31/11 | K | | |
| 552. | | | | | Buy (add'l) | 10/5/11 | K | | |
| 553. | | | | | Buy (add'l) | 10/6/11 | J | | |
| 554. | | | | | Buy (add'l) | 10/6/11 | J | | |
| 555. | | | | | Buy (add'l) | 10/7/11 | J | | |
| 556. - PERNOD RICARD SA | | | | | Sold (part) | 8/11/11 | L | | |
| 557. | | | | | Buy (add'l) | 12/5/11 | K | | |
| 558. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 559. - SES FDR CL A (PARIS) | | | | | | | | | |
| 560. - DANONE | | | | | Buy (add'l) | 2/18/11 | L | | |
| 561. | | | | | Buy (add'l) | 4/13/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 4/14/11 | K | | |
| 563. | | | | | Sold (part) | 8/11/11 | L | | |
| 564. | | | | | Buy (add'l) | 12/5/11 | K | | |
| 565. - SWIRE PACIFIC LTD CL A | | | | | | | | | |
| 566. - POLYCOM INC | | | | | | | | | |
| 567. - BEST BUY INC | | | | | Sold (part) | 11/3/11 | K | | |
| 568. | | | | | Sold | 11/3/11 | J | | |
| 569. - SPECTRA ENERGY CORP | | | | | | | | | |
| 570. - Bayer AG | | | | | Buy (add'l) | 3/22/11 | K | | |
| 571. | | | | | Buy (add'l) | 4/1/11 | M | | |
| 572. | | | | | Buy (add'l) | 4/1/11 | J | | |
| 573. - NORDSTROM INC | | | | | | | | | |
| 574. - MICROCHIP TECHNOLOGY INC | | | | | | | | | |
| 575. - MTA NY 5% 11/15/23 | | | | | | | | | |
| 576. - ERIE CO IDA FSA 5% 5/1/12 | | | | | | | | | |
| 577. - VULCAN MATERIALS CO | | | | | Sold (part) | 11/4/11 | J | | |
| 578. | | | | | Sold (part) | 11/7/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Sold (part) | 11/7/11 | J | | |
| 580. | | | | | Sold | 11/8/11 | J | | |
| 581.  - GOLDMAN SACHS GROUP | | | | | Buy (add'l) | 3/10/11 | K | | |
| 582. | | | | | Buy (add'l) | 5/27/11 | L | | |
| 583. | | | | | Buy (add'l) | 6/1/11 | L | | |
| 584. | | | | | Buy (add'l) | 7/7/11 | J | | |
| 585. | | | | | Buy (add'l) | 9/13/11 | L | | |
| 586.  - NY CITY TFA 5.0% 8/1/2021 | | | | | | | | | |
| 587.  - IMPERIAL TOBACCO PLC | | | | | Sold (part) | 1/13/11 | L | | |
| 588. | | | | | Sold (part) | 1/13/11 | J | C | |
| 589. | | | | | Sold (part) | 1/14/11 | J | C | |
| 590.  - RECKITT BENCKISER GROUP PLC | | | | | Sold (part) | 4/19/11 | K | D | |
| 591. | | | | | Sold (part) | 4/20/11 | K | D | |
| 592. | | | | | Sold (part) | 7/8/11 | L | E | |
| 593.  - JGC CORP | | | | | Sold (part) | 9/26/11 | K | D | |
| 594.  - PHILIP MORRIS INT'L INC | | | | | | | | | |
| 595.  - ENERGIZER HOLDINGS INC | | | | | Sold (part) | 11/8/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Sold (part) | 11/9/11 | J | | |
| 597. | | | | | Sold | 11/10/11 | K | | |
| 598. - MARATHON OIL CORP | | | | | Sold (part) | 4/11/11 | K | | |
| 599. | | | | | Sold (part) | 4/12/11 | K | D | |
| 600. | | | | | Sold | 4/12/11 | J | | |
| 601. - NY ST 11SG PIT 5% 9/15/2025 | | | | | Sold | 7/5/11 | O | E | |
| 602. - SYNTHES INC | | | | | Sold (part) | 3/9/11 | K | C | |
| 603. | | | | | Sold (part) | 3/9/11 | J | | |
| 604. | | | | | Sold (part) | 3/9/11 | J | | |
| 605. | | | | | Sold | 3/10/11 | J | | |
| 606. - JERONIMO MARTINS SGPS SA | | | | | Sold (part) | 1/13/11 | J | C | |
| 607. | | | | | Sold (part) | 1/17/11 | J | C | |
| 608. | | | | | Sold (part) | 1/18/11 | J | C | |
| 609. | | | | | Sold (part) | 1/18/11 | J | C | |
| 610. | | | | | Sold (part) | 1/24/11 | J | C | |
| 611. | | | | | Sold (part) | 1/25/11 | J | C | |
| 612. | | | | | Sold (part) | 1/26/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. | | | | | Sold (part) | 1/26/11 | J | C | |
| 614. | | | | | Sold (part) | 1/31/11 | J | C | |
| 615. | | | | | Sold (part) | 2/4/11 | J | C | |
| 616. | | | | | Sold (part) | 2/7/11 | J | C | |
| 617. | | | | | Sold | 2/8/11 | K | D | |
| 618. - GDF SUEZ | | | | | Sold | 9/2/11 | K | | |
| 619. - SMC CORP | | | | | Sold (part) | 8/11/11 | K | D | |
| 620. - QUALCOMM INC | | | | | Sold (part) | 5/23/11 | K | C | |
| 621. | | | | | Sold (part) | 6/9/11 | J | B | |
| 622. | | | | | Sold (part) | 6/10/11 | K | C | |
| 623. - TRIBOROUGH 5% 11/15/27 | | | | | | | | | |
| 624. - CELGENE CORP | | | | | Sold (part) | 2/7/11 | K | | |
| 625. | | | | | Sold (part) | 2/8/11 | J | | |
| 626. | | | | | Sold (part) | 2/8/11 | J | | |
| 627. | | | | | Sold (part) | 2/8/11 | J | | |
| 628. | | | | | Sold (part) | 2/9/11 | K | | |
| 629. | | | | | Sold (part) | 2/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. | | | | | Sold | 2/11/11 | K | C | |
| 631. - NINTENDO CO LTD | | | | | Sold (part) | 1/12/11 | J | B | |
| 632. | | | | | Sold (part) | 1/12/11 | N | | |
| 633. | | | | | Sold (part) | 1/24/11 | K | B | |
| 634. | | | | | Buy (add'l) | 9/2/11 | K | | |
| 635. | | | | | Buy (add'l) | 9/6/11 | K | | |
| 636. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 637. | | | | | Buy (add'l) | 9/8/11 | K | | |
| 638. | | | | | Buy (add'l) | 9/9/11 | J | | |
| 639. | | | | | Buy (add'l) | 9/12/11 | J | | |
| 640. | | | | | Buy (add'l) | 9/13/11 | J | | |
| 641. | | | | | Sold (part) | 10/17/11 | K | | |
| 642. | | | | | Sold (part) | 10/18/11 | J | | |
| 643. | | | | | Sold (part) | 10/19/11 | J | | |
| 644. | | | | | Sold (part) | 10/20/11 | J | | |
| 645. | | | | | Sold (part) | 10/21/11 | K | | |
| 646. | | | | | Sold (part) | 10/24/11 | K | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                                                    P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)            U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. | | | | | Sold (part) | 10/25/11 | J | | |
| 648. | | | | | Sold (part) | 10/26/11 | J | | |
| 649. | | | | | Sold (part) | 10/27/11 | K | | |
| 650. | | | | | Sold (part) | 10/28/11 | K | | |
| 651. | | | | | Sold (part) | 10/28/11 | J | | |
| 652. | | | | | Sold (part) | 10/28/11 | J | | |
| 653. | | | | | Sold (part) | 10/31/11 | J | | |
| 654. | | | | | Sold (part) | 10/31/11 | J | | |
| 655. | | | | | Sold (part) | 11/1/11 | J | | |
| 656. | | | | | Sold (part) | 11/3/11 | J | | |
| 657. | | | | | Sold | 11/7/11 | K | | |
| 658. - MUENCHENER RUECK | | | | | Sold | 1/1/11 | J | | |
| 659. - BG GROUP PLC | | | | | Sold (part) | 3/10/11 | J | B | |
| 660. | | | | | Sold (part) | 3/11/11 | K | C | |
| 661. | | | | | Sold (part) | 8/11/11 | L | C | |
| 662. | | | | | Sold (part) | 10/10/11 | K | D | |
| 663. - SHANGRI-LA ASIA | | | | | Sold (part) | 1/28/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - NUCOR CORP | | | | | Sold (part) | 1/14/11 | L | E | |
| 665. - IRON MOUNTAIN | | | | | Sold (part) | 1/12/11 | J | A | |
| 666. | | | | | Sold (part) | 1/13/11 | J | A | |
| 667. | | | | | Sold (part) | 1/14/11 | J | A | |
| 668. | | | | | Sold (part) | 1/18/11 | J | A | |
| 669. | | | | | Sold (part) | 1/21/11 | J | A | |
| 670. | | | | | Sold (part) | 1/21/11 | J | A | |
| 671. | | | | | Sold (part) | 1/24/11 | J | A | |
| 672. | | | | | Sold (part) | 1/25/11 | J | A | |
| 673. - APPLE INC | | | | | Sold (part) | 1/18/11 | L | E | |
| 674. - CHEVRON | | | | | | | | | |
| 675. - ECOLAB INC | | | | | | | | | |
| 676. - HEWLETT-PACKARD CO | | | | | Sold (part) | 7/15/11 | J | A | |
| 677. | | | | | Sold | 7/15/11 | K | B | |
| 678. - URBAN OUTFITTERS INC | | | | | Buy (add'l) | 1/6/11 | J | | |
| 679. | | | | | Sold (part) | 6/10/11 | K | | |
| 680. | | | | | Sold (part) | 6/13/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 6/13/11 | J | | |
| 682. - MASS GO SER A 5.0% 9/1/2014 | | | | | | | | | |
| 683. - PALM BEACH SOLID WASTE 5.5% 10/1/25 | | | | | | | | | |
| 684. - GA HIED FIN 6.0% 6/15/2028 | | | | | Sold | 8/2/11 | N | E | |
| 685. - SAN ANTONIO 5.0% 2/1/18 | | | | | | | | | |
| 686. - NY CITY MUNI WTR 5.375% 6/15/25 | | | | | | | | | |
| 687. - CA ED POMONA COLLEGE 09A 5.0% | | | | | | | | | |
| 688. - NY ST Thruway (2nd Brdge & Hwy) 5.0% 4/1/13 | | | | | | | | | |
| 689. - NY City Muni Wtr Auth FF 5.0% 6/15/16 | | | | | | | | | |
| 690. - MERCK & CO INC. | | | | | Sold (part) | 1/25/11 | M | E | |
| 691. | | | | | Sold (part) | 2/3/11 | K | D | |
| 692. | | | | | Sold | 2/3/11 | L | D | |
| 693. - SCHWAB CHARLES NEW | | | | | Buy (add'l) | 1/1/11 | K | | |
| 694. | | | | | Buy (add'l) | 1/13/11 | J | | |
| 695. | | | | | Buy (add'l) | 1/14/11 | J | | |
| 696. | | | | | Buy (add'l) | 1/18/11 | J | | |
| 697. | | | | | Buy (add'l) | 1/19/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 7/15/11 | L | | |
| 699. | | | | | Sold (part) | 9/1/11 | K | | |
| 700. | | | | | Sold (part) | 9/2/11 | K | | |
| 701. | | | | | Sold (part) | 9/6/11 | K | | |
| 702. | | | | | Sold (part) | 9/6/11 | M | | |
| 703. | | | | | Sold (part) | 9/6/11 | J | | |
| 704. | | | | | Sold | 9/6/11 | J | | |
| 705. | | | | | Buy | 10/11/11 | J | | |
| 706. | | | | | Buy (add'l) | 10/12/11 | L | | |
| 707. | | | | | Buy (add'l) | 10/13/11 | L | | |
| 708. | | | | | Buy (add'l) | 10/24/11 | K | | |
| 709. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 710. - VISA INC | | | | | Buy | 1/1/11 | K | | |
| 711. | | | | | Sold (part) | 2/1/11 | L | | |
| 712. | | | | | Sold (part) | 2/1/11 | J | A | |
| 713. - ALLSTATE | | | | | Sold (part) | 9/2/11 | J | | |
| 714. | | | | | Sold (part) | 9/6/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 715. | | | | | Sold (part) | 9/6/11 | K | | |
| 716. - NORFOLK SOUTHERN CORP | | | | | | | | | |
| 717. - NJ EDA PRINCETON UNIV 4.75% 7/1/23 | | | | | | | | | |
| 718. - SSGA MONEY MARKET FD | | | | | | | | | |
| 719. - GOLDMAN SACHS FINANCIAL SQUARE TREASURY | | | | | | | | | |
| 720. - UTAH ST 5.8% 7/1/15 | | | | | | | | | |
| 721. - CSL LTD | | | | | Sold (part) | 6/28/11 | K | | |
| 722. | | | | | Sold (part) | 6/29/11 | K | B | |
| 723. | | | | | Sold | 8/26/11 | K | A | |
| 724. - Cenovus Energy Inc C$ | | | | | Buy (add'l) | 1/5/11 | J | | |
| 725. | | | | | Buy (add'l) | 3/1/11 | J | | |
| 726. | | | | | Buy (add'l) | 3/2/11 | J | | |
| 727. | | | | | Buy (add'l) | 3/2/11 | J | | |
| 728. | | | | | Buy (add'l) | 3/3/11 | J | | |
| 729. | | | | | Buy (add'l) | 3/3/11 | J | | |
| 730. | | | | | Buy (add'l) | 3/4/11 | J | | |
| 731. | | | | | Buy (add'l) | 3/7/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 732. | | | | | Buy (add'l) | 3/7/11 | K | | |
| 733. | | | | | Sold (part) | 8/11/11 | K | | |
| 734. | | | | | Sold (part) | 10/7/11 | K | | |
| 735. | | | | | Sold (part) | 10/7/11 | K | | |
| 736. - Cenovus Energy Inc US$ | | | | | | | | | |
| 737. - Pengrowth Energy Trust C$ | | | | | Sold (part) | 11/8/11 | K | | |
| 738. | | | | | Sold (part) | 11/9/11 | J | | |
| 739. | | | | | Sold | 11/10/11 | J | | |
| 740. - China Shenhua Energy | | | | | Sold (part) | 1/28/11 | K | A | |
| 741. | | | | | Sold (part) | 1/31/11 | L | | |
| 742. | | | | | Sold (part) | 2/1/11 | J | | |
| 743. | | | | | Sold (part) | 2/2/11 | J | A | |
| 744. | | | | | Sold (part) | 2/7/11 | K | A | |
| 745. | | | | | Sold | 2/9/11 | J | | |
| 746. - Stanley Black & Decker | | | | | Buy (add'l) | 1/1/11 | K | | |
| 747. | | | | | Buy (add'l) | 10/4/11 | J | | |
| 748. - Dreamworks Animation SKG Inc | | | | | Sold (part) | 6/9/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 749. | | | | | Sold (part) | 6/10/11 | K | | |
| 750. | | | | | Sold (part) | 6/10/11 | J | | |
| 751. | | | | | Sold (part) | 6/13/11 | J | | |
| 752. | | | | | Sold (part) | 6/13/11 | J | | |
| 753. | | | | | Sold (part) | 6/13/11 | J | | |
| 754. | | | | | Sold (part) | 6/14/11 | J | | |
| 755. | | | | | Sold (part) | 6/15/11 | J | | |
| 756. | | | | | Sold (part) | 6/15/11 | J | | |
| 757. | | | | | Sold (part) | 6/17/11 | J | | |
| 758. | | | | | Sold (part) | 6/17/11 | J | | |
| 759. | | | | | Sold (part) | 6/20/11 | J | | |
| 760. | | | | | Sold (part) | 6/21/11 | J | | |
| 761. | | | | | Sold (part) | 6/22/11 | J | | |
| 762. | | | | | Sold (part) | 6/22/11 | J | | |
| 763. | | | | | Sold (part) | 6/22/11 | J | | |
| 764. | | | | | Sold (part) | 6/27/11 | J | | |
| 765. | | | | | Sold (part) | 6/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1,001 - $2.500 | C =$2.501 - $5,000 | D =$5,001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100,000 | G =$100,001 - $1,000.000 | H1 =$1.000.001 - $5,000.000 | H2 =More than $5,000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15.001 - $50.000 | L =$50.001 - $100,000 | M =$100.001 - $250.000 | |
| | N =$250,001 - $500.000 | O =$500.001 - $1,000.000 | P1 =$1,000.001 - $5,000.000 | P2 =$5,000.001 - $25,000.000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 766. | | | | | Sold (part) | 6/28/11 | J | | |
| 767. | | | | | Sold | 6/28/11 | J | | |
| 768. | | | | | Buy | 8/10/11 | J | | |
| 769. | | | | | Buy (add'l) | 8/10/11 | J | | |
| 770. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 771. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 772. | | | | | Sold (part) | 11/9/11 | J | | |
| 773. | | | | | Sold (part) | 11/10/11 | J | | |
| 774. | | | | | Sold (part) | 11/10/11 | J | | |
| 775. | | | | | Sold (part) | 11/11/11 | J | | |
| 776. | | | | | Sold (part) | 11/14/11 | J | | |
| 777. | | | | | Sold | 11/15/11 | J | | |
| 778. - Bristol-Myers Squibb Co | | | | | Sold (part) | 2/14/11 | K | B | |
| 779. | | | | | Sold (part) | 2/15/11 | L | C | |
| 780. | | | | | Sold (part) | 2/18/11 | K | A | |
| 781. | | | | | Sold | 2/18/11 | L | C | |
| 782. | | | | | Buy | 8/29/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 8/29/11 | K | | |
| 784.  - Verizon Communications | | | | | | | | | |
| 785.  - 3M Company | | | | | Sold (part) | 10/27/11 | K | | |
| 786.  - Icici Bank LTD Spon ADR | | | | | Buy (add'l) | 2/23/11 | J | | |
| 787. | | | | | Buy (add'l) | 2/23/11 | K | | |
| 788.  - Scripps Networks Interactive CL A | | | | | Buy (add'l) | 1/24/11 | K | | |
| 789.  - Weatherford Intl Ltd | | | | | Sold (part) | 12/19/11 | J | | |
| 790. | | | | | Sold (part) | 12/19/11 | J | | |
| 791. | | | | | Sold (part) | 12/20/11 | K | | |
| 792. | | | | | Sold | 12/20/11 | K | | |
| 793.  - Reliance Industries Ltd Gdr | | | | | Sold (part) | 9/2/11 | J | | |
| 794. | | | | | Sold (part) | 9/6/11 | J | | |
| 795. | | | | | Sold (part) | 9/7/11 | J | | |
| 796. | | | | | Sold (part) | 9/8/11 | J | | |
| 797. | | | | | Sold (part) | 9/20/11 | J | | |
| 798. | | | | | Sold (part) | 9/27/11 | J | | |
| 799. | | | | | Sold (part) | 9/28/11 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal           R =Cost (Real Estate Only)   S =Assessment           T =Cash Market
   (See Column C2)            U =Book Value          V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 800. | | | | | Sold (part) | 9/29/11 | J | | |
| 801. | | | | | Sold (part) | 9/30/11 | J | | |
| 802. | | | | | Sold (part) | 10/3/11 | J | | |
| 803. | | | | | Sold (part) | 10/5/11 | J | | |
| 804. | | | | | Sold (part) | 10/6/11 | J | | |
| 805. | | | | | Sold | 10/7/11 | J | | |
| 806. - ASML Holding NV | | | | | Buy (add'l) | 1/5/11 | L | | |
| 807. - BOC Hong Kong Holdings LTD | | | | | Sold (part) | 6/27/11 | L | D | |
| 808. - China Life Insurance Co Ltd | | | | | Sold | 1/13/11 | M | | |
| 809. - Kurita Water Industries Ltd | | | | | | | | | |
| 810. - AON Corp | | | | | | | | | |
| 811. - Cornell Univ NY Dorms 5.0% 7/1/18 | | | | | | | | | |
| 812. - Halliburton Co | | | | | Buy (add'l) | 10/28/11 | K | | |
| 813. | | | | | Buy (add'l) | 12/16/11 | K | | |
| 814. | | | | | Buy (add'l) | 12/19/11 | K | | |
| 815. - PR Elec Pwr Auth NN Preref 5.5% 7/1/18 | | | | | | | | | |
| 816. - NY DORM Auth Mt Sinai Hosp 5.0% 7/1/14 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - Time Warner Cable Inc | | | | | Buy (add'l) | 3/31/11 | L | | |
| 818. - Coach Inc. | | | | | | | | | |
| 819. - Inmet Mining Corp C$ | | | | | | | | | |
| 820. - Telus Corporation Non Vote | | | | | | | | | |
| 821. - Novartis AG Namen | | | | | Buy (add'l) | 10/27/11 | J | | |
| 822. - LLOYDS TSB Group PLC | | | | | Sold (part) | 8/3/11 | J | | |
| 823. | | | | | Sold (part) | 8/15/11 | J | | |
| 824. | | | | | Sold (part) | 8/17/11 | J | | |
| 825. | | | | | Sold (part) | 8/31/11 | J | | |
| 826. | | | | | Sold (part) | 9/1/11 | J | | |
| 827. | | | | | Sold (part) | 9/2/11 | J | | |
| 828. | | | | | Sold | 9/5/11 | J | | |
| 829. - Port Auth NY/NJ Ser 163 5.0% 7/15/21 | | | | | | | | | |
| 830. - Tiffany & Co New | | | | | | | | | |
| 831. - New York City GO 5.0% 8/1/18 | | | | | | | | | |
| 832. - Noble Energy Inc | | | | | | | | | |
| 833. - Oracle | | | | | Buy (add'l) | 1/1/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 834. | | | | | Buy (add'l) | 3/31/11 | K | | |
| 835. - Muenchener Rueck Namen Vink (Reg) | | | | | Sold | 1/5/11 | L | B | |
| 836. - KLA-Tencor Corp | | | | | Buy (add'l) | 8/23/11 | J | | |
| 837. | | | | | Buy (add'l) | 8/24/11 | J | | |
| 838. - Macquarie Group LTD | | | | | Sold | 8/1/11 | L | | |
| 839. - Syngenta AG | | | | | Buy (add'l) | 2/18/11 | L | | |
| 840. - Dixons Group PLC (Post Restruct) | | | | | Buy | 2/25/11 | J | | |
| 841. | | | | | Buy (add'l) | 2/28/11 | J | | |
| 842. | | | | | Sold (part) | 11/8/11 | J | | |
| 843. | | | | | Sold (part) | 11/9/11 | J | | |
| 844. | | | | | Sold (part) | 11/10/11 | J | | |
| 845. | | | | | Sold (part) | 11/14/11 | J | | |
| 846. | | | | | Sold (part) | 11/24/11 | J | | |
| 847. | | | | | Sold | 11/25/11 | J | | |
| 848. - Television Broadcast | | | | | | | | | |
| 849. - Seadrill LTD | | | | | Buy (add'l) | 1/7/11 | K | | |
| 850. | | | | | Buy (add'l) | 10/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 852. - Israel Chemicals LTD | | | | | Sold (part) | 3/15/11 | K | | |
| 853. | | | | | Sold (part) | 3/16/11 | K | | |
| 854. | | | | | Sold | 11/3/11 | K | | |
| 855. - New York Times Co CL A | | | | | Sold (part) | 11/7/11 | J | | |
| 856. | | | | | Sold (part) | 11/8/11 | J | | |
| 857. | | | | | Sold (part) | 11/10/11 | J | | |
| 858. | | | | | Sold | 11/11/11 | J | | |
| 859. - Procter & Gamble Co | | | | | Sold (part) | 7/25/11 | J | B | |
| 860. | | | | | Sold (part) | 7/26/11 | J | B | |
| 861. | | | | | Sold (part) | 8/2/11 | J | B | |
| 862. | | | | | Sold | 8/3/11 | J | B | |
| 863. - International Game Technology | | | | | Buy (add'l) | 1/1/11 | J | | |
| 864. | | | | | Buy (add'l) | 1/1/11 | J | | |
| 865. - Republic Services Inc | | | | | Buy (add'l) | 3/4/11 | J | | |
| 866. | | | | | Buy (add'l) | 3/4/11 | J | | |
| 867. | | | | | Buy (add'l) | 3/7/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy (add'l) | 3/7/11 | J | | |
| 869. | | | | | Buy (add'l) | 3/8/11 | J | | |
| 870. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 871. | | | | | Buy (add'l) | 3/9/11 | K | | |
| 872. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 873. | | | | | Buy (add'l) | 3/11/11 | J | | |
| 874. | | | | | Buy (add'l) | 3/11/11 | J | | |
| 875. | | | | | Buy (add'l) | 3/14/11 | J | | |
| 876. | | | | | Buy (add'l) | 3/14/11 | J | | |
| 877. | | | | | Buy (add'l) | 3/15/11 | J | | |
| 878.   - Encana Corp | | | | | Buy | 2/3/11 | J | | |
| 879. | | | | | Buy (add'l) | 2/4/11 | L | | |
| 880. | | | | | Buy (add'l) | 2/4/11 | J | | |
| 881. | | | | | Buy (add'l) | 2/7/11 | K | | |
| 882. | | | | | Buy (add'l) | 2/17/11 | L | | |
| 883. | | | | | Buy (add'l) | 3/10/11 | K | | |
| 884. | | | | | Buy (add'l) | 3/16/11 | K | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy (add'l) | 3/17/11 | J | | |
| 886. | | | | | Buy (add'l) | 3/17/11 | K | | |
| 887. | | | | | Buy (add'l) | 9/1/11 | J | | |
| 888. | | | | | Buy (add'l) | 9/2/11 | K | | |
| 889. | | | | | Sold (part) | 8/11/11 | K | | |
| 890. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 891. | | | | | Buy (add'l) | 12/15/11 | K | | |
| 892. | | | | | Sold (part) | 10/11/11 | K | | |
| 893. | | | | | Sold (part) | 11/7/11 | L | | |
| 894. | | | | | Sold (part) | 11/7/11 | K | | |
| 895. | | | | | Sold (part) | 11/8/11 | L | | |
| 896. | | | | | Sold (part) | 11/9/11 | J | | |
| 897. - L'air Liquide (L) | | | | | Buy | 1/1/11 | K | | |
| 898. | | | | | Sold (part) | 8/11/11 | J | A | |
| 899. | | | | | Sold (part) | 8/11/11 | K | | |
| 900. - CRH PLC | | | | | Buy | 1/1/11 | K | | |
| 901. | | | | | Buy (add'l) | 1/6/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold (part) | 4/11/11 | K | D | |
| 903.  - Linde AG | | | | | Buy | 2/4/11 | L | | |
| 904. | | | | | Buy (add'l) | 2/7/11 | L | | |
| 905. | | | | | Buy (add'l) | 3/22/11 | K | | |
| 906.  - Schneider Electronic SA | | | | | Buy | 2/4/11 | L | | |
| 907. | | | | | Buy (add'l) | 2/7/11 | K | | |
| 908. | | | | | Buy (add'l) | 2/8/11 | K | | |
| 909. | | | | | Buy (add'l) | 9/7/11 | K | | |
| 910. | | | | | Buy (add'l) | 9/8/11 | K | | |
| 911. | | | | | Buy (add'l) | 9/9/11 | K | | |
| 912. | | | | | Buy (add'l) | 11/15/11 | K | | |
| 913. | | | | | Sold (part) | 10/12/11 | K | | |
| 914.  - Daimler AG | | | | | Buy | 2/18/11 | L | | |
| 915. | | | | | Sold (part) | 8/18/11 | K | | |
| 916. | | | | | Sold | 8/19/11 | K | | |
| 917.  - Barclays PLC | | | | | Buy | 1/13/11 | M | | |
| 918. | | | | | Buy (add'l) | 1/14/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 919. | | | | | Sold (part) | 7/12/11 | M | | |
| 920. | | | | | Sold (part) | 9/2/11 | L | | |
| 921. | | | | | Sold | 9/5/11 | K | | |
| 922. - Premier Farnell PLC | | | | | Buy | 2/4/11 | J | | |
| 923. | | | | | Buy (add'l) | 2/4/11 | K | | |
| 924. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 925. | | | | | Buy (add'l) | 2/14/11 | J | | |
| 926. | | | | | Buy (add'l) | 2/15/11 | J | | |
| 927. | | | | | Buy (add'l) | 2/17/11 | J | | |
| 928. | | | | | Buy (add'l) | 2/17/11 | J | | |
| 929. | | | | | Buy (add'l) | 2/22/11 | K | | |
| 930. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 931. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 932. | | | | | Buy (add'l) | 3/8/11 | K | | |
| 933. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 934. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 935. | | | | | Buy (add'l) | 3/10/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 937. | | | | | Sold (part) | 9/7/11 | J | | |
| 938. | | | | | Sold (part) | 9/8/11 | J | | |
| 939. | | | | | Sold (part) | 9/12/11 | J | | |
| 940. | | | | | Sold (part) | 9/15/11 | J | | |
| 941. | | | | | Sold (part) | 12/19/11 | J | | |
| 942. | | | | | Sold (part) | 12/20/11 | J | | |
| 943. | | | | | Sold (part) | 12/21/11 | J | | |
| 944. | | | | | Sold (part) | 12/22/11 | J | | |
| 945.  - AIA GROUP LTD | | | | | Buy | 1/13/11 | M | | |
| 946. | | | | | Buy (add'l) | 3/31/11 | L | | |
| 947. | | | | | Buy (add'l) | 4/8/11 | K | | |
| 948. | | | | | Sold (part) | 8/11/11 | L | B | |
| 949. | | | | | Buy (add'l) | 10/24/11 | K | | |
| 950.  - Sysmex Corp | | | | | Buy | 1/1/11 | J | | |
| 951. | | | | | Buy (add'l) | 1/1/11 | J | | |
| 952. | | | | | Buy (add'l) | 1/4/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Buy (add'l) | 1/5/11 | J | | |
| 954. | | | | | Buy (add'l) | 1/7/11 | J | | |
| 955. | | | | | Buy (add'l) | 2/4/11 | J | | |
| 956. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 957. | | | | | Buy (add'l) | 2/8/11 | J | | |
| 958. | | | | | Buy (add'l) | 2/9/11 | J | | |
| 959. | | | | | Buy (add'l) | 2/10/11 | J | | |
| 960. | | | | | Buy (add'l) | 2/22/11 | J | | |
| 961. - Ajinomoto Co Inc | | | | | Buy | 2/9/11 | J | | |
| 962. | | | | | Buy (add'l) | 2/10/11 | K | | |
| 963. | | | | | Buy (add'l) | 2/14/11 | J | | |
| 964. | | | | | Buy (add'l) | 2/15/11 | J | | |
| 965. | | | | | Buy (add'l) | 2/16/11 | J | | |
| 966. | | | | | Buy (add'l) | 2/17/11 | J | | |
| 967. | | | | | Buy (add'l) | 2/18/11 | J | | |
| 968. | | | | | Buy (add'l) | 2/22/11 | J | | |
| 969. | | | | | Buy (add'l) | 2/25/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. - Mitsubishi Corp | | | | | Buy | 3/10/11 | L | | |
| 971. | | | | | Buy (add'l) | 3/22/11 | K | | |
| 972. | | | | | Sold | 11/4/11 | L | | |
| 973. - Hitachi | | | | | Buy | 3/23/11 | L | | |
| 974. | | | | | Buy (add'l) | 5/20/11 | K | | |
| 975. - American Tower Corp CL A | | | | | Buy | 1/1/11 | J | | |
| 976. - IBM | | | | | Buy | 2/8/11 | K | | |
| 977. - Nielsen Holdings NV | | | | | Buy | 2/10/11 | J | | |
| 978. | | | | | Buy (add'l) | 2/11/11 | K | | |
| 979. | | | | | Buy (add'l) | 2/11/11 | J | | |
| 980. | | | | | Buy (add'l) | 2/14/11 | J | | |
| 981. | | | | | Buy (add'l) | 2/15/11 | J | | |
| 982. | | | | | Buy (add'l) | 3/11/11 | J | | |
| 983. | | | | | Buy (add'l) | 3/14/11 | J | | |
| 984. | | | | | Buy (add'l) | 3/16/11 | J | | |
| 985. | | | | | Buy (add'l) | 8/5/11 | K | | |
| 986. | | | | | Buy (add'l) | 8/8/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 988. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 989. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 990. | | | | | Buy (add'l) | 8/9/11 | K | | |
| 991. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 992. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 993. | | | | | Buy (add'l) | 8/10/11 | J | | |
| 994. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 995. | | | | | Buy (add'l) | 9/23/11 | J | | |
| 996. | | | | | Buy (add'l) | 9/26/11 | J | | |
| 997. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 998. | | | | | Buy (add'l) | 9/27/11 | K | | |
| 999. | | | | | Buy (add'l) | 9/28/11 | J | | |
| 1000. | | | | | Buy (add'l) | 9/29/11 | J | | |
| 1001. | | | | | Buy (add'l) | 9/30/11 | J | | |
| 1002. | | | | | Buy (add'l) | 9/30/11 | J | | |
| 1003. | | | | | Buy (add'l) | 10/3/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. - Strayer Ed Inc | | | | | Buy | 2/18/11 | J | | |
| 1005. | | | | | Buy (add'l) | 2/22/11 | J | | |
| 1006. | | | | | Buy (add'l) | 2/23/11 | J | | |
| 1007. | | | | | Buy (add'l) | 9/1/11 | J | | |
| 1008. | | | | | Buy (add'l) | 9/2/11 | J | | |
| 1009. | | | | | Sold (part) | 10/10/11 | J | | |
| 1010. | | | | | Sold (part) | 10/11/11 | J | | |
| 1011. | | | | | Sold (part) | 11/7/11 | J | A | |
| 1012. | | | | | Sold | 11/8/11 | J | A | |
| 1013. - Discovery Communications INC CL A | | | | | Buy | 2/28/11 | K | | |
| 1014. | | | | | Buy (add'l) | 3/1/11 | K | | |
| 1015. - Colgate-Palmolive Co | | | | | Buy | 3/9/11 | K | | |
| 1016. | | | | | Buy (add'l) | 3/10/11 | L | | |
| 1017. - Cae Inc | | | | | Buy | 6/23/11 | J | | |
| 1018. | | | | | Buy (add'l) | 6/24/11 | J | | |
| 1019. | | | | | Buy (add'l) | 6/27/11 | J | | |
| 1020. | | | | | Buy (add'l) | 6/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Buy (add'l) | 6/29/11 | J | | |
| 1022. | | | | | Buy (add'l) | 6/29/11 | J | | |
| 1023. | | | | | Buy (add'l) | 6/30/11 | J | | |
| 1024. | | | | | Buy (add'l) | 7/5/11 | K | | |
| 1025. | | | | | Buy (add'l) | 7/6/11 | J | | |
| 1026. | | | | | Buy (add'l) | 7/7/11 | J | | |
| 1027. | | | | | Buy (add'l) | 7/18/11 | J | | |
| 1028. | | | | | Buy (add'l) | 7/19/11 | J | | |
| 1029. | | | | | Buy (add'l) | 7/20/11 | K | | |
| 1030. | | | | | Sold (part) | 9/6/11 | J | | |
| 1031. | | | | | Sold (part) | 9/7/11 | J | | |
| 1032. | | | | | Sold (part) | 9/7/11 | K | | |
| 1033. | | | | | Sold (part) | 9/8/11 | J | | |
| 1034. | | | | | Sold (part) | 9/12/11 | J | | |
| 1035. | | | | | Sold (part) | 9/13/11 | J | | |
| 1036. | | | | | Sold (part) | 9/14/11 | J | | |
| 1037. | | | | | Sold (part) | 9/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Buy (add'l) | 10/17/11 | J | | |
| 1039. | | | | | Buy (add'l) | 10/18/11 | K | | |
| 1040. | | | | | Buy (add'l) | 10/19/11 | J | | |
| 1041. | | | | | Buy (add'l) | 10/19/11 | J | | |
| 1042. | | | | | Buy (add'l) | 10/20/11 | J | | |
| 1043. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 1044. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 1045. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 1046. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 1047. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 1048. | | | | | Buy (add'l) | 12/2/11 | J | | |
| 1049. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 1050. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 1051. | | | | | Buy (add'l) | 12/8/11 | J | | |
| 1052. | | | | | Buy (add'l) | 12/9/11 | J | | |
| 1053. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 1054. | | | | | Buy (add'l) | 12/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. - Roche Holding AG Genusschein | | | | | Buy | 5/20/11 | K | | |
| 1056. - BMW AG | | | | | Buy | 3/31/11 | L | | |
| 1057. | | | | | Buy (add'l) | 8/15/11 | L | | |
| 1058. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 1059. | | | | | Buy (add'l) | 12/21/11 | K | | |
| 1060. - Sampo OYJ CL A | | | | | Buy | 6/23/11 | K | | |
| 1061. | | | | | Buy (add'l) | 6/27/11 | J | | |
| 1062. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 1063. | | | | | Buy (add'l) | 10/28/11 | K | | |
| 1064. | | | | | Buy (add'l) | 10/31/11 | L | | |
| 1065. | | | | | Buy (add'l) | 10/31/11 | K | | |
| 1066. - Autonomy Corporation PLC | | | | | Buy | 3/31/11 | L | | |
| 1067. | | | | | Sold (part) | 8/22/11 | K | D | |
| 1068. | | | | | Sold | 8/22/11 | L | E | |
| 1069. - Firstgroup PLC | | | | | Buy | 5/23/11 | J | | |
| 1070. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 1071. | | | | | Buy (add'l) | 5/24/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 1073. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 1074. - Jack Henry & Assoc Inc | | | | | Buy | 4/1/11 | J | | |
| 1075. | | | | | Buy (add'l) | 4/4/11 | K | | |
| 1076. | | | | | Buy (add'l) | 4/5/11 | J | | |
| 1077. | | | | | Buy (add'l) | 4/6/11 | J | | |
| 1078. | | | | | Buy (add'l) | 4/7/11 | J | | |
| 1079. | | | | | Buy (add'l) | 4/8/11 | J | | |
| 1080. | | | | | Buy (add'l) | 4/11/11 | J | | |
| 1081. | | | | | Buy (add'l) | 4/11/11 | J | | |
| 1082. | | | | | Buy (add'l) | 4/12/11 | K | | |
| 1083. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 1084. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 1085. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 1086. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 1087. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 1088. | | | | | Buy (add'l) | 4/18/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1089. | | | | | Buy (add'l) | 4/19/11 | J | | |
| 1090. | | | | | Buy (add'l) | 4/20/11 | J | | |
| 1091. | | | | | Buy (add'l) | 4/21/11 | J | | |
| 1092. | | | | | Buy (add'l) | 4/25/11 | J | | |
| 1093. | | | | | Buy (add'l) | 4/25/11 | J | | |
| 1094. | | | | | Buy (add'l) | 4/26/11 | K | | |
| 1095. - Avon Products Inc | | | | | Buy | 4/13/11 | K | | |
| 1096. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 1097. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 1098. | | | | | Buy (add'l) | 4/15/11 | K | | |
| 1099. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 1100. | | | | | Buy (add'l) | 7/14/11 | K | | |
| 1101. | | | | | Buy (add'l) | 7/15/11 | K | | |
| 1102. | | | | | Buy (add'l) | 8/3/11 | K | | |
| 1103. | | | | | Buy (add'l) | 8/4/11 | J | | |
| 1104. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 1105. | | | | | Sold (part) | 11/17/11 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Sold (part) | 11/17/11 | J | | |
| 1107. | | | | | Sold (part) | 11/18/11 | K | | |
| 1108. | | | | | Sold (part) | 11/21/11 | J | | |
| 1109. | | | | | Sold | 12/20/11 | K | | |
| 1110. - NYC TFA FUT TAX SEC SUB 11E 5% | | | | | Buy | 4/8/11 | M | | |
| 1111. - Seattle Genetics Inc | | | | | Buy | 5/13/11 | J | | |
| 1112. | | | | | Buy (add'l) | 5/16/11 | J | | |
| 1113. | | | | | Buy (add'l) | 5/17/11 | J | | |
| 1114. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 1115. | | | | | Buy (add'l) | 5/19/11 | J | | |
| 1116. | | | | | Buy (add'l) | 5/20/11 | J | | |
| 1117. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 1118. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 1119. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 1120. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 1121. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 1122. | | | | | Buy (add'l) | 5/26/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. | | | | | Buy (add'l) | 5/27/11 | J | | |
| 1124. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 1125. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 1126. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 1127. | | | | | Buy (add'l) | 6/2/11 | J | | |
| 1128. | | | | | Buy (add'l) | 6/3/11 | J | | |
| 1129. | | | | | Buy (add'l) | 6/3/11 | J | | |
| 1130. | | | | | Buy (add'l) | 6/6/11 | J | | |
| 1131. | | | | | Buy (add'l) | 6/6/11 | J | | |
| 1132. | | | | | Buy (add'l) | 6/7/11 | J | | |
| 1133. | | | | | Buy (add'l) | 6/8/11 | J | | |
| 1134. | | | | | Buy (add'l) | 6/9/11 | J | | |
| 1135. | | | | | Buy (add'l) | 6/9/11 | J | | |
| 1136. | | | | | Buy (add'l) | 6/9/11 | J | | |
| 1137. | | | | | Buy (add'l) | 6/10/11 | J | | |
| 1138. | | | | | Buy (add'l) | 6/13/11 | J | | |
| 1139. | | | | | Buy (add'l) | 6/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. | | | | | Buy (add'l) | 6/14/11 | J | | |
| 1141. | | | | | Buy (add'l) | 6/14/11 | J | | |
| 1142. | | | | | Buy (add'l) | 6/15/11 | J | | |
| 1143. | | | | | Buy (add'l) | 6/16/11 | J | | |
| 1144. | | | | | Buy (add'l) | 6/16/11 | J | | |
| 1145. | | | | | Buy (add'l) | 6/17/11 | J | | |
| 1146. | | | | | Buy (add'l) | 6/17/11 | J | | |
| 1147. | | | | | Buy (add'l) | 6/17/11 | J | | |
| 1148. | | | | | Buy (add'l) | 6/22/11 | J | | |
| 1149. | | | | | Buy (add'l) | 6/23/11 | J | | |
| 1150. | | | | | Buy (add'l) | 7/7/11 | J | | |
| 1151. | | | | | Buy (add'l) | 7/7/11 | J | | |
| 1152. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 1153. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 1154. | | | | | Buy (add'l) | 7/11/11 | K | | |
| 1155. | | | | | Buy (add'l) | 7/11/11 | J | | |
| 1156. | | | | | Buy (add'l) | 7/12/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1157. | | | | | Buy (add'l) | 7/12/11 | J | | |
| 1158. | | | | | Buy (add'l) | 7/13/11 | J | | |
| 1159. | | | | | Buy (add'l) | 7/13/11 | J | | |
| 1160. | | | | | Buy (add'l) | 7/13/11 | J | | |
| 1161. | | | | | Buy (add'l) | 7/14/11 | J | | |
| 1162. | | | | | Buy (add'l) | 7/15/11 | K | | |
| 1163. - Tele Norte Leste Part ADR | | | | | Buy | 5/17/11 | J | | |
| 1164. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 1165. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 1166. | | | | | Buy (add'l) | 5/19/11 | J | | |
| 1167. | | | | | Buy (add'l) | 5/20/11 | J | | |
| 1168. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 1169. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 1170. | | | | | Buy (add'l) | 5/24/11 | K | | |
| 1171. | | | | | Buy (add'l) | 5/24/11 | K | | |
| 1172. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 1173. | | | | | Buy (add'l) | 5/25/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 1175. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 1176. | | | | | Buy (add'l) | 5/26/11 | J | | |
| 1177. | | | | | Buy (add'l) | 5/26/11 | K | | |
| 1178. | | | | | Buy (add'l) | 5/27/11 | J | | |
| 1179. | | | | | Buy (add'l) | 5/27/11 | K | | |
| 1180. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 1181. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 1182. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 1183. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 1184. | | | | | Buy (add'l) | 6/2/11 | J | | |
| 1185. | | | | | Sold (part) | 11/4/11 | J | | |
| 1186. | | | | | Sold (part) | 11/7/11 | K | | |
| 1187. | | | | | Sold (part) | 11/8/11 | K | | |
| 1188. | | | | | Sold (part) | 11/10/11 | K | | |
| 1189. | | | | | Sold (part) | 11/11/11 | K | | |
| 1190. | | | | | Sold (part) | 11/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1191. | | | | | Sold (part) | 11/18/11 | J | | |
| 1192. | | | | | Sold (part) | 11/21/11 | J | | |
| 1193. | | | | | Buy (add'l) | 12/23/11 | J | | |
| 1194. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 1195. - Fugro NV | | | | | Buy | 8/12/11 | K | | |
| 1196. | | | | | Buy (add'l) | 9/22/11 | K | | |
| 1197. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 1198. | | | | | Buy (add'l) | 9/23/11 | J | | |
| 1199. - Andritz AG | | | | | Buy | 8/16/11 | K | | |
| 1200. | | | | | Buy (add'l) | 8/17/11 | J | | |
| 1201. | | | | | Buy (add'l) | 8/17/11 | J | | |
| 1202. | | | | | Buy (add'l) | 8/18/11 | J | | |
| 1203. - Wharf Hldgs Ltd | | | | | Buy | 7/20/11 | K | | |
| 1204. | | | | | Sold | 11/3/11 | K | | |
| 1205. - Denso Corp | | | | | Buy | 7/19/11 | K | | |
| 1206. | | | | | Sold (part) | 11/24/11 | J | | |
| 1207. | | | | | Sold (part) | 11/25/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. | | | | | Sold (part) | 11/28/11 | J | | |
| 1209. | | | | | Sold (part) | 11/29/11 | J | | |
| 1210. | | | | | Sold (part) | 11/30/11 | J | | |
| 1211. | | | | | Sold | 12/1/11 | J | | |
| 1212. - NY ST DORM SUNY 11A 5.0% | | | | | Buy | 6/22/11 | N | | |
| 1213. - NY TOBACCO SETTLE CORP 11A 5.0% | | | | | Buy | 6/29/11 | N | | |
| 1214. - Nike Inc Cl B | | | | | Buy | 8/3/11 | K | | |
| 1215. - Caterpillar | | | | | Buy | 8/5/11 | K | | |
| 1216. | | | | | Buy (add'l) | 8/9/11 | K | | |
| 1217. - Carnival Corp Common Paired Stock | | | | | Buy | 8/9/11 | J | | |
| 1218. | | | | | Buy (add'l) | 8/10/11 | K | | |
| 1219. | | | | | Buy (add'l) | 8/25/11 | K | | |
| 1220. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 1221. - Dril-Quip Inc | | | | | Buy | 8/31/11 | J | | |
| 1222. | | | | | Buy (add'l) | 9/1/11 | J | | |
| 1223. | | | | | Buy (add'l) | 9/2/11 | J | | |
| 1224. | | | | | Buy (add'l) | 9/6/11 | J | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000       G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes           J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)         U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 1226. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 1227. - Virgin Media Inc | | | | | Buy | 8/31/11 | K | | |
| 1228. | | | | | Buy (add'l) | 9/8/11 | K | | |
| 1229. | | | | | Sold | 12/16/11 | L | | |
| 1230. - Marsh & Mclennan Cos Inc | | | | | Buy | 9/2/11 | K | | |
| 1231. | | | | | Buy (add'l) | 9/6/11 | K | | |
| 1232. | | | | | Buy (add'l) | 9/6/11 | J | | |
| 1233. | | | | | Buy (add'l) | 9/6/11 | K | | |
| 1234. | | | | | Buy (add'l) | 9/7/11 | K | | |
| 1235. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 1236. | | | | | Buy (add'l) | 9/28/11 | J | | |
| 1237. - PG&E Corp | | | | | Buy | 9/8/11 | K | | |
| 1238. - Home Depot Inc | | | | | Buy | 9/14/11 | M | | |
| 1239. | | | | | Buy (add'l) | 9/14/11 | J | | |
| 1240. | | | | | Buy (add'l) | 9/20/11 | J | | |
| 1241. | | | | | Buy (add'l) | 9/20/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. - LVMH Moet Hennessy Louis Vuitton SA | | | | | Buy | 10/10/11 | K | | |
| 1243. | | | | | Buy (add'l) | 10/11/11 | K | | |
| 1244. | | | | | Buy (add'l) | 10/18/11 | K | | |
| 1245. - Whitbread PLC | | | | | Buy | 10/28/11 | K | | |
| 1246. - Assa Abloy AB A | | | | | Buy | 10/28/11 | K | | |
| 1247. - Pharmasset Inc | | | | | Buy | 9/30/11 | J | | |
| 1248. | | | | | Buy (add'l) | 10/4/11 | K | | |
| 1249. - NY DORM LONG ISLAND 11A 4.0% | | | | | Buy | 9/16/11 | N | | |
| 1250. - Signet Jewelers Ltd | | | | | Buy | 10/6/11 | J | | |
| 1251. | | | | | Buy (add'l) | 10/7/11 | K | | |
| 1252. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 1253. | | | | | Buy (add'l) | 10/11/11 | K | | |
| 1254. | | | | | Buy (add'l) | 10/12/11 | K | | |
| 1255. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 1256. - Ace Ltd | | | | | Buy | 10/21/11 | J | | |
| 1257. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 1258. - MTA NY TRANSRT REV SER 11C 5.0% | | | | | Buy | 11/3/11 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-11) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1259. - Aflac Inc | | | | | Buy | 11/22/11 | J | | |
| 1260. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 1261. | | | | | Buy (add'l) | 11/23/11 | K | | |
| 1262. - Express Scripts Inc | | | | | Buy | 11/29/11 | K | | |
| 1263. | | | | | Buy (add'l) | 11/30/11 | K | | |
| 1264. | | | | | Buy (add'l) | 12/1/11 | K | | |
| 1265. | | | | | Buy (add'l) | 12/2/11 | J | | |
| 1266. | | | | | Buy (add'l) | 12/5/11 | K | | |
| 1267. | | | | | Buy (add'l) | 12/6/11 | J | | |
| 1268. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 1269. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 1270. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 1271. - NY CITY TFA 03 C DFRN 3.48% | | | | | Buy | 12/22/11 | N | | |
| 1272. - TE Connectivity LTD (formerly TYCO) | | | | | Buy (add'l) | 03/17/11 | L | | |
| 1273. - Rental Property #24, Brooklyn NY | E | Rent | J | U | | | | | |
| 1274. ▨ Business #3 | A | Rent | M | U | | | | | |
| 1275. ▨ Trust #25 - List of Assets | E | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1276. - AGILENT (Y) | | | | | Sold (part) | 5/23/11 | J | A | |
| 1277. - AIR PRODUCTS & CHEMICALS (Y) | | | | | | | | | |
| 1278. - Allegheny Tech (Y) | | | | | | | | | |
| 1279. - ALLERGAN INC (Y) | | | | | | | | | |
| 1280. - ALLSTATE (Y) | | | | | | | | | |
| 1281. - AMAZON.COM INC (Y) | | | | | | | | | |
| 1282. - AMERICA MOVIL | | | | | Sold (part) | 3/22/11 | J | B | |
| 1283. | | | | | Sold | 5/27/11 | J | B | |
| 1284. - AMERICAN TOWER (Y) | | | | | | | | | |
| 1285. - AMERICAN WATER WORKS | | | | | Sold (part) | 2/4/11 | J | A | |
| 1286. | | | | | Sold (part) | 2/4/11 | J | A | |
| 1287. | | | | | Sold (part) | 2/7/11 | J | A | |
| 1288. | | | | | Sold (part) | 2/11/11 | J | A | |
| 1289. | | | | | Sold (part) | 2/14/11 | J | A | |
| 1290. | | | | | Sold (part) | 2/14/11 | J | A | |
| 1291. | | | | | Sold (part) | 3/22/11 | J | A | |
| 1292. | | | | | Sold | 3/30/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. - ANGLO AMERICAN PLC (Y) | | | | | | | | | |
| 1294. - AON CORP (Y) | | | | | | | | | |
| 1295. - APPLE INC (Y) | | | | | Sold (part) | 1/18/11 | J | B | |
| 1296. - ASML HOLDING NV (Y) | | | | | Buy (add'l) | 1/5/11 | J | | |
| 1297. - BAE SYSTEMS PLC | | | | | Sold | 2/8/11 | J | | |
| 1298. - BANK OF CHINA (Y) | | | | | Sold (part) | 1/4/11 | J | | |
| 1299. - BANK OF EAST ASIA (Y) | | | | | | | | | |
| 1300. - BARRICK GOLD CORP (Y) | | | | | | | | | |
| 1301. - BAYER AG (Y) | | | | | Buy (add'l) | 3/22/11 | J | | |
| 1302. | | | | | Buy (add'l) | 4/1/11 | J | | |
| 1303. - BEST BUY INC (Y) | | | | | | | | | |
| 1304. - BG GROUP PLC (Y) | | | | | Sold (part) | 3/11/11 | J | A | |
| 1305. - BHP BILLITON (Y) | | | | | | | | | . |
| 1306. - BNP PARIBAS (Y) | | | | | Buy (add'l) | 2/8/11 | J | | |
| 1307. - BOC HONG KONG HOLDINGS LTD (Y) | | | | | | | | | |
| 1308. - Boeing Co (Y) | | | | | | | | | |
| 1309. - Bouygues (Y) | | | | | Buy (add'l) | 1/27/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. | | | | | Buy (add'l) | 2/18/11 | J | | |
| 1311. - BRISTOL-MYERS SQUIBB CO | | | | | Sold (part) | 2/14/11 | J | A | |
| 1312. | | | | | Sold (part) | 2/15/11 | J | A | |
| 1313. | | | | | Sold | 2/18/11 | J | A | |
| 1314. - BROADCOM CORP (Y) | | | | | Buy (add'l) | 6/9/11 | J | | |
| 1315. - CAMECO CORP | | | | | Sold (part) | 4/12/11 | K | | |
| 1316. | | | | | Sold (part) | 4/12/11 | J | A | |
| 1317. | | | | | Sold (part) | 4/13/11 | J | A | |
| 1318. | | | | | Sold | 4/13/11 | J | | |
| 1319. - CANADIAN NATURAL RESOURCES (Y) | | | | | | | | | |
| 1320. - CANON INC (Y) | | | | | | | | | |
| 1321. - CELGENE CORP | | | | | Sold (part) | 2/9/11 | J | | |
| 1322. | | | | | Sold (part) | 2/10/11 | J | | |
| 1323. | | | | | Sold | 2/11/11 | J | | |
| 1324. - CERNER CORP (Y) | | | | | Sold (part) | 5/6/11 | J | C | |
| 1325. | | | | | Sold (part) | 5/23/11 | J | B | |
| 1326. - CENOVUS ENERGY INC (Y) | | | | | Buy (add'l) | 3/7/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. | | | | | Buy (add'l) | 3/7/11 | J | | |
| 1328. - CHEVRON CORP (Y) | | | | | | | | | |
| 1329. - CHINA LIFE INSURANCE CO LTD | | | | | Sold | 1/13/11 | J | | |
| 1330. - CHINA SHENHUA ENERGY | | | | | Sold (part) | 1/28/11 | J | A | |
| 1331. | | | | | Sold (part) | 1/31/11 | J | | |
| 1332. | | | | | Sold | 2/7/11 | J | A | |
| 1333. - CISCO SYSTEMS INC (Y) | | | | | Buy (add'l) | 2/8/11 | J | | |
| 1334. | | | | | Sold (part) | 3/30/11 | J | | |
| 1335. | | | | | Sold (part) | 3/30/11 | J | | |
| 1336. | | | | | Sold (part) | 3/30/11 | J | | |
| 1337. | | | | | Sold (part) | 4/5/11 | J | | |
| 1338. | | | | | Sold (part) | 4/8/11 | J | | |
| 1339. | | | | | Sold (part) | 5/23/11 | J | | |
| 1340. - COACH (Y) | | | | | | | | | |
| 1341. - COCA-COLA AMATIL | | | | | Sold (part) | 1/5/11 | J | A | |
| 1342. | | | | | Sold (part) | 1/5/11 | J | A | |
| 1343. | | | | | Sold (part) | 1/5/11 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1344. | | | | | Sold | 6/20/11 | K | D | |
| 1345. - COMCAST CORP CL A (NEW) (Y) | | | | | Buy (add'l) | 4/8/11 | J | | |
| 1346. - COSTCO (Y) | | | | | | | | | |
| 1347. - CRH PLC (Y) | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1348. | | | | | Sold (part) | 4/11/11 | J | B | |
| 1349. - CSL LTD (Y)\ | | | | | | | | | |
| 1350. - DANAHER CORP (Y) | | | | | Buy (add'l) | 2/28/11 | J | | |
| 1351. | | | | | Buy (add'l) | 4/1/11 | J | | |
| 1352. - DANONE (Y) | | | | | Buy (add'l) | 2/18/11 | J | | |
| 1353. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 1354. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 1355. - DAVITA INC (Y) | | | | | Sold (part) | 5/23/11 | J | C | |
| 1356. - DBS GROUP HOLDINGS LTD (Y) | | | | | Buy (add'l) | 7/5/11 | J | | |
| 1357. - DIAGEO PLC (Y) | | | | | | | | | |
| 1358. - DIXONS GROUP PLC (Y) | | | | | Buy (add'l) | 2/28/11 | J | | |
| 1359. | | | | | Sold (part) | 5/27/11 | J | | |
| 1360. | | | | | Sold (part) | 5/27/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. - DREAMWORKS ANIMATION SKG INC (Y) | | | | | Sold (part) | 6/10/11 | J | | |
| 1362. | | | | | Sold (part) | 6/13/11 | J | | |
| 1363. | | | | | Sold (part) | 6/14/11 | J | | |
| 1364. | | | | | Sold (part) | 6/15/11 | J | | |
| 1365. - EBAY INC (Y) | | | | | Sold (part) | 3/30/11 | J | D | |
| 1366. - ECOLAB INC (Y) | | | | | | | | | |
| 1367. - EDISON INTERNATIONAL (Y) | | | | | | | | | |
| 1368. - EMERSON ELECTRIC (Y) | | | | | | | | | |
| 1369. - ENERGIZER HOLDINGS INC (Y) | | | | | | | | | |
| 1370. - ESSILOR INTL (Y) | | | | | | | | | |
| 1371. - FANUC CO (Y) | | | | | Sold (part) | 1/5/11 | K | D | |
| 1372. - FEDEX CORP (Y) | | | | | | | | | |
| 1373. - FIRST SOLAR INC | | | | | Sold | 2/4/11 | J | C | |
| 1374. - FLUOR CORP (Y) | | | | | | | | | |
| 1375. - GDF SUEZ (Y) | | | | | | | | | |
| 1376. - GENERAL ELECTRIC (Y) | | | | | | | | | |
| 1377. - Genpact LTD (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. - GENERAL MILLS (Y) | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1379. | | | | | Sold (part) | 3/30/11 | J | A | |
| 1380. | | | | | Sold (part) | 4/1/11 | J | A | |
| 1381. | | | | | Sold (part) | 4/6/11 | J | A | |
| 1382. - GOLDMAN SACHS GROUP INC (Y) | | | | | Buy (add'l) | 3/10/11 | J | | |
| 1383. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 1384. | | | | | Sold (part) | 5/23/11 | J | | |
| 1385. - GOOGLE INC (Y) | | | | | | | | | |
| 1386. - HALLIBURTON CO (Y) | | | | | | | | | |
| 1387. - HDFC BANK LTD (Y) | | | | | Buy (add'l) | 5/3/11 | J | | |
| 1388. - HENNES & MAURITZ AB (Y) | | | | | | | | | |
| 1389. - HEWLETT-PACKARD CO (Y) | | | | | Sold (part) | 5/23/11 | J | A | |
| 1390. - HONG KONG/ CHINA GAS (Y) | | | | | | | | | |
| 1391. - HSBC HOLDINGS (Y) | | | | | Buy (add'l) | 1/25/11 | J | | |
| 1392. | | | | | Sold (part) | 6/13/11 | J | | |
| 1393. | | | | | Sold (part) | 6/13/11 | J | | |
| 1394. - ICICI BANK LTD SPON ADR (Y) | | | | | Buy (add'l) | 2/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. - ILLINOIS TOOL WORKS INC (Y) | | | | | | | | | |
| 1396. - IMPERIAL TOBACCO PLC (Y) | | | | | Sold (part) | 1/13/11 | J | B | |
| 1397. | | | | | Sold (part) | 1/14/11 | J | A | |
| 1398. - INMET MINING CORP C$ (Y) | | | | | | | | | |
| 1399. - INT'L BUSINESS MACHINES (Y) | | | | | | | | | |
| 1400. - INTERNATIONAL GAME TECHNOLOGY (Y) | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1401. - IRON MOUNTAIN INC (Y) | | | | | Sold (part) | 1/18/11 | J | A | |
| 1402. | | | | | Sold (part) | 1/21/11 | J | A | |
| 1403. | | | | | Sold (part) | 1/24/11 | J | A | |
| 1404. - ISRAEL CHEMICALS LTD ADR UNSPON (Y) | | | | | Sold (part) | 3/15/11 | J | | |
| 1405. | | | | | Sold (part) | 3/16/11 | J | | |
| 1406. - JERONIMO MARTINS SGPS | | | | | Sold | 2/8/11 | J | D | |
| 1407. - JP MORGAN CHASE (Y) | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1408. - JUNIPER NETWORKS INC (Y) | | | | | | | | | |
| 1409. - KEYENCE CORP (Y) | | | | | | | | | |
| 1410. - KLA- TENCOR CORP (Y) | | | | | | | | | |
| 1411. - KONINKLIJKE KPN NV (Y) | | | | | Sold (part) | 1/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1412. - KRAFT FOODS (Y) | | | | | Sold (part) | 4/13/11 | J | | |
| 1413. - KURITA WATER INDUSTRIES LTD (Y) | | | | | | | | | |
| 1414. - L'Air Liquide Bearer (Y) | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1415. - LI & Fung (Y) | | | | | | | | | |
| 1416. - LLOYDS TSB GROUP PLC (Y) | | | | | | | | | |
| 1417. - L'OREAL (Y) | | | | | | | | | |
| 1418. - LOWES COS (Y) | | | | | Sold (part) | 5/23/11 | J | A | |
| 1419. - MCDONALDS CORP (Y) | | | | | Buy (add'l) | 3/31/11 | J | | |
| 1420. - MARATHON OIL CORP | | | | | Sold | 4/12/11 | J | | |
| 1421. - MACQUARIE GROUP LTD (Y) | | | | | | | | | |
| 1422. - MEDTRONIC INC | | | | | Sold (part) | 3/16/11 | J | | |
| 1423. | | | | | Sold | 3/17/11 | J | | |
| 1424. - MAXIM INTEGRATED PRODS (Y) | | | | | | | | | |
| 1425. - MERCK & CO INC | | | | | Sold (part) | 1/25/11 | J | | |
| 1426. | | | | | Sold (part) | 2/3/11 | J | | |
| 1427. | | | | | Sold | 2/3/11 | J | | |
| 1428. - MICROCHIP TECHNOLOGY (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1429. - MICROSOFT (Y) | | | | | | | | | |
| 1430. - MUENCHENER RUECK NAMEN VINK | | | | | Sold | 1/15/11 | K | A | |
| 1431. - MURATA MANUFACTURING CO (Y) LTD (Y) | | | | | | | | | |
| 1432. - NATIONAL INSTRUMENTS CORP (Y) | | | | | | | | | |
| 1433. - NATIONAL GRID PLC (Y) | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1434. - Nestle SA (Y) | | | | | | | | | |
| 1435. - NEWCREST MINING (Y) | | | | | Buy (add'l) | 1/6/11 | J | | |
| 1436. - NEW YORK TIMES CO CL A (Y) | | | | | | | | | |
| 1437. - NINTENDO CO LD (Y) | | | | | | | | | |
| 1438. - NOBLE ENERGY INC (Y) | | | | | | | | | |
| 1439. - NORDSTROM INC (Y) | | | | | | | | | |
| 1440. - NOVARTIS AG NAMEN (Y) | | | | | | | | | |
| 1441. - NOVO NORDISK A/S B (Y) | | | | | | | | | |
| 1442. - NUCOR CORP (Y) | | | | | Sold (part) | 1/14/11 | J | A | |
| 1443. - OMNICOM GROUP (Y) | | | | | | | | | |
| 1444. - ORACLE CORP (Y) | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1445. - PENGROWTH ENERGY TRUST C$ (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1446. - PEPSICO INC (Y) | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1447. | | | | | Sold (part) | 2/18/11 | J | | |
| 1448. | | | | | Sold (part) | 4/6/11 | J | B | |
| 1449. - Pernod Ricard SA (Y) | | | | | | | | | |
| 1450. - PHILIP MORRIS INTERNATIONAL INC (Y) | | | | | | | | | |
| 1451. - POLYCOM INC (Y) | | | | | | | | | |
| 1452. - POTASH CORP OF SASKATCHEWAN INC | | | | | Sold (part) | 1/25/11 | J | C | |
| 1453. | | | | | Sold | 1/25/11 | J | C | |
| 1454. - PROCTOR & GAMBLE (Y) | | | | | | | | | |
| 1455. - Progressive Corp Ohio (Y) | | | | | Sold (part) | 5/23/11 | J | B | |
| 1456. - QUALCOMM INC (Y) | | | | | Sold (part) | 5/23/11 | J | B | |
| 1457. | | | | | Sold (part) | 6/10/11 | J | A | |
| 1458. - RELIANCE INDUSTRIES LTD GDR (Y) | | | | | | | | | |
| 1459. - REPUBLIC SERVICES INC (Y) | | | | | Buy (add'l) | 3/9/11 | J | | |
| 1460. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 1461. | | | | | Buy (add'l) | 3/14/11 | J | | |
| 1462. - Reckitt Benckiser Group (Y) | | | | | Sold (part) | 4/19/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1463. - Richemont (Y) | | | | | | | | | |
| 1464. - RIO TINTO (Y) | | | | | | | | | |
| 1465. - ROGERS COMMUNICATION | | | | | Sold | 1/14/11 | J | B | |
| 1466. - ROYAL DUTCH SHELL (Y) | | | | | | | | | |
| 1467. - Samsung Elec Gds (Y) | | | | | Buy (add'l) | 3/11/11 | J | | |
| 1468. - SANDVIK AB | | | | | Sold (part) | 3/10/11 | J | B | |
| 1469. | | | | | Sold | 3/14/11 | J | B | |
| 1470. - SAP AG (Y) | | | | | | | | | |
| 1471. - SCHLUMBERGER LTD (Y) | | | | | | | | | |
| 1472. - SCHWAB CHARLES NEW (Y) | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1473. | | | | | Buy (add'l) | 1/18/11 | J | | |
| 1474. - SCRIPPS NETWORKS INTERACTIVE CL A (Y) | | | | | Buy (add'l) | 1/24/11 | J | | |
| 1475. - SEADRILL LTD (Y) | | | | | Buy (add'l) | 1/7/11 | J | | |
| 1476. - SES FDR CL A (PARIS) (Y) | | | | | | | | | |
| 1477. - SHIRE PLC (Y) | | | | | | | | | |
| 1478. - SHANGRI-LA ASIA (Y) | | | | | Sold (part) | 1/28/11 | J | A | |
| 1479. - SIEMENS AG NAMEN (Y) | | | | | Sold (part) | 3/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. | | | | | Sold (part) | 5/23/11 | J | A | |
| 1481. - SMC CORP (Y) | | | | | | | | | |
| 1482. - SOFTBANK CORP (Y) | | | | | Sold (part) | 1/5/11 | J | B | |
| 1483. | | | | | Sold (part) | 3/10/11 | J | B | |
| 1484. | | | | | Sold (part) | 6/2/11 | J | B | |
| 1485. | | | | | Sold (part) | 6/10/11 | J | B | |
| 1486. - SONOVA HOLDING AG (Y) | | | | | Buy (add'l) | 2/24/11 | J | | |
| 1487. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 1488. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 1489. | | | | | Buy (add'l) | 3/8/11 | J | | |
| 1490. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 1491. | | | | | Sold (part) | 3/30/11 | J | A | |
| 1492. | | | | | Buy (add'l) | 4/7/11 | J | | |
| 1493. - SPECTRA ENERGY CORP (Y) | | | | | | | | | |
| 1494. - STANDARD CHARTERED (Y) | | | | | Sold (part) | 3/23/11 | J | | |
| 1495. | | | | | Sold (part) | 3/23/11 | J | | |
| 1496. - STANLEY BLACK & DECKER (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. - Sun Hung Kai Prop (Y) | | | | | | | | | |
| 1498. - SUNCOR ENERGY (Y) | | | | | | | | | |
| 1499. - SWIRE PACIFIC LTD (Y) | | | | | | | | | |
| 1500. - SWISSCOM AG REG (Y) | | | | | Sold (part) | 1/5/11 | J | B | |
| 1501. | | | | | Sold (part) | 1/5/11 | J | B | |
| 1502. | | | | | Sold (part) | 1/5/11 | J | B | |
| 1503. - SYNGENTA AG (Y) | | | | | Buy (add'l) | 2/18/11 | J | | |
| 1504. - SYNTHES INC | | | | | Sold (part) | 3/9/11 | J | | |
| 1505. | | | | | Sold | 3/10/11 | J | | |
| 1506. - TARGET (Y) | | | | | | | | | |
| 1507. - TE Connectivity (formerly TYCO) (Y) | | | | | | | | | |
| 1508. - TELEVISION BROADCAST (Y) | | | | | | | | | |
| 1509. - TELSTRA CORP (Y) | | | | | Buy (add'l) | 2/3/11 | J | | |
| 1510. - TELUS CORPORATION NON VOTE (Y) | | | | | | | | | |
| 1511. - TESCO PLC (Y) | | | | | Sold (part) | 2/8/11 | J | | |
| 1512. - The Walt Disney (Y) | | | | | Sold (part) | 1/21/11 | J | B | |
| 1513. | | | | | Sold (part) | 5/23/11 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1514. - TIFFANY & CO NEW (Y) | | | | | | | | | |
| 1515. - TIME WARNER CABLE INC (Y) | | | | | Buy (add'l) | 3/31/11 | J | | |
| 1516. - TINGYI (Y) | | | | | | | | | |
| 1517. - TORONTO-DOMINION BANK (Y) | | | | | | | | | |
| 1518. - TREND MICRO (Y) | | | | | Sold (part) | 3/23/11 | J | | |
| 1519. | | | | | Sold (part) | 3/28/11 | J | | |
| 1520. | | | | | Sold (part) | 3/29/11 | J | | |
| 1521. | | | | | Sold (part) | 3/30/11 | J | | |
| 1522. - UNION PACIFIC CORP (Y) | | | | | Sold (part) | 5/23/11 | J | C | |
| 1523. - UNITEDHEALTH GROUP INC (Y) | | | | | | | | | |
| 1524. - UNITED PARCEL SERVICE INC (Y) | | | | | | | | | |
| 1525. - UNITED TECHNOLOGIES (Y) | | | | | Buy (add'l) | 1/24/11 | J | | |
| 1526. | | | | | Buy (add'l) | 2/11/11 | J | | |
| 1527. | | | | | Buy (add'l) | 2/15/11 | J | | |
| 1528. - URBAN OUFITTERS INC (Y) | | | | | Sold (part) | 6/10/11 | J | | |
| 1529. | | | | | Sold (part) | 6/13/11 | J | | |
| 1530. - VERIZON COMMUNICATIONS (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. - VISA (Y) | | | | | Sold (part) | 2/1/11 | J | | |
| 1532. - VULCAN MATERIALS CO (Y) | | | | | | | | | |
| 1533. - Wal Mart De Mexico (Y) | | | | | | | | | |
| 1534. - WEATHERFORD INTL LTD (Y) | | | | | | | | | |
| 1535. - 3M COMPANY (Y) | | | | | | | | | |
| 1536. - SSGA US GOV MM | | | | | Closed | 10/31/11 | J | | |
| 1537. - ENCANA (Y) | | | | | Buy | 2/4/11 | J | | |
| 1538. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 1539. | | | | | Buy (add'l) | 2/17/11 | J | | |
| 1540. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 1541. | | | | | Buy (add'l) | 3/16/11 | J | | |
| 1542. | | | | | Buy (add'l) | 3/17/11 | J | | |
| 1543. - LINDE AG(Y) | | | | | Buy | 2/4/11 | J | | |
| 1544. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 1545. | | | | | Buy (add'l) | 3/22/11 | J | | |
| 1546. - SCHNEIDER ELECTRIC SA(Y) | | | | | Buy | 2/4/11 | J | | |
| 1547. | | | | | Buy (add'l) | 2/7/11 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. | | | | | Buy (add'l) | 2/8/11 | J | | |
| 1549. - DAIMLER AG(Y) | | | | | Buy | 2/18/11 | J | | |
| 1550. - BARCLAYS PLC (Y) | | | | | Buy | 1/13/11 | K | | |
| 1551. | | | | | Buy (add'l) | 1/14/11 | J | | |
| 1552. - PREMIER FARNELL PLC(Y) | | | | | Buy | 2/22/11 | J | | |
| 1553. | | | | | Buy (add'l) | 3/8/11 | J | | |
| 1554. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 1555. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 1556. - AIA GROUP LTD (Y) | | | | | Buy | 1/13/11 | J | | |
| 1557. | | | | | Buy (add'l) | 3/31/11 | J | | |
| 1558. | | | | | Buy (add'l) | 4/8/11 | J | | |
| 1559. - SYSMEX CORP (Y) | | | | | Buy | 1/6/11 | J | | |
| 1560. - AJINOMOTO CO INC(Y) | | | | | Buy | 2/24/11 | J | | |
| 1561. - MITSUBISHI CORP (Y) | | | | | Buy | 3/10/11 | J | | |
| 1562. | | | | | Buy (add'l) | 3/22/11 | J | | |
| 1563. - HITACHI (Y) | | | | | Buy | 3/23/11 | J | | |
| 1564. | | | | | Buy (add'l) | 5/20/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. - MONSANTO CO NEW COM (Y) | | | | | Buy | 2/8/11 | K | | |
| 1566. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 1567. - NIELSEN HOLDINGS NV(Y) | | | | | Buy | 2/11/11 | J | | |
| 1568. - STRAYER ED INC (Y) | | | | | Buy | 2/23/11 | J | | |
| 1569. - DISCOVERY COMMUNICATIONS (Y) | | | | | Buy | 3/1/11 | J | | |
| 1570. - COLGATE-PALMOLIVE CO(Y) | | | | | Buy | 3/10/11 | J | | |
| 1571. - ROCHE HOLDING AG GENUSSCHEIN(Y) | | | | | Buy | 5/20/11 | J | | |
| 1572. - BMW AG(Y) | | | | | Buy | 3/31/11 | J | | |
| 1573. - AUTONOMY CORPORATION (Y) | | | | | Buy | 3/31/11 | J | | |
| 1574. - FIRST GROUP PLC(Y) | | | | | Buy | 5/24/11 | J | | |
| 1575. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 1576. - JGC CORP(Y) | | | | | Buy | 5/6/11 | K | | |
| 1577. - JACK HENRY & ASSOC(Y) | | | | | Buy | 4/4/11 | J | | |
| 1578. | | | | | Buy (add'l) | 4/25/11 | J | | |
| 1579. | | | | | Buy (add'l) | 4/26/11 | J | | |
| 1580. - AVON PRODUCTS INC(Y) | | | | | Buy | 4/13/11 | J | | |
| 1581. | | | | | Buy (add'l) | 4/15/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1582. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 1583. - NORFOLK SOUTHERN CORP (Y) | | | | | Buy | 5/3/11 | J | | |
| 1584. - TELE NORTE LESTE (Y) | | | | | Buy | 5/24/11 | J | | |
| 1585. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 1586. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 1587. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 1588. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 1589. | | | | | Buy (add'l) | 5/26/11 | J | | |
| 1590. | | | | | Buy (add'l) | 5/27/11 | J | | |
| 1591. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 1592. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 1593. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 1594. - SEATTLE GENETICS (Y) | | | | | Buy | 5/31/11 | J | | |
| 1595. | | | | | Buy (add'l) | 6/10/11 | J | | |
| 1596. | | | | | Buy (add'l) | 6/13/11 | J | | |
| 1597. | | | | | Buy (add'l) | 6/15/11 | J | | |
| 1598. | | | | | Buy (add'l) | 6/16/11 | J | | |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. | | | | | Buy (add'l) | 6/17/11 | J | | |
| 1600. Trust #26 - List of Assets | G | Int./Div. | P2 | T | | | | | |
| 1601. - Agilent Technologies | | | | | | | | | |
| 1602. - AIR PRODUCTS & CHEMICALS | | | | | | | | | |
| 1603. - Allegheny Tech | | | | | Buy (add'l) | 8/30/11 | J | | |
| 1604. | | | | | Buy (add'l) | 8/31/11 | J | | |
| 1605. | | | | | Buy (add'l) | 10/5/11 | J | | |
| 1606. | | | | | Buy (add'l) | 10/6/11 | J | | |
| 1607. - ALLERGAN INC | | | | | Sold (part) | 1/3/11 | J | B | |
| 1608. - ALLSTATE CORP | | | | | Sold (part) | 9/2/11 | J | | |
| 1609. | | | | | Sold (part) | 9/6/11 | J | | |
| 1610. | | | | | Sold (part) | 9/6/11 | J | | |
| 1611. - AMAZON.COM INC | | | | | | | | | |
| 1612. - AMERICA MOVIL | | | | | Sold (part) | 3/21/11 | J | B | |
| 1613. | | | | | Sold (part) | 3/22/11 | K | C | |
| 1614. | | | | | Sold | 5/27/11 | K | C | |
| 1615. - AMERICAN WATER WORKS | | | | | Sold (part) | 2/4/11 | J | C | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1616. | | | | | Sold (part) | 2/4/11 | J | B | |
| 1617. | | | | | Sold (part) | 2/7/11 | J | C | |
| 1618. | | | | | Sold (part) | 2/8/11 | J | A | |
| 1619. | | | | | Sold (part) | 2/9/11 | J | A | |
| 1620. | | | | | Sold (part) | 2/10/11 | J | A | |
| 1621. | | | | | Sold (part) | 2/11/11 | J | B | |
| 1622. | | | | | Sold (part) | 2/14/11 | J | C | |
| 1623. | | | | | Sold (part) | 2/14/11 | J | B | |
| 1624. | | | | | Sold (part) | 2/15/11 | J | A | |
| 1625. | | | | | Sold (part) | 3/8/11 | J | A | |
| 1626. | | | | | Sold (part) | 3/9/11 | J | A | |
| 1627. | | | | | Sold (part) | 3/11/11 | J | A | |
| 1628. | | | | | Sold (part) | 3/16/11 | J | A | |
| 1629. | | | | | Sold (part) | 3/22/11 | J | A | |
| 1630. | | | | | Sold (part) | 3/24/11 | J | A | |
| 1631. | | | | | Sold | 3/30/11 | J | B | |
| 1632. - ANGLO AMERICAN PLC | | | | | Sold | 8/10/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1633. - AON CORP | | | | | | | | | |
| 1634. - APPLE INC | | | | | Sold (part) | 1/18/11 | K | D | |
| 1635. - ASML HOLDING NV | | | | | Buy (add'l) | 1/5/11 | K | | |
| 1636. - BAE SYSTEMS PLC | | | | | Sold (part) | 2/7/11 | J | | |
| 1637. | | | | | Sold (part) | 2/7/11 | J | | |
| 1638. | | | | | Sold | 2/8/11 | J | | |
| 1639. - BANK OF EAST ASIA | | | | | Sold (part) | 3/3/11 | J | B | |
| 1640. - BANK OF CHINA | | | | | Sold (part) | 1/4/11 | J | | |
| 1641. | | | | | Sold (part) | 3/3/11 | J | | |
| 1642. | | | | | Sold (part) | 7/4/11 | J | | |
| 1643. - BARRICK GOLD CORP | | | | | | | | | |
| 1644. - BAYER AG | | | | | Sold (part) | 3/3/11 | J | | |
| 1645. - BEST BUY INC | | | | | Sold | 11/3/11 | J | | |
| 1646. - BHP BILLITON | | | | | | | | | |
| 1647. - BNP PARIBAS | | | | | Buy (add'l) | 2/8/11 | J | | |
| 1648. | | | | | Sold (part) | 1/5/11 | J | A | |
| 1649. | | | | | Buy (add'l) | 9/2/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1650. | | | | | Sold (part) | 10/4/11 | K | | |
| 1651. | | | | | Sold (part) | 10/4/11 | J | | |
| 1652. - BOC HONG KONG HOLDINGS LTD | | | | | Sold (part) | 6/27/11 | J | B | |
| 1653. - Boeing Co | | | | | | | | | |
| 1654. - Bouygues | | | | | Buy (add'l) | 1/25/11 | J | | |
| 1655. | | | | | Buy (add'l) | 1/27/11 | J | | |
| 1656. | | | | | Buy (add'l) | 2/18/11 | J | | |
| 1657. | | | | | Sold (part) | 11/16/11 | J | | |
| 1658. | | | | | Sold (part) | 12/19/11 | J | | |
| 1659. | | | | | Sold (part) | 12/19/11 | J | | |
| 1660. | | | | | Sold (part) | 12/20/11 | J | | |
| 1661. | | | | | Sold (part) | 12/20/11 | J | | |
| 1662. | | | | | Sold | 12/21/11 | J | | |
| 1663. - BG GROUP PLC | | | | | Sold (part) | 3/10/11 | J | A | |
| 1664. | | | | | Sold (part) | 3/11/11 | J | B | |
| 1665. | | | | | Sold (part) | 10/10/11 | J | A | |
| 1666. - BRISTOL-MYERS SQUIBB CO | | | | | Sold (part) | 2/14/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1667. | | | | | Sold (part) | 2/15/11 | K | B | |
| 1668. | | | | | Sold (part) | 2/18/11 | K | B | |
| 1669. | | | | | Buy (add'l) | 8/29/11 | J | | |
| 1670. | | | | | Buy (add'l) | 8/29/11 | J | | |
| 1671. - BROADCOM CORP | | | | | Buy (add'l) | 6/9/11 | L | | |
| 1672. | | | | | Buy (add'l) | 6/22/11 | J | | |
| 1673. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 1674. - CAMECO CORP | | | | | Sold (part) | 4/12/11 | L | D | |
| 1675. | | | | | Sold (part) | 4/12/11 | J | B | |
| 1676. | | | | | Sold | 4/13/11 | K | D | |
| 1677. | | | | | Buy | 8/24/11 | J | | |
| 1678. | | | | | Buy (add'l) | 8/25/11 | J | | |
| 1679. | | | | | Sold | 11/9/11 | J | | |
| 1680. - CANON INC | | | | | | | | | |
| 1681. - CANADIAN NATURAL RESOURCES | | | | | Sold (part) | 7/11/11 | J | B | |
| 1682. | | | | | Sold | 7/12/11 | J | A | |
| 1683. - CELGENE CORP | | | | | Sold (part) | 2/7/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1684. | | | | | Sold (part) | 2/8/11 | J | | |
| 1685. | | | | | Sold (part) | 2/8/11 | J | | |
| 1686. | | | | | Sold (part) | 2/9/11 | J | | |
| 1687. | | | | | Sold (part) | 2/10/11 | J | A | |
| 1688. | | | | | Sold | 2/11/11 | J | A | |
| 1689. - CENOVUS ENERGY INC C$ | | | | | Buy (add'l) | 3/7/11 | J | | |
| 1690. | | | | | Buy (add'l) | 3/7/11 | J | | |
| 1691. | | | | | Buy (add'l) | 7/11/11 | J | | |
| 1692. | | | | | Buy (add'l) | 7/15/11 | J | | |
| 1693. | | | | | Sold (part) | 10/7/11 | J | | |
| 1694. - CENOVUS ENERGY INC US$ | | | | | | | | | |
| 1695. - CERNER CORP | | | | | Sold (part) | 5/5/11 | J | C | |
| 1696. | | | | | Sold (part) | 5/6/11 | K | D | |
| 1697. | | | | | Sold (part) | 7/27/11 | K | D | |
| 1698. | | | | | Sold (part) | 7/27/11 | J | C | |
| 1699. | | | | | Sold (part) | 8/9/11 | J | C | |
| 1700. - CHEVRON CORP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1701. - CHINA LIFE INSURANCE CO LTD | | | | | Sold | 1/13/11 | K | | |
| 1702. - CHINA SHENHUA ENERGY | | | | | Sold (part) | 1/28/11 | K | A | |
| 1703. | | | | | Sold (part) | 1/31/11 | K | | |
| 1704. | | | | | Sold (part) | 2/1/11 | J | | |
| 1705. | | | | | Sold (part) | 2/7/11 | J | A | |
| 1706. | | | | | Sold | 2/9/11 | J | | |
| 1707. - CISCO SYSTEMS INC | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1708. | | | | | Buy (add'l) | 2/8/11 | J | | |
| 1709. | | | | | Sold (part) | 3/30/11 | K | | |
| 1710. | | | | | Sold (part) | 3/30/11 | J | | |
| 1711. | | | | | Sold (part) | 3/30/11 | J | | |
| 1712. | | | | | Sold (part) | 4/5/11 | K | | |
| 1713. | | | | | Sold (part) | 4/8/11 | J | A | |
| 1714. | | | | | Sold | 7/8/11 | K | | |
| 1715. - COACH INC | | | | | | | | | |
| 1716. - COCA-COLA AMATIL | | | | | Sold (part) | 1/5/11 | J | A | |
| 1717. | | | | | Sold (part) | 1/5/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1718. | | | | | Sold | 6/20/11 | L | D | |
| 1719. - COMCAST | | | | | Buy (add'l) | 4/8/11 | J | | |
| 1720. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 1721. - COSTCO | | | | | | | | | |
| 1722. - CRH PLC | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1723. | | | | | Buy (add'l) | 1/6/11 | J | | |
| 1724. | | | | | Sold (part) | 4/11/11 | J | D | |
| 1725. - CSL LTD | | | | | Sold (part) | 6/28/11 | J | A | |
| 1726. | | | | | Sold (part) | 6/29/11 | J | A | |
| 1727. | | | | | Sold | 8/26/11 | J | A | |
| 1728. - DANAHER CORP | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1729. | | | | | Buy (add'l) | 3/2/11 | J | | |
| 1730. | | | | | Buy (add'l) | 4/1/11 | J | | |
| 1731. - DANONE | | | | | Buy (add'l) | 2/18/11 | K | | |
| 1732. | | | | | Buy (add'l) | 4/13/11 | K | | |
| 1733. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 1734. - DAVITA INC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1735. - DBS GROUP HOLDINGS LTD | | | | | Sold (part) | 7/26/11 | J | A | |
| 1736. | | | | | Sold (part) | 10/18/11 | J | | |
| 1737. - DIAGEO PLC | | | | | | | | | |
| 1738. - DIXONS GROUP PLC | | | | | Buy (add'l) | 2/25/11 | J | | |
| 1739. | | | | | Buy (add'l) | 2/28/11 | J | | |
| 1740. | | | | | Sold (part) | 5/27/11 | J | | |
| 1741. | | | | | Sold (part) | 5/27/11 | J | | |
| 1742. | | | | | Sold (part) | 11/11/11 | J | | |
| 1743. | | | | | Sold (part) | 11/14/11 | J | | |
| 1744. | | | | | Sold (part) | 11/24/11 | J | | |
| 1745. | | | | | Sold (part) | 11/24/11 | J | | |
| 1746. | | | | | Sold | 11/25/11 | J | | |
| 1747. - DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 3/3/11 | J | | |
| 1748. | | | | | Sold (part) | 6/9/11 | J | | |
| 1749. | | | | | Sold (part) | 6/10/11 | J | | |
| 1750. | | | | | Sold (part) | 6/10/11 | J | | |
| 1751. | | | | | Sold (part) | 6/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1752. | | | | | Sold (part) | 6/13/11 | J | | |
| 1753. | | | | | Sold (part) | 6/14/11 | J | | |
| 1754. | | | | | Sold (part) | 6/15/11 | J | | |
| 1755. | | | | | Sold (part) | 6/15/11 | J | | |
| 1756. | | | | | Sold (part) | 6/17/11 | J | | |
| 1757. | | | | | Sold (part) | 6/21/11 | J | | |
| 1758. | | | | | Sold (part) | 6/22/11 | J | | |
| 1759. | | | | | Sold (part) | 6/22/11 | J | | |
| 1760. | | | | | Sold (part) | 6/22/11 | J | | |
| 1761. | | | | | Sold (part) | 6/27/11 | J | | |
| 1762. | | | | | Sold (part) | 6/27/11 | J | | |
| 1763. | | | | | Sold | 6/28/11 | J | | |
| 1764. | | | | | Buy | 8/10/11 | J | | |
| 1765. | | | | | Buy (add'l) | 8/10/11 | J | | |
| 1766. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 1767. | | | | | Sold (part) | 11/9/11 | J | | |
| 1768. | | | | | Sold (part) | 11/10/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1769. | | | | | Sold (part) | 11/11/11 | J | | |
| 1770. | | | | | Sold (part) | 11/14/11 | J | | |
| 1771. | | | | | Sold | 11/15/11 | J | | |
| 1772. - EBAY INC | | | | | Sold (part) | 3/30/11 | K | E | |
| 1773. - ECOLAB INC | | | | | | | | | |
| 1774. - EDISON INTERNATIONAL | | | | | Sold (part) | 6/22/11 | J | A | |
| 1775. | | | | | Sold (part) | 6/22/11 | J | A | |
| 1776. | | | | | Sold (part) | 6/23/11 | J | A | |
| 1777. | | | | | Sold (part) | 6/23/11 | K | B | |
| 1778. - EMERSON ELECTRIC | | | | | | | | | |
| 1779. - EMERGING MARKETS GROWTH FUND | | | | | Buy (add'l) | 12/16/11 | J | | |
| 1780. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 1781. - ENERGIZER HOLDING | | | | | Sold | 11/10/11 | J | | |
| 1782. - ESSILOR INTL | | | | | | | | | |
| 1783. - FANUC CO | | | | | | | | | |
| 1784. - FEDEX CORP | | | | | Sold (part) | 7/18/11 | J | C | |
| 1785. | | | | | Sold (part) | 10/6/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1786. - FIRST SOLAR INC | | | | | Sold | 2/4/11 | K | E | |
| 1787. | | | | | Buy | 8/8/11 | K | | |
| 1788. | | | | | Buy (add'l) | 9/26/11 | J | | |
| 1789. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 1790. | | | | | Sold (part) | 11/4/11 | J | | |
| 1791. | | | | | Sold (part) | 11/7/11 | J | | |
| 1792. - FLUOR CORP | | | | | Sold (part) | 3/3/11 | J | C | |
| 1793. - GDF SUEZ | | | | | Sold | 9/2/11 | J | | |
| 1794. - GENERAL ELECTRIC | | | | | Sold (part) | 3/3/11 | J | | |
| 1795. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 1796. | | | | | Sold (part) | 11/4/11 | K | | |
| 1797. | | | | | Sold | 11/4/11 | J | A | |
| 1798. - GENERAL MILLS | | | | | Sold (part) | 3/30/11 | J | A | |
| 1799. | | | | | Sold (part) | 3/31/11 | J | A | |
| 1800. | | | | | Sold (part) | 4/1/11 | J | A | |
| 1801. | | | | | Sold (part) | 4/4/11 | J | A | |
| 1802. | | | | | Sold (part) | 4/6/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1803. | | | | | Sold (part) | 7/8/11 | J | A | |
| 1804. - Genpact LTD | | | | | | | | | |
| 1805. - GOLDMAN SACHS GROUP INC | | | | | Buy (add'l) | 3/10/11 | K | | |
| 1806. | | | | | Buy (add'l) | 5/27/11 | J | | |
| 1807. | | | | | Buy (add'l) | 6/1/11 | K | | |
| 1808. | | | | | Buy (add'l) | 9/13/11 | K | | |
| 1809. - GOOGLE INC | | | | | | | | | |
| 1810. - HALLIBURTON CO | | | | | Buy (add'l) | 10/28/11 | J | | |
| 1811. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 1812. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 1813. - HDFC BANK LTD | | | | | | | | | |
| 1814. - HENNES & MAURITZ | | | | | Buy (add'l) | 10/27/11 | J | | |
| 1815. - HEWLETT-PACKARD CO | | | | | Sold (part) | 7/15/11 | J | A | |
| 1816. | | | | | Sold | 7/15/11 | J | A | |
| 1817. - HONG KONG/CHINA GAS | | | | | Sold (part) | 6/7/11 | J | | |
| 1818. - HSBC HOLDINGS | | | | | Buy (add'l) | 1/25/11 | K | | |
| 1819. | | | | | Sold (part) | 6/13/11 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1820. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 1821. - ICICI BANK LTD SPON ADR | | | | | Buy (add'l) | 2/23/11 | J | | |
| 1822. | | | | | Buy (add'l) | 2/23/11 | J | | |
| 1823. | | | | | Buy (add'l) | 8/30/11 | J | | |
| 1824. - ILLINOIS TOOL WORKS INC | | | | | Sold (part) | 8/3/11 | J | B | |
| 1825. | | | | | Sold (part) | 8/10/11 | J | | |
| 1826. | | | | | Sold (part) | 8/11/11 | J | | |
| 1827. - IMPERIAL TOBACCO PLC | | | | | Sold (part) | 1/13/11 | J | B | |
| 1828. | | | | | Sold (part) | 1/13/11 | K | B | |
| 1829. | | | | | Sold (part) | 1/14/11 | J | A | |
| 1830. - INMET MINING CORP | | | | | | | | | |
| 1831. - INT'L BUSINESS MACHINES | | | | | Buy (add'l) | 2/8/11 | J | | |
| 1832. - INTERNATIONAL GAME TECHNOLOGY | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1833. | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1834. - IRON MOUNTAIN INC | | | | | Sold (part) | 1/12/11 | J | A | |
| 1835. | | | | | Sold (part) | 1/13/11 | J | A | |
| 1836. | | | | | Sold (part) | 1/14/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1837. | | | | | Sold (part) | 1/18/11 | J | A | |
| 1838. | | | | | Sold (part) | 1/21/11 | J | A | |
| 1839. | | | | | Sold (part) | 1/21/11 | J | A | |
| 1840. | | | | | Sold (part) | 1/24/11 | J | A | |
| 1841. | | | | | Sold (part) | 1/25/11 | J | A | |
| 1842. - ISRAEL CHEMICALS LTD | | | | | Sold (part) | 3/15/11 | J | | |
| 1843. | | | | | Sold (part) | 3/16/11 | K | | |
| 1844. | | | | | Sold | 11/14/11 | J | | |
| 1845. - JERONIMO MARTINS | | | | | Sold (part) | 1/13/11 | J | B | |
| 1846. | | | | | Sold (part) | 1/18/11 | J | C | |
| 1847. | | | | | Sold (part) | 1/24/11 | J | C | |
| 1848. | | | | | Sold (part) | 1/25/11 | J | B | |
| 1849. | | | | | Sold (part) | 1/26/11 | J | B | |
| 1850. | | | | | Sold (part) | 1/26/11 | J | C | |
| 1851. | | | | | Sold (part) | 1/31/11 | J | C | |
| 1852. | | | | | Sold (part) | 2/7/11 | J | C | |
| 1853. | | | | | Sold | 2/8/11 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1854. - JGC CORP | | | | | | | | | |
| 1855. - JUNIPER NETWORKS INC | | | | | Sold | 12/14/11 | J | | |
| 1856. - JP MORGAN CHASE | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1857. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 1858. | | | | | Buy (add'l) | 11/22/11 | K | | |
| 1859. | | | | | Sold (part) | 12/27/11 | K | | |
| 1860. | | | | | Sold (part) | 12/27/11 | J | | |
| 1861. - KEYENCE CORP | | | | | | | | | |
| 1862. - KLA-TENCOR CORP | | | | | Buy (add'l) | 8/23/11 | J | | |
| 1863. | | | | | Buy (add'l) | 8/24/11 | J | | |
| 1864. - KONINKLIJKE KPN NV | | | | | Sold (part) | 1/24/11 | K | | |
| 1865. - KRAFT FOODS | | | | | Buy (add'l) | 4/13/11 | J | | |
| 1866. | | | | | Sold (part) | 8/22/11 | J | A | |
| 1867. | | | | | Sold (part) | 8/23/11 | J | A | |
| 1868. | | | | | Sold (part) | 8/23/11 | J | B | |
| 1869. - KURITA WATER INDUSTRIES LTD | | | | | Sold (part) | 3/3/11 | J | | |
| 1870. | | | | | Buy (add'l) | 12/8/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1871. | | | | | Buy (add'l) | 12/9/11 | J | | |
| 1872. - L'Air Liquide Bearer | | | | | Buy (add'l) | 1/1/11 | K | | |
| 1873. | | | | | Sold (part) | 3/3/11 | J | A | |
| 1874. - LI & Fung | | | | | Buy (add'l) | 8/18/11 | J | | |
| 1875. | | | | | Buy (add'l) | 8/19/11 | J | | |
| 1876. - LLOYDS TSB GROUP PLC | | | | | Sold (part) | 8/31/11 | J | | |
| 1877. | | | | | Sold (part) | 9/1/11 | J | | |
| 1878. | | | | | Sold (part) | 9/2/11 | J | | |
| 1879. | | | | | Sold | 9/5/11 | J | | |
| 1880. - L'OREAL | | | | | | | | | |
| 1881. - LOWES COS | | | | | Sold (part) | 9/13/11 | J | | |
| 1882. | | | | | Sold (part) | 9/14/11 | J | | |
| 1883. | | | | | Sold | 9/14/11 | L | | |
| 1884. - MARATHON OIL CORP COM | | | | | Sold (part) | 4/11/11 | J | | |
| 1885. | | | | | Sold (part) | 4/12/11 | J | | |
| 1886. | | | | | Sold | 4/12/11 | K | D | |
| 1887. - MACQUARIE GROUP LTD | | | | | Sold | 8/1/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1888. - MAXIM INTEGRATED PRODS INC | | | | | | | | | |
| 1889. - MCDONALDS CORP | | | | | Buy (add'l) | 1/6/11 | J | | |
| 1890. | | | | | Buy (add'l) | 3/31/11 | J | | |
| 1891. | | | | | Sold (part) | 7/22/11 | J | B | |
| 1892. - MERCK & CO INC | | | | | Sold (part) | 1/25/11 | L | | |
| 1893. | | | | | Sold (part) | 2/3/11 | J | | |
| 1894. | | | | | Sold | 2/3/11 | K | | |
| 1895. - MEDTRONIC | | | | | Sold (part) | 3/16/11 | J | A | |
| 1896. | | | | | Sold (part) | 3/16/11 | J | B | |
| 1897. | | | | | Sold | 3/17/11 | J | C | |
| 1898. - MICROCHIP TECHNOLOGY INC | | | | | | | | | |
| 1899. - MICROSOFT CORP | | | | | | | | | |
| 1900. - MONSANTO CO NEW COM | | | | | Buy (add'l) | 2/8/11 | K | | |
| 1901. | | | | | Buy (add'l) | 5/17/11 | J | | |
| 1902. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 1903. - MURATA MANUFACTURING CO LTD | | | | | Buy (add'l) | 1/25/11 | J | | |
| 1904. - MUENCHENER RUECK NAMEN | | | | | Sold | 1/5/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1905. - NATIONAL GRID PLC | | | | | Buy (add'l) | 12/30/11 | J | | |
| 1906. - NATIONAL INSTRUMENTS CORP | | | | | | | | | |
| 1907. - Nestle SA | | | | | Buy (add'l) | 9/20/11 | J | | |
| 1908. - NEWCREST MINING | | | | | Buy (add'l) | 01/01/11 | J | | |
| 1909. | | | | | Buy (add'l) | 1/6/11 | J | | |
| 1910. | | | | | Sold (part) | 10/10/11 | J | A | |
| 1911. - NEW YORK TIMES CO | | | | | Sold (part) | 11/7/11 | J | | |
| 1912. | | | | | Sold (part) | 11/8/11 | J | | |
| 1913. | | | | | Sold (part) | 11/10/11 | J | | |
| 1914. | | | | | Sold | 11/11/11 | J | | |
| 1915. - NINTENDO CO LTD | | | | | Sold (part) | 1/13/11 | L | B | |
| 1916. | | | | | Sold (part) | 1/13/11 | L | C | |
| 1917. | | | | | Buy (add'l) | 9/2/11 | K | | |
| 1918. | | | | | Sold (part) | 10/20/11 | K | | |
| 1919. | | | | | Sold (part) | 10/17/11 | J | | |
| 1920. | | | | | Sold (part) | 10/18/11 | J | | |
| 1921. | | | | | Sold (part) | 10/21/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1922. | | | | | Sold (part) | 10/24/11 | J | | |
| 1923. | | | | | Sold (part) | 10/26/11 | J | | |
| 1924. | | | | | Sold (part) | 10/27/11 | J | | |
| 1925. | | | | | Sold (part) | 10/28/11 | J | | |
| 1926. | | | | | Sold (part) | 11/3/11 | J | | |
| 1927. | | | | | Sold | 11/7/11 | K | | |
| 1928. - NOBLE ENERGY INC | | | | | | | | | |
| 1929. - NORDSTROM INC | | | | | | | | | |
| 1930. - NORFOLK SOUTHERN CORP | | | | | | | | | |
| 1931. - NOVARTIS AG NAMEN | | | | | Buy (add'l) | 10/27/11 | J | | |
| 1932. - NOVO NORDISK | | | | | | | | | |
| 1933. - NUCOR CORP | | | | | Sold (part) | 1/14/11 | K | D | |
| 1934. - OMNICOM GROUP | | | | | | | | | |
| 1935. - ORACLE CORP | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1936. | | | | | Buy (add'l) | 3/31/11 | J | | |
| 1937. - PENGROWTH ENERGY TRUST | | | | | Sold (part) | 11/8/11 | J | | |
| 1938. | | | | | Sold | 11/10/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1939. - PEPSICO INC | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1940. | | | | | Buy (add'l) | 1/13/11 | J | | |
| 1941. | | | | | Sold (part) | 2/18/11 | J | | |
| 1942. | | | | | Sold (part) | 2/18/11 | K | B | |
| 1943. | | | | | Sold (part) | 4/6/11 | J | B | |
| 1944. | | | | | Sold (part) | 4/7/11 | J | A | |
| 1945. - Pernod Ricard SA | | | | | Buy (add'l) | 12/5/11 | J | | |
| 1946. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 1947. - PHILIP MORRIS INTERNATIONAL INC | | | | | | | | | |
| 1948. - POLYCOM INC | | | | | | | | | |
| 1949. - POTASH CORP | | | | | Sold | 1/25/11 | K | D | |
| 1950. - PROCTER & GAMBLE | | | | | Sold (part) | 7/25/11 | J | B | |
| 1951. | | | | | Sold | 8/3/11 | J | B | |
| 1952. - Progressive Corp Ohio | | | | | | | | | |
| 1953. - QUALCOMM INC | | | | | Sold (part) | 5/23/11 | J | B | |
| 1954. | | | | | Sold (part) | 6/9/11 | J | B | |
| 1955. | | | | | Sold (part) | 6/10/11 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1956. - RECKITT BENCKISER | | | | | Sold (part) | 4/19/11 | K | | |
| 1957. | | | | | Sold (part) | 4/20/11 | J | | |
| 1958. | | | | | Sold (part) | 7/8/11 | J | A | |
| 1959. - RELIANCE INDUSTRIES LTD GDR | | | | | Sold (part) | 9/2/11 | J | | |
| 1960. | | | | | Sold (part) | 9/6/11 | J | | |
| 1961. | | | | | Sold (part) | 9/7/11 | J | | |
| 1962. | | | | | Sold (part) | 9/8/11 | J | | |
| 1963. | | | | | Sold (part) | 9/20/11 | J | | |
| 1964. | | | | | Sold (part) | 9/27/11 | J | | |
| 1965. | | | | | Sold (part) | 9/28/11 | J | | |
| 1966. | | | | | Sold (part) | 9/29/11 | J | | |
| 1967. | | | | | Sold (part) | 10/3/11 | J | | |
| 1968. | | | | | Sold (part) | 10/5/11 | J | | |
| 1969. | | | | | Sold | 10/6/11 | J | | |
| 1970. - REPUBLIC SERVICES INC | | | | | Buy (add'l) | 3/7/11 | J | | |
| 1971. | | | | | Buy (add'l) | 3/7/11 | J | | |
| 1972. | | | | | Buy (add'l) | 3/8/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1973. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 1974. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 1975. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 1976. | | | | | Buy (add'l) | 3/11/11 | J | | |
| 1977. | | | | | Buy (add'l) | 3/14/11 | J | | |
| 1978. - Richemont | | | | | Buy (add'l) | 10/10/11 | J | | |
| 1979. | | | | | Buy (add'l) | 10/11/11 | K | | |
| 1980. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 1981. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 1982. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 1983. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 1984. | | | | | Buy (add'l) | 12/8/11 | J | | |
| 1985. - RIO TINTO | | | | | Buy (add'l) | 3/10/11 | J | | |
| 1986. - ROGERS COMMUNICATION | | | | | Sold | 1/14/11 | K | D | |
| 1987. - ROYAL DUTCH SHELL | | | | | Buy (add'l) | 1/1/11 | J | | |
| 1988. | | | | | Sold (part) | 3/21/11 | J | A | |
| 1989. - Samsung Elec Gds | | | | | Buy (add'l) | 3/11/11 | J | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                             P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1990. - SANDVIK | | | | | Sold (part) | 3/10/11 | K | D | |
| 1991. | | | | | Sold | 3/14/11 | J | D | |
| 1992. - SAP AG | | | | | Sold (part) | 1/5/11 | K | B | |
| 1993. | | | | | Sold (part) | 12/9/11 | J | A | |
| 1994. | | | | | Sold (part) | 12/13/11 | J | A | |
| 1995. - SAP AG Spon ADR | | | | | | | | | |
| 1996. - SCHLUMBERGER LTD | | | | | Sold (part) | 3/9/11 | K | D | |
| 1997. | | | | | Buy (add'l) | 10/14/11 | J | | |
| 1998. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 1999. - SCHWAB CHARLES NEW | | | | | Buy (add'l) | 01/01/11 | J | | |
| 2000. | | | | | Buy (add'l) | 1/13/11 | J | | |
| 2001. | | | | | Buy (add'l) | 1/14/11 | J | | |
| 2002. | | | | | Buy (add'l) | 1/18/11 | J | | |
| 2003. | | | | | Sold (part) | 3/3/11 | J | A | |
| 2004. | | | | | Buy (add'l) | 7/15/11 | J | | |
| 2005. | | | | | Sold (part) | 9/1/11 | J | | |
| 2006. | | | | | Sold (part) | 9/1/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2007. | | | | | Sold (part) | 9/2/11 | J | | |
| 2008. | | | | | Sold (part) | 9/6/11 | J | | |
| 2009. | | | | | Sold (part) | 9/6/11 | K | | |
| 2010. | | | | | Sold | 9/6/11 | J | | |
| 2011. | | | | | Buy | 10/11/11 | J | | |
| 2012. | | | | | Buy (add'l) | 10/12/11 | K | | |
| 2013. | | | | | Buy (add'l) | 10/13/11 | K | | |
| 2014. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 2015. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 2016. - SCRIPPS NETWORKS INTERACTIVE CL A | | | | | Buy (add'l) | 1/24/11 | J | | |
| 2017. | | | | | Sold (part) | 3/3/11 | J | B | |
| 2018. - SEADRILL LTD | | | | | Buy (add'l) | 1/7/11 | J | | |
| 2019. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 2020. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 2021. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 2022. - SES FDR CL A (PARIS) | | | | | Sold (part) | 3/3/11 | J | A | |
| 2023. - SHIRE | | | | | Sold (part) | 10/10/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2024. | | | | | Sold (part) | 10/10/11 | J | B | |
| 2025. | | | | | Sold (part) | 10/11/11 | J | B | |
| 2026. - SHANGRI-LA ASIA | | | | | Sold (part) | 1/28/11 | J | A | |
| 2027. - SIEMANS AG NAMEN | | | | | Sold (part) | 3/15/11 | K | | |
| 2028. | | | | | Sold (part) | 6/13/11 | J | A | |
| 2029. | | | | | Sold (part) | 6/13/11 | J | A | |
| 2030. | | | | | Sold (part) | 8/5/11 | J | A | |
| 2031. | | | | | Sold (part) | 8/5/11 | K | B | |
| 2032. | | | | | Sold | 12/2/11 | J | | |
| 2033. - SMC CORP | | | | | | | | | |
| 2034. - SOFTBANK CORP | | | | | Sold (part) | 1/5/11 | J | B | |
| 2035. | | | | | Sold (part) | 3/10/11 | K | D | |
| 2036. | | | | | Sold (part) | 6/2/11 | J | C | |
| 2037. | | | | | Sold (part) | 6/10/11 | K | D | |
| 2038. | | | | | Sold (part) | 6/14/11 | J | C | |
| 2039. - SONOVA HOLDINGS | | | | | Buy (add'l) | 2/24/11 | J | | |
| 2040. | | | | | Buy (add'l) | 2/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2041. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 2042. | | | | | Buy (add'l) | 3/8/11 | J | | |
| 2043. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 2044. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 2045. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 2046. | | | | | Sold (part) | 3/30/11 | J | A | |
| 2047. | | | | | Buy (add'l) | 4/7/11 | J | | |
| 2048. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 2049. | | | | | Sold (part) | 8/25/11 | J | | |
| 2050. | | | | | Sold (part) | 8/29/11 | J | | |
| 2051. | | | | | Sold (part) | 8/30/11 | J | | |
| 2052. | | | | | Sold (part) | 8/30/11 | J | | |
| 2053. - SPECTRA ENERGY CORP | | | | | | | | | |
| 2054. - STANDARD CHARTERED | | | | | Sold (part) | 3/23/11 | J | A | |
| 2055. | | | | | Sold (part) | 3/23/11 | K | | |
| 2056. | | | | | Buy (add'l) | 8/31/11 | K | | |
| 2057. | | | | | Buy (add'l) | 9/8/11 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment                 T =Cash Market
   (See Column C2)             U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2058. - STANLEY BLACK & DECKER INC | | | | | | | | | |
| 2059. - Sun Hung Kai Prop | | | | | Sold (part) | 1/5/11 | K | C | |
| 2060. - Suncor Energy Inc | | | | | | | | | |
| 2061. - SWIRE PACIFIC LTD | | | | | | | | | |
| 2062. - SWISSCOM AG REG | | | | | Sold (part) | 1/5/11 | J | B | |
| 2063. | | | | | Sold (part) | 1/5/11 | J | A | |
| 2064. | | | | | Sold (part) | 1/5/11 | J | B | |
| 2065. - SYNGENTA AG | | | | | Buy (add'l) | 2/18/11 | K | | |
| 2066. - SYNTHES INC | | | | | Sold (part) | 3/9/11 | J | | |
| 2067. | | | | | Sold (part) | 3/9/11 | J | | |
| 2068. | | | | | Sold (part) | 3/9/11 | J | | |
| 2069. | | | | | Sold | 3/10/11 | J | | |
| 2070. - TARGET CORP | | | | | Sold (part) | 11/17/11 | J | | |
| 2071. | | | | | Sold (part) | 11/18/11 | J | | |
| 2072. - Television Broadcast | | | | | | | | | |
| 2073. - TELUS CORPORATION | | | | | | | | | |
| 2074. - TELSTRA CORP | | | | | Buy (add'l) | 2/3/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2075. - TE Connectivity LTD (formerly TYCO) | | | | | | | | | |
| 2076. - TESCO | | | | | Buy (add'l) | 01/01/11 | J | | |
| 2077. | | | | | Sold (part) | 2/7/11 | J | | |
| 2078. | | | | | Sold (part) | 2/7/11 | J | | |
| 2079. | | | | | Sold (part) | 2/8/11 | J | | |
| 2080. | | | | | Sold (part) | 2/8/11 | J | | |
| 2081. | | | | | Sold (part) | 9/21/11 | J | | |
| 2082. | | | | | Sold (part) | 9/21/11 | J | A | |
| 2083. | | | | | Sold (part) | 9/23/11 | J | A | |
| 2084. | | | | | Sold (part) | 9/23/11 | J | A | |
| 2085. | | | | | Sold (part) | 10/3/11 | J | A | |
| 2086. | | | | | Sold (part) | 10/5/11 | J | A | |
| 2087. | | | | | Sold (part) | 10/5/11 | J | A | |
| 2088. - The Walt Disney Co | | | | | Sold (part) | 1/21/11 | K | D | |
| 2089. - TIFFANY & CO NEW | | | | | | | | | |
| 2090. - TIME WARNER CABLE INC | | | | | Sold (part) | 3/3/11 | J | B | |
| 2091. | | | | | Buy (add'l) | 4/6/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2092. - TINGYI HOLDING CORP | | | | | Sold (part) | 2/21/11 | J | A | |
| 2093. - TORONTO-DOMINION BANK | | | | | | | | | |
| 2094. - TREND MICRO | | | | | Sold (part) | 3/23/11 | K | | |
| 2095. | | | | | Sold (part) | 3/24/11 | J | | |
| 2096. | | | | | Sold (part) | 3/25/11 | J | | |
| 2097. | | | | | Sold (part) | 3/28/11 | J | | |
| 2098. | | | | | Sold (part) | 3/29/11 | J | | |
| 2099. | | | | | Sold (part) | 3/30/11 | J | | |
| 2100. | | | | | Sold (part) | 3/31/11 | J | | |
| 2101. - UNION PACIFIC CORP | | | | | Sold (part) | 1/26/11 | J | C | |
| 2102. | | | | | Sold (part) | 8/9/11 | K | D | |
| 2103. - UNITEDHEALTH GROUP INC | | | | | | | | | |
| 2104. - UNITED PARCEL SERVICE | | | | | | | | | |
| 2105. - UNITED TECHNOLOGIES | | | | | Buy (add'l) | 1/5/11 | J | | |
| 2106. | | | | | Buy (add'l) | 1/24/11 | J | | |
| 2107. | | | | | Buy (add'l) | 2/3/11 | K | | |
| 2108. | | | | | Buy (add'l) | 2/4/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2109. | | | | | Buy (add'l) | 2/10/11 | J | | |
| 2110. | | | | | Buy (add'l) | 2/14/11 | J | | |
| 2111. - URBAN OUFITTERS INC | | | | | Buy (add'l) | 1/6/11 | J | | |
| 2112. | | | | | Sold (part) | 6/10/11 | J | | |
| 2113. | | | | | Sold (part) | 6/10/11 | J | | |
| 2114. | | | | | Sold (part) | 6/13/11 | J | | |
| 2115. | | | | | Sold (part) | 6/13/11 | J | | |
| 2116. - VERIZON COMMUNICATIONS | | | | | | | | | |
| 2117. - VISA | | | | | Buy (add'l) | 1/1/11 | J | | |
| 2118. | | | | | Sold (part) | 2/1/11 | K | | |
| 2119. - VULCAN MATERIALS CO | | | | | Sold (part) | 11/4/11 | J | | |
| 2120. | | | | | Sold (part) | 11/7/11 | J | | |
| 2121. | | | | | Sold | 11/8/11 | J | | |
| 2122. - Wal Mart De Mexico | | | | | | | | | |
| 2123. - WEATHERFORD INTL LTD | | | | | Sold (part) | 12/19/11 | J | | |
| 2124. | | | | | Sold (part) | 12/19/11 | J | | |
| 2125. | | | | | Sold (part) | 12/20/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2126. | | | | | Sold | 12/20/11 | J | | |
| 2127. - 3M COMPANY | | | | | Sold (part) | 10/27/11 | J | | |
| 2128. - SSGA US GOVT MMKT | | | | | | | | | |
| 2129. - ENCANA CORP | | | | | Buy | 2/3/11 | J | | |
| 2130. | | | | | Buy (add'l) | 2/4/11 | K | | |
| 2131. | | | | | Buy (add'l) | 2/4/11 | J | | |
| 2132. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 2133. | | | | | Buy (add'l) | 2/17/11 | K | | |
| 2134. | | | | | Buy (add'l) | 3/10/11 | K | | |
| 2135. | | | | | Buy (add'l) | 3/16/11 | J | | |
| 2136. | | | | | Buy (add'l) | 3/17/11 | J | | |
| 2137. | | | | | Buy (add'l) | 3/17/11 | J | | |
| 2138. | | | | | Buy (add'l) | 9/1/11 | J | | |
| 2139. | | | | | Buy (add'l) | 9/2/11 | J | | |
| 2140. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 2141. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 2142. | | | | | Sold (part) | 10/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2143. | | | | | Sold (part) | 11/7/11 | J | | |
| 2144. | | | | | Sold (part) | 11/7/11 | J | | |
| 2145. | | | | | Sold (part) | 11/8/11 | K | | |
| 2146. | | | | | Sold (part) | 11/9/11 | J | | |
| 2147. - LINDE AG | | | | | Buy | 2/4/11 | K | | |
| 2148. | | | | | Buy (add'l) | 2/7/11 | K | | |
| 2149. | | | | | Buy (add'l) | 3/22/11 | K | | |
| 2150. - SCHNEIDER ELECTRIC SA | | | | | Buy | 2/4/11 | K | | |
| 2151. | | | | | Buy (add'l) | 2/7/11 | K | | |
| 2152. | | | | | Buy (add'l) | 2/8/11 | J | | |
| 2153. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 2154. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 2155. | | | | | Buy (add'l) | 9/9/11 | J | | |
| 2156. | | | | | Sold (part) | 10/12/11 | J | | |
| 2157. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 2158. - DAIMLER AG | | | | | Buy | 2/18/11 | K | | |
| 2159. | | | | | Sold (part) | 8/18/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2160. | | | | | Sold | 8/19/11 | J | | |
| 2161. - BARCLAYS PLC | | | | | Buy | 1/13/11 | L | | |
| 2162. | | | | | Buy (add'l) | 1/14/11 | K | | |
| 2163. | | | | | Sold (part) | 7/12/11 | K | | |
| 2164. | | | | | Sold (part) | 9/2/11 | J | | |
| 2165. | | | | | Sold | 9/5/11 | J | | |
| 2166. - PREMIER FARNELL PLC | | | | | Buy | 2/4/11 | J | | |
| 2167. | | | | | Buy (add'l) | 2/4/11 | J | | |
| 2168. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 2169. | | | | | Buy (add'l) | 2/15/11 | J | | |
| 2170. | | | | | Buy (add'l) | 2/17/11 | J | | |
| 2171. | | | | | Buy (add'l) | 2/22/11 | J | | |
| 2172. | | | | | Buy (add'l) | 3/8/11 | K | | |
| 2173. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 2174. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 2175. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 2176. | | | | | Sold (part) | 12/19/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2177. - AIA GROUP LTD | | | | | Buy | 1/13/11 | L | | |
| 2178. | | | | | Buy (add'l) | 3/31/11 | K | | |
| 2179. | | | | | Buy (add'l) | 4/8/11 | J | | |
| 2180. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 2181. - SYSMEX CORP | | | | | Buy | 1/1/11 | J | | |
| 2182. | | | | | Buy (add'l) | 1/7/11 | J | | |
| 2183. | | | | | Buy (add'l) | 2/4/11 | J | | |
| 2184. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 2185. | | | | | Buy (add'l) | 2/8/11 | J | | |
| 2186. | | | | | Buy (add'l) | 2/22/11 | J | | |
| 2187. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 2188. - AJINOMOTO CO INC | | | | | Buy | 2/10/11 | J | | |
| 2189. | | | | | Buy (add'l) | 2/16/11 | J | | |
| 2190. | | | | | Buy (add'l) | 2/22/11 | J | | |
| 2191. | | | | | Buy (add'l) | 2/25/11 | J | | |
| 2192. - MITSUBISHI CORP | | | | | Buy | 3/10/11 | K | | |
| 2193. | | | | | Buy (add'l) | 3/22/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2194. | | | | | Sold | 11/4/11 | K | | |
| 2195. - HITACHI | | | | | Buy | 3/23/11 | K | | |
| 2196. | | | | | Buy (add'l) | 5/20/11 | K | | |
| 2197. - AMERICAN TOWER CORP CL A | | | | | Buy | 2/8/11 | L | | |
| 2198. - NIELSEN HOLDINGS NV | | | | | Buy | 2/10/11 | J | | |
| 2199. | | | | | Buy (add'l) | 2/11/11 | J | | |
| 2200. | | | | | Buy (add'l) | 2/11/11 | J | | |
| 2201. | | | | | Buy (add'l) | 2/14/11 | J | | |
| 2202. | | | | | Buy (add'l) | 8/5/11 | J | | |
| 2203. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 2204. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 2205. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 2206. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 2207. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 2208. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 2209. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 2210. | | | | | Buy (add'l) | 9/23/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2211. | | | | | Buy (add'l) | 9/29/11 | J | | |
| 2212. | | | | | Buy (add'l) | 9/30/11 | J | | |
| 2213. | | | | | Buy (add'l) | 10/3/11 | J | | |
| 2214. - STRAYER ED INC | | | | | Buy | 2/22/11 | J | | |
| 2215. | | | | | Buy (add'l) | 9/2/11 | J | | |
| 2216. | | | | | Sold (part) | 10/11/11 | J | | |
| 2217. | | | | | Sold | 11/7/11 | J | A | |
| 2218. - DISCOVERY COMMUNICATIONS | | | | | Buy | 3/2/11 | K | | |
| 2219. - COLGATE-PALMOLIVE CO | | | | | Buy | 3/9/11 | J | | |
| 2220. | | | | | Buy (add'l) | 3/10/11 | K | | |
| 2221. - CAE INC | | | | | Buy | 6/24/11 | J | | |
| 2222. | | | | | Buy (add'l) | 6/27/11 | J | | |
| 2223. | | | | | Buy (add'l) | 6/28/11 | J | | |
| 2224. | | | | | Buy (add'l) | 6/29/11 | J | | |
| 2225. | | | | | Buy (add'l) | 6/29/11 | J | | |
| 2226. | | | | | Buy (add'l) | 6/30/11 | J | | |
| 2227. | | | | | Buy (add'l) | 7/5/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2228. | | | | | Buy (add'l) | 7/7/11 | J | | |
| 2229. | | | | | Buy (add'l) | 7/20/11 | J | | |
| 2230. | | | | | Sold (part) | 9/7/11 | J | | |
| 2231. | | | | | Sold (part) | 9/13/11 | J | | |
| 2232. | | | | | Sold (part) | 9/14/11 | J | | |
| 2233. | | | | | Sold (part) | 9/14/11 | J | | |
| 2234. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 2235. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 2236. | | | | | Buy (add'l) | 10/26/11 | J | | |
| 2237. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 2238. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 2239. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 2240. | | | | | Buy (add'l) | 12/8/11 | J | | |
| 2241. | | | | | Buy (add'l) | 12/9/11 | J | | |
| 2242. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 2243. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 2244. - ROCHE HOLDING AG GENUSSCHEIN | | | | | Buy | 5/20/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2245. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 2246. - BMW AG | | | | | Buy | 3/31/11 | K | | |
| 2247. | | | | | Buy (add'l) | 8/15/11 | K | | |
| 2248. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 2249. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 2250. - SAMPO OYJ CL A | | | | | Buy | 6/23/11 | K | | |
| 2251. | | | | | Buy (add'l) | 6/27/11 | J | | |
| 2252. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 2253. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 2254. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 2255. - AUTONOMY CORPORATION PLC | | | | | Buy | 3/31/11 | K | | |
| 2256. | | | | | Sold (part) | 8/22/11 | J | B | |
| 2257. | | | | | Sold | 8/22/11 | K | D | |
| 2258. - FIRSTGROUP PLC | | | | | Buy | 5/24/11 | J | | |
| 2259. | | | | | Buy (add'l) | 5/24/11 | K | | |
| 2260. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 2261. - JACK HENRY & ASSOC INC | | | | | Buy | 4/4/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2262. | | | | | Buy (add'l) | 4/5/11 | J | | |
| 2263. | | | | | Buy (add'l) | 4/7/11 | J | | |
| 2264. | | | | | Buy (add'l) | 4/8/11 | J | | |
| 2265. | | | | | Buy (add'l) | 4/11/11 | J | | |
| 2266. | | | | | Buy (add'l) | 4/11/11 | J | | |
| 2267. | | | | | Buy (add'l) | 4/12/11 | J | | |
| 2268. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 2269. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 2270. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 2271. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 2272. | | | | | Buy (add'l) | 4/18/11 | J | | |
| 2273. | | | | | Buy (add'l) | 4/19/11 | J | | |
| 2274. | | | | | Buy (add'l) | 4/21/11 | J | | |
| 2275. | | | | | Buy (add'l) | 4/25/11 | J | | |
| 2276. | | | | | Buy (add'l) | 4/26/11 | J | | |
| 2277. - AVON PRODUCTS INC | | | | | Buy | 4/13/11 | J | | |
| 2278. | | | | | Buy (add'l) | 4/14/11 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000   O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)             U =Book Value            V =Other                       W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2279. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 2280. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 2281. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 2282. | | | | | Buy (add'l) | 7/14/11 | J | | |
| 2283. | | | | | Buy (add'l) | 7/15/11 | J | | |
| 2284. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 2285. | | | | | Buy (add'l) | 8/4/11 | J | | |
| 2286. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 2287. | | | | | Sold (part) | 11/17/11 | J | | |
| 2288. | | | | | Sold (part) | 11/17/11 | J | | |
| 2289. | | | | | Sold (part) | 11/18/11 | J | | |
| 2290. | | | | | Sold (part) | 11/21/11 | J | | |
| 2291. | | | | | Sold | 12/20/11 | J | | |
| 2292. - SEATTLE GENETICS INC | | | | | Buy | 5/16/11 | J | | |
| 2293. | | | | | Buy (add'l) | 5/17/11 | J | | |
| 2294. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 2295. | | | | | Buy (add'l) | 5/19/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2296. | | | | | Buy (add'l) | 5/20/11 | J | | |
| 2297. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 2298. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 2299. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 2300. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 2301. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 2302. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 2303. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 2304. | | | | | Buy (add'l) | 6/2/11 | J | | |
| 2305. | | | | | Buy (add'l) | 6/3/11 | J | | |
| 2306. | | | | | Buy (add'l) | 6/6/11 | J | | |
| 2307. | | | | | Buy (add'l) | 6/6/11 | J | | |
| 2308. | | | | | Buy (add'l) | 6/8/11 | J | | |
| 2309. | | | | | Buy (add'l) | 6/9/11 | J | | |
| 2310. | | | | | Buy (add'l) | 6/10/11 | J | | |
| 2311. | | | | | Buy (add'l) | 6/13/11 | J | | |
| 2312. | | | | | Buy (add'l) | 6/14/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2313. | | | | | Buy (add'l) | 6/14/11 | J | | |
| 2314. | | | | | Buy (add'l) | 6/15/11 | J | | |
| 2315. | | | | | Buy (add'l) | 6/17/11 | J | | |
| 2316. | | | | | Buy (add'l) | 6/17/11 | J | | |
| 2317. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 2318. | | | | | Buy (add'l) | 7/11/11 | J | | |
| 2319. | | | | | Buy (add'l) | 7/11/11 | J | | |
| 2320. | | | | | Buy (add'l) | 7/12/11 | J | | |
| 2321. | | | | | Buy (add'l) | 7/12/11 | J | | |
| 2322. | | | | | Buy (add'l) | 7/15/11 | J | | |
| 2323. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 2324. - TELE NORTE LESTE PART ADR | | | | | Buy | 5/18/11 | J | | |
| 2325. | | | | | Buy (add'l) | 5/19/11 | J | | |
| 2326. | | | | | Buy (add'l) | 5/20/11 | J | | |
| 2327. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 2328. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 2329. | | | | | Buy (add'l) | 5/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2330. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 2331. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 2332. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 2333. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 2334. | | | | | Buy (add'l) | 5/26/11 | J | | |
| 2335. | | | | | Buy (add'l) | 5/26/11 | J | | |
| 2336. | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2337. | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2338. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 2339. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 2340. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 2341. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 2342. | | | | | Buy (add'l) | 6/2/11 | J | | |
| 2343. | | | | | Buy (add'l) | 12/23/11 | J | | |
| 2344. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 2345. | | | | | Sold (part) | 11/4/11 | J | | |
| 2346. | | | | | Sold (part) | 11/7/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2347. | | | | | Sold (part) | 11/8/11 | J | | |
| 2348. | | | | | Sold (part) | 11/10/11 | J | | |
| 2349. | | | | | Sold (part) | 11/11/11 | J | | |
| 2350. | | | | | Sold (part) | 11/18/11 | J | | |
| 2351. | | | | | Sold (part) | 11/18/11 | J | | |
| 2352. | | | | | Sold (part) | 11/21/11 | J | | |
| 2353. - FUGRO NV | | | | | Buy | 8/12/11 | J | | |
| 2354. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 2355. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 2356. | | | | | Buy (add'l) | 9/23/11 | J | | |
| 2357. - ANDRITZ AG | | | | | Buy | 8/16/11 | J | | |
| 2358. | | | | | Buy (add'l) | 8/17/11 | J | | |
| 2359. | | | | | Buy (add'l) | 8/18/11 | J | | |
| 2360. - WHARF HLDGS LTD | | | | | Buy | 7/20/11 | J | | |
| 2361. | | | | | Sold | 11/3/11 | J | | |
| 2362. - DENSO CORP | | | | | Buy | 7/19/11 | J | | |
| 2363. | | | | | Sold (part) | 11/24/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2364. | | | | | Sold (part) | 11/25/11 | J | | |
| 2365. | | | | | Sold | 11/30/11 | J | | |
| 2366. - NIKE INC CL B | | | | | Buy | 8/3/11 | J | | |
| 2367. - CATERPILLAR INC | | | | | Buy | 8/5/11 | J | | |
| 2368. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 2369. - CARNIVAL CORP COMMON PAIRED STOCK | | | | | Buy | 8/9/11 | J | | |
| 2370. | | | | | Buy (add'l) | 8/10/11 | J | | |
| 2371. | | | | | Buy (add'l) | 8/25/11 | J | | |
| 2372. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 2373. - VIRGIN MEDIA | | | | | Buy | 8/31/11 | J | | |
| 2374. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 2375. | | | | | Sold | 12/16/11 | K | | |
| 2376. - DRIL-QUIP INC | | | | | Buy | 9/1/11 | J | | |
| 2377. | | | | | Buy (add'l) | 9/2/11 | J | | |
| 2378. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 2379. - MARSH & MCLENNAN COS INC | | | | | Buy | 9/2/11 | J | | |
| 2380. | | | | | Buy (add'l) | 9/6/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2381. | | | | | Buy (add'l) | 9/6/11 | J | | |
| 2382. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 2383. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 2384. | | | | | Buy (add'l) | 9/28/11 | J | | |
| 2385. - PG&E CORP | | | | | Buy | 9/8/11 | J | | |
| 2386. - HOME DEPOT INC | | | | | Buy | 9/14/11 | J | | |
| 2387. | | | | | Buy (add'l) | 9/14/11 | K | | |
| 2388. | | | | | Buy (add'l) | 9/20/11 | J | | |
| 2389. | | | | | Buy (add'l) | 9/20/11 | J | | |
| 2390. - LMVH MOET HENNESSY LOUIS VUITTON SA | | | | | Buy | 10/10/11 | J | | |
| 2391. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 2392. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 2393. - WHITBREAD PLC | | | | | Buy | 10/28/11 | J | | |
| 2394. - ASSA ABLOY AB B | | | | | Buy | 10/28/11 | J | | |
| 2395. - PHARMASSET INC | | | | | Buy | 10/3/11 | K | | |
| 2396. | | | | | Buy (add'l) | 10/4/11 | J | | |
| 2397. - SIGNET JEWELERS LTD | | | | | Buy | 10/7/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2398. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 2399. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 2400. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 2401. - ACE LTD | | | | | Buy | 10/21/11 | J | | |
| 2402. - AFLAC INC | | | | | Buy | 11/22/11 | J | | |
| 2403. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 2404. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 2405. - EXPRESS SCRIPTS INC | | | | | Buy | 11/29/11 | J | | |
| 2406. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 2407. | | | | | Buy (add'l) | 12/1/11 | J | | |
| 2408. | | | | | Buy (add'l) | 12/2/11 | J | | |
| 2409. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 2410. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 2411. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 2412. Trust #28 - List of Assets | G | Interest | P1 | T | | | | | |
| 2413. - ARIZONA HEALTH FACS AUTH 2/1/2042 | | | | | | | | | |
| 2414. - ATLANTA GA ARPT 10C 5.0% 1/1/19 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2415. - DC WTR & SWR REV SER A SF 4.80% 10/1/2024 (Y) | | | | | | | | | |
| 2416. - GA HIED FIN AUTH REAL ESTATE SF 6.0% 6/15/2028 (Y) | | | | | | | | | |
| 2417. - LI PWR AUTH NY 2010A (LIPA) 5.0% 5/1/14 | | | | | | | | | |
| 2418. - MET TRANS AUTH NY MBIA 5% 11/15/2015 | | | | | | | | | |
| 2419. - NEW YORK CITY GO 5.0% 8/1/18 | | | | | | | | | |
| 2420. - NYS TWY AUTH SECOND GEN 5% 4/1/19 | | | | | | | | | |
| 2421. - NYC HLTH AND HOSP 5.0% 2/15/20 | | | | | | | | | |
| 2422. - NY CITY MUNI WTR AUTH FF 5.0% 6/15/16 | | | | | | | | | |
| 2423. - NY CITY MUNI WTR AUTH 5.0% 6/15/18 (Y) | | | | | | | | | |
| 2424. - NY DORM AUTH SVC CONTRACT 4.375% 4/1/11 | | | | | Matured | 4/1/11 | K | | |
| 2425. - NY EMPIRE UDC FSA 5.0% 1/1/13 | | | | | Redeemed | 1/3/11 | L | | |
| 2426. - NY LGAC 5.0% 4/1/2013 | | | | | | | | | |
| 2427. - NY MTA TRIBOROUGH B&T SER 5% 11/15/16 | | | | | | | | | |
| 2428. - NY SALES TAX REC MBIA 5.0% 10/15/21 | | | | | | | | | |
| 2429. - NY ST THRUWAY (2ND BRDGE & HWY) 5% 4/1/13 | | | | | | | | | |
| 2430. - NY ST DORM AUTH ST UNIV MBIA 5.0% 7/1/15 | | | | | | | | | |
| 2431. - NY ST ENVIRON FAC CLEAN WTR 5.25% 6/15/12 (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2432. - NY ST TWY AU AMBAC 5% 4/1/2019 | | | | | | | | | |
| 2433. - NY ST URB DEV CORP PREREF 5.0% 3/15/33 | | | | | Sold | 11/3/11 | M | C | |
| 2434. - NY ST EGY PCR NYSEG B (MPT) 3.0% | | | | | | | | | |
| 2435. - NYC HLTH/HOSP CORP FSA 4.05% 2/15/11 | | | | | Matured | 02/15/11 | L | | |
| 2436. - PORT AUTH NY/NJ SER 163 5.0% 7/15/21 (Y) | | | | | | | | | |
| 2437. - SAN ANTONIO E/G REV 5.0% 2/1/2018 (Y) | | | | | | | | | |
| 2438. - NY CITY TFA B SUB 5.0% 11/1/18 | | | | | | | | | |
| 2439. - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 2440. - NY CITY TFA 03 3.48% 11/1/22 | | | | | Buy | 12/22/11 | L | | |
| 2441. - NY TOBACCO SETTLE CORP 11A 5.0% 6/1/17 | | | | | Buy | 6/29/11 | M | | |
| 2442. Trust #29 - List of Assets | F | Dividend | P1 | T | | | | | |
| 2443. - CAPITAL CORE BOND FUND (Y) | | | | | | | | | |
| 2444. - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 2445. - 3M COMPANY (X) | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2446. | | | | | Sold (part) | 10/27/11 | J | | |
| 2447. | | | | | Sold (part) | 10/27/11 | J | | |
| 2448. - ACCENTURE PLC US $ | | | | | Buy | 5/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2449. - ACE LTD | | | | | Buy | 6/20/11 | K | | |
| 2450. - AIR PRODUCTS & CHEMICALS (X) | | | | | Sold (part) | 5/27/11 | J | C | |
| 2451. - ALLEGHENY TECHNOLOGIES INC (X) | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2452. | | | | | Buy (add'l) | 8/30/11 | J | | |
| 2453. | | | | | Buy (add'l) | 8/31/11 | K | | |
| 2454. | | | | | Buy (add'l) | 10/5/11 | J | | |
| 2455. | | | | | Buy (add'l) | 10/6/11 | J | | |
| 2456. | | | | | Buy (add'l) | 10/6/11 | J | | |
| 2457. | | | | | Buy (add'l) | 10/7/11 | J | | |
| 2458. | | | | | Sold (part) | 11/11/11 | J | | |
| 2459. - ALLERGEN INC (X) | | | | | Sold (part) | 5/27/11 | K | E | |
| 2460. - ALLSTATE CORP (X) | | | | | Sold (part) | 5/27/11 | J | A | |
| 2461. | | | | | Sold (part) | 9/6/11 | K | | |
| 2462. - AMERICAN TOWER CORP CL A (X) | | | | | Sold (part) | 5/27/11 | K | C | |
| 2463. - AON CORP (X) | | | | | | | | | |
| 2464. - APPLE INC (X) | | | | | Sold (part) | 5/27/11 | K | D | |
| 2465. - AVON PRODUCTS INC (X) | | | | | Buy (add'l) | 6/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2466. | | | | | Buy (add'l) | 6/27/11 | J | | |
| 2467. | | | | | Buy (add'l) | 6/28/11 | J | | |
| 2468. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 2469. | | | | | Sold (part) | 11/17/11 | J | | |
| 2470. | | | | | Sold (part) | 11/17/11 | J | | |
| 2471. | | | | | Sold (part) | 11/18/11 | J | | |
| 2472. | | | | | Sold (part) | 11/21/11 | J | | |
| 2473. | | | | | Sold | 12/20/11 | J | | |
| 2474. - BANK OF NEW YORK MELLON CORP | | | | | Buy | 5/27/11 | J | | |
| 2475. | | | | | Sold | 9/1/11 | J | | |
| 2476. - BARRICK GOLD CORP US $ | | | | | Buy | 5/27/11 | K | | |
| 2477. - BB & T CORP | | | | | Buy | 5/27/11 | K | | |
| 2478. | | | | | Buy (add'l) | 9/2/11 | J | | |
| 2479. | | | | | Sold (part) | 10/4/11 | J | | |
| 2480. | | | | | Sold (part) | 10/4/11 | J | | |
| 2481. - BEST BUY INC (X) | | | | | Sold | 11/3/11 | J | | |
| 2482. - BOEING CO (X) | | | | | Sold (part) | 5/27/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2483. - BRISTOL-MYERS SQUIBB CO | | | | | Buy | 5/27/11 | K | | |
| 2484. | | | | | Buy (add'l) | 8/29/11 | J | | |
| 2485. | | | | | Buy (add'l) | 8/29/11 | J | | |
| 2486. - BROADCOM CORP (X) | | | | | Buy (add'l) | 6/8/11 | J | | |
| 2487. | | | | | Buy (add'l) | 6/9/11 | J | | |
| 2488. | | | | | Buy (add'l) | 6/22/11 | J | | |
| 2489. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 2490. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 2491. - CENOVUS ENERGY INC US $ | | | | | Buy | 5/27/11 | L | | |
| 2492. | | | | | Buy (add'l) | 7/11/11 | J | | |
| 2493. - CERNER CORP (X) | | | | | Sold (part) | 5/27/11 | L | E | |
| 2494. | | | | | Sold (part) | 7/27/11 | J | B | |
| 2495. | | | | | Sold (part) | 7/27/11 | J | C | |
| 2496. | | | | | Sold (part) | 8/9/11 | J | C | |
| 2497. - CHEVRON CORP (X) | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2498. - CISCO (X) | | | | | Sold (part) | 5/27/11 | K | | |
| 2499. | | | | | Sold | 7/8/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2500. - COACH INC (X) | | | | | | | | | |
| 2501. - COLGATE-PALMOLIVE CO (X) | | | | | Buy (add'l) | 5/27/11 | K | | |
| 2502. - COMCAST CORP CL A (NEW) (X) | | | | | Sold (part) | 5/27/11 | K | | |
| 2503. - COSTCO WHOLESALE CORP (X) | | | | | Sold (part) | 5/27/11 | J | C | |
| 2504. - DANAHER CORP (X) | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2505. - DAVITA INC (X) | | | | | | | | | |
| 2506. - DISCOVERY COMMUNICATIONS INC CL A (X) | | | | | | | | | |
| 2507. - DREAMWORKS ANIMATION SKG INC (X) | | | | | Sold (part) | 5/27/11 | K | | |
| 2508. | | | | | Sold (part) | 6/9/11 | J | | |
| 2509. | | | | | Sold (part) | 6/10/11 | J | | |
| 2510. | | | | | Sold (part) | 6/10/11 | J | | |
| 2511. | | | | | Sold (part) | 6/13/11 | J | | |
| 2512. | | | | | Sold (part) | 6/13/11 | J | | |
| 2513. | | | | | Sold (part) | 6/13/11 | J | | |
| 2514. | | | | | Sold (part) | 6/14/11 | J | | |
| 2515. | | | | | Sold (part) | 6/15/11 | J | | |
| 2516. | | | | | Sold (part) | 6/15/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)
   Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2517. | | | | | Sold (part) | 6/17/11 | J | | |
| 2518. | | | | | Sold (part) | 6/21/11 | J | | |
| 2519. | | | | | Sold (part) | 6/22/11 | J | | |
| 2520. | | | | | Sold (part) | 6/22/11 | J | | |
| 2521. | | | | | Sold (part) | 6/27/11 | J | | |
| 2522. | | | | | Sold | 6/28/11 | J | | |
| 2523. | | | | | Buy | 8/10/11 | J | | |
| 2524. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 2525. | | | | | Sold (part) | 11/10/11 | J | | |
| 2526. | | | | | Sold | 11/15/11 | J | | |
| 2527. - EBAY INC (X) | | | | | | | | | |
| 2528. - ECOLAB INC (X) | | | | | Sold (part) | 5/27/11 | J | B | |
| 2529. - EDISON INTERNATIONAL (X) | | | | | | | | | |
| 2530. - EMERSON ELECTRIC CO (X) | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2531. - ENCANA CORP COM US $ | | | | | Buy | 5/27/11 | K | | |
| 2532. | | | | | Buy (add'l) | 9/1/11 | J | | |
| 2533. | | | | | Buy (add'l) | 9/2/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2534. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 2535. | | | | | Sold (part) | 11/7/11 | K | | |
| 2536. | | | | | Sold (part) | 11/8/11 | J | | |
| 2537. | | | | | Sold (part) | 11/9/11 | J | | |
| 2538. - EOG RESOURCES INC | | | | | Buy | 5/27/11 | K | | |
| 2539. - FEDEX CORP (X) | | | | | Sold (part) | 5/27/11 | K | B | |
| 2540. | | | | | Sold (part) | 7/18/11 | J | A | |
| 2541. | | | | | Sold (part) | 10/6/11 | J | | |
| 2542. | | | | | Sold (part) | 10/7/11 | J | | |
| 2543. - FIRST SOLAR INC | | | | | Buy | 5/27/11 | J | | |
| 2544. | | | | | Buy (add'l) | 8/8/11 | K | | |
| 2545. | | | | | Buy (add'l) | 9/26/11 | J | | |
| 2546. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 2547. | | | | | Buy (add'l) | 9/28/11 | J | | |
| 2548. | | | | | Sold (part) | 11/4/11 | J | | |
| 2549. | | | | | Sold (part) | 11/7/11 | J | | |
| 2550. - GENERAL ELECTRIC CO (USD) (X) | | | | | Buy (add'l) | 6/10/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2551. | | | | | Sold (part) | 5/27/11 | J | | |
| 2552. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 2553. | | | | | Sold (part) | 11/4/11 | K | | |
| 2554. | | | | | Sold | 11/4/11 | K | | |
| 2555. - GENERAL MILLS INC (X) | | | | | Sold (part) | 7/21/11 | J | A | |
| 2556. - GENPACT LTD (X) | | | | | Sold (part) | 5/27/11 | K | | |
| 2557. - GOLDMAN SACHS GROUP INC (X) | | | | | Sold (part) | 5/27/11 | J | | |
| 2558. | | | | | Sold (part) | 5/27/11 | K | | |
| 2559. | | | | | Buy (add'l) | 9/13/11 | K | | |
| 2560. - GOOGLE INC CL A (X) | | | | | | | | | |
| 2561. - HALLIBURTON CO (X) | | | | | Buy (add'l) | 12/16/11 | J | | |
| 2562. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 2563. - HEWLETT-PACKARD CO (X) | | | | | Sold (part) | 7/15/11 | J | A | |
| 2564. | | | | | Sold | 7/15/11 | J | A | |
| 2565. - HUMAN GENOME SCIENCES INC | | | | | Buy | 5/27/11 | J | | |
| 2566. | | | | | Buy (add'l) | 9/1/11 | J | | |
| 2567. | | | | | Buy (add'l) | 9/1/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2568. | | | | | Sold (part) | 11/3/11 | J | | |
| 2569. | | | | | Sold | 11/4/11 | J | | |
| 2570. - ILLINOIS TOOL WORKS INC (X) | | | | | Sold (part) | 5/27/11 | K | C | |
| 2571. | | | | | Sold (part) | 8/2/11 | J | | |
| 2572. | | | | | Sold (part) | 8/3/11 | K | | |
| 2573. | | | | | Sold (part) | 8/10/11 | K | | |
| 2574. - INTERNATIONAL BUSINESS MACHINES (X) | | | | | Sold (part) | 5/27/11 | L | D | |
| 2575. - IRON MOUNTAIN INC (X) | | | | | Buy (add'l) | 5/27/11 | K | | |
| 2576. - JACK HENRY & ASSOC INC (X) | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2577. - JACOBS ENGR GROUP | | | | | Buy | 5/27/11 | J | | |
| 2578. | | | | | Sold (part) | 8/3/11 | J | | |
| 2579. | | | | | Sold (part) | 11/9/11 | J | | |
| 2580. | | | | | Sold | 11/9/11 | J | | |
| 2581. - JPMORGAN CHASE & CO (X) | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2582. | | | | | Buy (add'l) | 11/22/11 | K | | |
| 2583. | | | | | Sold (part) | 12/27/11 | K | | |
| 2584. | | | | | Sold (part) | 12/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2585. - JUNIPER NETWORKS INC (X) | | | | | Sold | 12/14/11 | J | | |
| 2586. - KLA-TENCOR CORP (X) | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2587. | | | | | Buy (add'l) | 8/23/11 | J | | |
| 2588. | | | | | Buy (add'l) | 8/24/11 | J | | |
| 2589. - KRAFT FOODS INC CL A (X) | | | | | Buy (add'l) | 7/21/11 | J | | |
| 2590. | | | | | Sold (part) | 8/22/11 | J | | |
| 2591. | | | | | Sold | 8/23/11 | K | B | |
| 2592. - LOWES COMPANIES (X) | | | | | Sold (part) | 5/27/11 | L | | |
| 2593. | | | | | Sold (part) | 9/13/11 | J | | |
| 2594. | | | | | Sold (part) | 9/14/11 | J | | |
| 2595. | | | | | Sold | 9/14/11 | K | | |
| 2596. - MARSH & MCLENNAN COS INC | | | | | Buy | 5/27/11 | J | | |
| 2597. - MAXIM INTEGRATED PRODS INC (X) | | | | | Buy (add'l) | 5/27/11 | K | | |
| 2598. - MCDONALDS CORP (X) | | | | | Sold | 7/18/11 | K | B | |
| 2599. - MICROCHIP TECHNOLOGIES (X) | | | | | | | | | |
| 2600. - MICROSOFT CORP (X) | | | | | | | | | |
| 2601. - MONSANTO CO NEW COM (X) | | | | | Buy (add'l) | 5/27/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2602. - NATIONAL GRID PLC - SP ADR | | | | | Buy | 5/27/11 | K | | |
| 2603. - NEW YORK TIMES CO (X) | | | | | Sold (part) | 11/8/11 | J | | |
| 2604. | | | | | Sold (part) | 11/10/11 | J | | |
| 2605. | | | | | Sold | 11/11/11 | J | | |
| 2606. - NESTLE NAM SPON ADR | | | | | Buy | 5/27/11 | K | | |
| 2607. - NIELSEN HOLDINGS NV US $ (X) | | | | | | | | | |
| 2608. - NIKE INC CL B | | | | | Buy | 5/27/11 | J | | |
| 2609. - NINTENDO CO LTD ADR UNSPON (X) | | | | | Sold (part) | 5/27/11 | K | | |
| 2610. | | | | | Sold (part) | 10/11/11 | J | | |
| 2611. | | | | | Sold (part) | 10/12/11 | J | | |
| 2612. | | | | | Sold | 11/7/11 | J | | |
| 2613. - NOBLE ENERGY INC (X) | | | | | | | | | |
| 2614. - NORDSTROM INC | | | | | Buy | 5/27/11 | J | | |
| 2615. - NORFOLK SOUTHERN CORP (X) | | | | | Buy (add'l) | 5/27/11 | K | | |
| 2616. - NOVO NORDISK A/S CL B ADR | | | | | Buy | 5/27/11 | J | | |
| 2617. - NUCOR CORP (X) | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2618. - OMNICOM GROUP INC (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2619. - ORACLE CORP (X) | | | | | | | | | |
| 2620. - PEPSICO INC (X) | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2621. - PHILIP MORRIS INTERNATIONAL INC (X) | | | | | Sold (part) | 5/27/11 | J | C | |
| 2622. - PFIZER INC | | | | | Buy | 5/27/11 | K | | |
| 2623. - PG&E CORP | | | | | Buy | 5/27/11 | K | | |
| 2624. - PROCTOR & GAMBLE CO (X) | | | | | Sold (part) | 5/27/11 | J | C | |
| 2625. | | | | | Sold (part) | 7/25/11 | J | B | |
| 2626. | | | | | Sold (part) | 7/26/11 | J | B | |
| 2627. | | | | | Sold | 8/3/11 | J | A | |
| 2628. - PROGRESSIVE CORP OHIO (X) | | | | | | | | | |
| 2629. - QUALCOMM INC (X) | | | | | Sold (part) | 6/9/11 | J | B | |
| 2630. | | | | | Sold (part) | 6/10/11 | J | B | |
| 2631. - REPUBLIC SERVICES (X) | | | | | | | | | |
| 2632. - RIO TINTO PLC ADR SPON | | | | | Buy | 5/27/11 | K | | |
| 2633. - ROYAL DUTCH SHELL CL A ADR | | | | | Buy | 5/27/11 | L | | |
| 2634. - SAP AG SPON ADR (X) | | | | | Sold (part) | 5/27/11 | K | E | |
| 2635. - SCHLUMBERGER (X) | | | | | Sold (part) | 5/27/11 | M | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2636. - SCHWAB CHARLES NEW (X) | | | | | Sold (part) | 5/27/11 | J | | |
| 2637. | | | | | Sold (part) | 5/27/11 | K | | |
| 2638. | | | | | Sold (part) | 9/1/11 | J | | |
| 2639. | | | | | Sold (part) | 9/2/11 | J | | |
| 2640. | | | | | Sold (part) | 9/2/11 | J | | |
| 2641. | | | | | Sold (part) | 9/6/11 | J | | |
| 2642. | | | | | Sold (part) | 9/6/11 | K | | |
| 2643. | | | | | Sold | 9/6/11 | J | | |
| 2644. | | | | | Buy | 10/11/11 | J | | |
| 2645. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 2646. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 2647. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 2648. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 2649. - SCRIPPS NETWORKS INTERACTIVE (X) | | | | | Sold (part) | 5/27/11 | K | D | |
| 2650. - SEATTLE GENETICS INC | | | | | Buy | 5/31/11 | J | | |
| 2651. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 2652. | | | | | Buy (add'l) | 6/2/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2653. | | | | | Buy (add'l) | 6/9/11 | J | | |
| 2654. | | | | | Buy (add'l) | 6/10/11 | J | | |
| 2655. | | | | | Buy (add'l) | 6/13/11 | J | | |
| 2656. | | | | | Buy (add'l) | 6/15/11 | J | | |
| 2657. | | | | | Buy (add'l) | 6/16/11 | J | | |
| 2658. | | | | | Buy (add'l) | 6/17/11 | J | | |
| 2659. | | | | | Buy (add'l) | 7/6/11 | J | | |
| 2660. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 2661. | | | | | Buy (add'l) | 7/11/11 | J | | |
| 2662. | | | | | Buy (add'l) | 7/11/11 | J | | |
| 2663. | | . | | | Buy (add'l) | 7/12/11 | J | | |
| 2664. | | | | | Buy (add'l) | 7/12/11 | J | | |
| 2665. | | | | | Buy (add'l) | 7/14/11 | J | | |
| 2666. | | | | | Buy (add'l) | 7/15/11 | J | | |
| 2667. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 2668. - SHIRE PLC ADR | | | | | Buy | 5/27/11 | L | | |
| 2669. - STANLEY BLACK & DECKER INC (X) | | | | | Buy (add'l) | 10/6/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2670. | | | | | Buy (add'l) | 10/7/11 | J | | |
| 2671. - STAYER ED (X) | | | | | Buy (add'l) | 9/2/11 | J | | |
| 2672. | | | | | Sold (part) | 10/11/11 | J | | |
| 2673. | | | | | Sold | 11/7/11 | J | A | |
| 2674. - TARGET CORP (X) | | | | | Buy (add'l) | 5/27/11 | J | | |
| 2675. | | | | | Sold (part) | 11/17/11 | J | | |
| 2676. | | | | | Sold (part) | 11/18/11 | J | | |
| 2677. - TE CONNECTIVITY LTD (formerly TYCO) (X) | | | | | | | | | |
| 2678. - THE WALT DISNEY (X) | | | | | Sold (part) | 5/27/11 | J | C | |
| 2679. - TIFFANY & CO NEW (X) | | | | | | | | | |
| 2680. - TIME WARNER CABLE INC (X) | | | | | | | | | |
| 2681. - UNION PACIFIC CORP (X) | | | | | Sold (part) | 5/27/11 | K | D | |
| 2682. | | | | | Sold (part) | 8/9/11 | K | D | |
| 2683. - UNITED PARCEL SERVICE INC (X) | | | | | | | | | |
| 2684. - UNITED TECHNOLOGIES CORP (X) | | | | | | | | | |
| 2685. - UNITEDHEALTH GROUP INC (X) | | | | | Sold (part) | 5/27/11 | K | D | |
| 2686. - URBAN OUTFITTERS INC (X) | | | | | Sold (part) | 5/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2687. | | | | | Sold (part) | 5/27/11 | K | | |
| 2688. - VERIZON COMMUNICATIONS (X) | | | | | Sold (part) | 5/27/11 | J | B | |
| 2689. - VISA INC CL A (X) | | | | | Sold (part) | 5/27/11 | K | C | |
| 2690. - VULCAN MATERIALS (X) | | | | | Sold (part) | 5/27/11 | J | | |
| 2691. | | | | | Sold (part) | 11/4/11 | J | | |
| 2692. | | | | | Sold (part) | 11/7/11 | J | | |
| 2693. | | | | | Sold | 11/8/11 | J | | |
| 2694. - WEATHERFORD INTL KTD US $ (X) | | | | | Sold (part) | 5/27/11 | J | B | |
| 2695. | | | | | Sold (part) | 12/19/11 | J | | |
| 2696. | | | | | Sold (part) | 12/19/11 | J | | |
| 2697. | | | | | Sold (part) | 12/20/11 | J | | |
| 2698. | | | | | Sold | 12/20/11 | J | | |
| 2699. - CATERPILLAR INC | | | | | Buy | 8/1/11 | J | | |
| 2700. | | | | | Buy (add'l) | 8/5/11 | J | | |
| 2701. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 2702. - CARNIVAL CORP COMMON PAIRED STOCK | | | | | Buy | 8/9/11 | J | | |
| 2703. | | | | | Buy (add'l) | 8/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2704. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 2705. - CAMECO CORP US $ | | | | | Buy | 8/23/11 | J | | |
| 2706. | | | | | Buy (add'l) | 8/24/11 | J | | |
| 2707. | | | | | Sold (part) | 11/8/11 | J | | |
| 2708. | | | | | Sold | 11/9/11 | J | | |
| 2709. - DRIL-QUIP INC | | | | | Buy | 9/1/11 | J | | |
| 2710. | | | | | Buy (add'l) | 9/2/11 | J | | |
| 2711. | | | | | Buy (add'l) | 9/6/11 | J | | |
| 2712. | | | | | Buy (add'l) | 9/9/11 | J | | |
| 2713. - SIGNET JEWELERS LTD | | | | | Buy | 9/1/11 | J | | |
| 2714. | | | | | Buy (add'l) | 9/2/11 | J | | |
| 2715. | | | | | Buy (add'l) | 10/7/11 | J | | |
| 2716. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 2717. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 2718. - MARSH & MCLENNAN COS INC | | | | | Buy | 9/2/11 | J | | |
| 2719. | | | | | Buy (add'l) | 9/6/11 | J | | |
| 2720. | | | | | Buy (add'l) | 9/6/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2721. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 2722. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 2723. | | | | | Buy (add'l) | 9/28/11 | J | | |
| 2724. - HOME DEPOT | | | | | Buy | 9/14/11 | K | | |
| 2725. | | | | | Buy (add'l) | 9/14/11 | J | | |
| 2726. - PHARMASSET INC | | | | | Buy | 10/3/11 | J | | |
| 2727. | | | | | Buy (add'l) | 10/4/11 | J | | |
| 2728. - AFLAC INC | | | | | Buy | 10/24/11 | J | | |
| 2729. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 2730. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 2731. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 2732. - EXPRESS SCRIPTS INC | | | | | Buy | 11/29/11 | J | | |
| 2733. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 2734. | | | | | Buy (add'l) | 12/1/11 | J | | |
| 2735. | | | | | Buy (add'l) | 12/2/11 | J | | |
| 2736. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 2737. | | | | | Buy (add'l) | 12/7/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2738. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 2739. - Pulte Group Inc | | | | | Buy | 10/4/11 | J | | |
| 2740. ▨ Trust #30 - List of Assets | G | Dividend | P2 | T | | | | | |
| 2741. - 3M COMPANY | | | | | Sold (part) | 10/27/11 | K | A | |
| 2742. | | | | | Sold (part) | 10/31/11 | K | | |
| 2743. - AGILENT TECHNOLOGIES INC | | | | | Sold (part) | 10/31/11 | J | B | |
| 2744. - AIR PRODUCTS & CHEMICALS INC | | | | | | | | | |
| 2745. - ALLEGHENY TECHNOLOGIES INC | | | | | Buy (add'l) | 8/30/11 | K | | |
| 2746. | | | | | Buy (add'l) | 8/31/11 | J | | |
| 2747. | | | | | Buy (add'l) | 10/5/11 | K | | |
| 2748. | | | | | Buy (add'l) | 10/6/11 | J | | |
| 2749. | | | | | Buy (add'l) | 10/6/11 | J | | |
| 2750. | | | | | Buy (add'l) | 10/7/11 | J | | |
| 2751. | | | | | Sold (part) | 11/11/11 | K | | |
| 2752. - ALLERGAN INC | | | | | Sold (part) | 1/3/11 | K | B | |
| 2753. - ALLSTATE CORP | | | | | Sold (part) | 9/2/11 | J | | |
| 2754. | | | | | Sold (part) | 9/6/11 | K | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2755. | | | | | Sold (part) | 9/6/11 | L | | |
| 2756. - AMAZON. COM INC | | | | | Sold (part) | 10/31/11 | K | D | |
| 2757. - AMERICA MOVIL SAB DE | | | | | Sold (part) | 3/21/11 | K | | |
| 2758. | | | | | Sold (part) | 3/22/11 | K | D | |
| 2759. | | | | | Sold | 5/27/11 | K | E | |
| 2760. - AMERICAN TOWER CORP | | | | | Buy (add'l) | 1/1/11 | K | | |
| 2761. - AMERICAN WATER WORKS | | | | | Sold (part) | 2/4/11 | K | C | |
| 2762. | | | | | Sold (part) | 2/4/11 | K | D | |
| 2763. | | | | | Sold (part) | 2/7/11 | K | D | |
| 2764. | | | | | Sold (part) | 2/8/11 | J | A | |
| 2765. | | | | | Sold (part) | 2/8/11 | J | A | |
| 2766. | | | | | Sold (part) | 2/9/11 | J | B | |
| 2767. | | | | | Sold (part) | 2/10/11 | J | B | |
| 2768. | | | | | Sold (part) | 2/11/11 | K | C | |
| 2769. | | | | | Sold (part) | 2/13/11 | K | D | |
| 2770. | | | | | Sold (part) | 2/13/11 | J | C | |
| 2771. | | | | | Sold (part) | 2/15/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2772. | | | | | Sold (part) | 3/4/11 | J | A | |
| 2773. | | | | | Sold (part) | 3/7/11 | J | A | |
| 2774. | | | | | Sold (part) | 3/8/11 | J | B | |
| 2775. | | | | | Sold (part) | 3/9/11 | J | B | |
| 2776. | | | | | Sold (part) | 3/10/11 | J | A | |
| 2777. | | | | | Sold (part) | 3/11/11 | J | A | |
| 2778. | | | | | Sold (part) | 3/14/11 | J | A | |
| 2779. | | | | | Sold (part) | 3/16/11 | J | B | |
| 2780. | | | | | Sold (part) | 3/18/11 | J | A | |
| 2781. | | | | | Sold (part) | 3/21/11 | J | A | |
| 2782. | | | | | Sold (part) | 3/21/11 | J | A | |
| 2783. | | | | | Sold (part) | 3/22/11 | J | B | |
| 2784. | | | | | Sold (part) | 3/24/11 | J | A | |
| 2785. | | | | | Sold | 3/30/11 | J | A | |
| 2786. - ANGLO AMERICAN PLC | | | | | Sold (part) | 8/10/11 | K | | |
| 2787. | | | | | Sold | 8/10/11 | K | | |
| 2788. - AON CORP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2789. - APPLE INC | | | | | Sold (part) | 1/18/11 | L | E | |
| 2790. - ASML HOLDING NV | | | | | Buy (add'l) | 1/5/11 | K | | |
| 2791. | | | | | Sold (part) | 10/31/11 | J | C | |
| 2792. - BAE SYSTEMS PLC | | | | | Sold (part) | 2/7/11 | J | | |
| 2793. | | | | | Sold (part) | 2/7/11 | J | | |
| 2794. | | | | | Sold (part) | 2/7/11 | J | | |
| 2795. | | | | | Sold | 2/8/11 | K | | |
| 2796. - BANK OF CHINA LTD | | | | | Sold (part) | 1/4/11 | J | | |
| 2797. | | | | | Sold (part) | 7/4/11 | L | | |
| 2798. - BANK OF EAST ASIA | | | | | | | | | |
| 2799. - BARRICK GOLD CORP | | | | | Buy (add'l) | 12/5/11 | L | | |
| 2800. | | | | | Sold (part) | 10/31/11 | K | B | |
| 2801. - BAYER | | | | | Buy (add'l) | 3/22/11 | K | | |
| 2802. | | | | | Buy (add'l) | 4/1/11 | L | | |
| 2803. | | | | | Buy (add'l) | 4/1/11 | J | | |
| 2804. - BEST BUY INC | | | | | Sold (part) | 11/3/11 | K | | |
| 2805. | | | | | Sold | 11/3/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2806. - BG GROUP PLC | | | | | Sold (part) | 3/10/11 | J | B | |
| 2807. | | | | | Sold (part) | 3/11/11 | K | C | |
| 2808. - BHP BILLITON LTD | | | | | | | | | |
| 2809. - BILLABONG INTERNATIONAL LTD | | | | | Sold | 12/20/11 | J | | |
| 2810. - BOC HONG KONG HOLDINGS LTD | | | | | Sold (part) | 6/27/11 | K | D | |
| 2811. - BOEING CO | | | | | | | | | |
| 2812. - BOUYGUES | | | | | Buy (add'l) | 1/25/11 | K | | |
| 2813. | | | | | Buy (add'l) | 1/26/11 | J | | |
| 2814. | | | | | Buy (add'l) | 1/27/11 | J | | |
| 2815. | | | | | Buy (add'l) | 2/18/11 | J | | |
| 2816. | | | | | Sold (part) | 11/16/11 | J | | |
| 2817. | | | | | Sold (part) | 11/16/11 | K | | |
| 2818. | | | | | Sold (part) | 12/19/11 | K | | |
| 2819. | | | | | Sold (part) | 12/19/11 | J | | |
| 2820. | | | | | Sold (part) | 12/20/11 | J | | |
| 2821. | | | | | Sold (part) | 12/20/11 | K | | |
| 2822. | | | | | Sold | 12/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2823. - BRISTOL MYERS SQUIBB CO | | | | | Sold (part) | 2/14/11 | K | B | |
| 2824. | | | | | Sold (part) | 2/15/11 | L | C | |
| 2825. | | | | | Sold (part) | 2/18/11 | K | A | |
| 2826. | | | | | Sold | 2/18/11 | L | C | |
| 2827. | | | | | Buy | 8/29/11 | K | | |
| 2828. | | | | | Buy (add'l) | 8/29/11 | K | | |
| 2829. - BROADCOM CORP | | | | | Buy (add'l) | 6/13/11 | M | | |
| 2830. | | | | | Buy (add'l) | 6/22/11 | K | | |
| 2831. | | | | | Buy (add'l) | 7/8/11 | K | | |
| 2832. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 2833. - CAMECO CORP C$ | | | | | Sold (part) | 4/12/11 | K | A | |
| 2834. | | | | | Sold (part) | 4/12/11 | M | | |
| 2835. | | | | | Sold (part) | 4/13/11 | L | D | |
| 2836. | | | | | Sold | 4/13/11 | J | B | |
| 2837. | | | | | Buy | 8/23/11 | J | | |
| 2838. | | | | | Buy (add'l) | 8/24/11 | J | | |
| 2839. | | | | | Buy (add'l) | 8/25/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2840. | | | | | Sold (part) | 11/8/11 | J | | |
| 2841. | | | | | Sold | 11/9/11 | K | | |
| 2842. - CAMECO CORP US$ | | | | | Sold | 4/12/11 | M | | |
| 2843. - CANADIAN NATURAL RESOURCES LTD C$ | | | | | Sold (part) | 7/11/11 | K | D | |
| 2844. | | | | | Sold (part) | 7/12/11 | J | A | |
| 2845. | | | | | Sold | 7/12/11 | J | C | |
| 2846. - CANON INC | | | | | | | | | |
| 2847. - CELGENE CORP | | | | | Sold (part) | 2/7/11 | K | | |
| 2848. | | | | | Sold (part) | 2/7/11 | J | | |
| 2849. | | | | | Sold (part) | 2/8/11 | J | | |
| 2850. | | | | | Sold (part) | 2/8/11 | J | | |
| 2851. | | | | | Sold (part) | 2/9/11 | K | | |
| 2852. | | | | | Sold (part) | 2/10/11 | K | | |
| 2853. | | | | | Sold | 2/11/11 | K | | |
| 2854. - CENOVUS ENERGY C$ | | | | | Buy (add'l) | 3/1/11 | J | | |
| 2855. | | | | | Buy (add'l) | 3/2/11 | J | | |
| 2856. | | | | | Buy (add'l) | 3/2/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2857. | | | | | Buy (add'l) | 3/3/11 | J | | |
| 2858. | | | | | Buy (add'l) | 3/3/11 | J | | |
| 2859. | | | | | Buy (add'l) | 3/4/11 | J | | |
| 2860. | | | | | Buy (add'l) | 3/7/11 | J | | |
| 2861. | | | | | Buy (add'l) | 3/7/11 | K | | |
| 2862. | | | | | Buy (add'l) | 7/11/11 | K | | |
| 2863. - CENOVUS ENERGY US$ | | | | | Buy | 7/15/11 | J | | |
| 2864. - CENOVUS ENERGY C$ | | | | | | | | | |
| 2865. - CERNER CORP | | | | | Sold (part) | 5/4/11 | J | C | |
| 2866. | | | | | Sold (part) | 5/5/11 | J | C | |
| 2867. | | | | | Sold (part) | 5/6/11 | K | D | |
| 2868. | | | | | Sold (part) | 7/27/11 | K | D | |
| 2869. | | | | | Sold (part) | 7/27/11 | K | D | |
| 2870. | | | | | Sold (part) | 8/9/11 | K | D | |
| 2871. - CHEVRON CORP | | | | | | | | | |
| 2872. - CHINA LIFE INSURANCE CO LTD | | | | | Sold | 1/13/11 | L | | |
| 2873. - CHINA SHENHUA ENERGY | | | | | Sold (part) | 1/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2874. | | | | | Sold (part) | 1/31/11 | K | | |
| 2875. | | | | | Sold (part) | 2/1/11 | J | | |
| 2876. | | | | | Sold (part) | 2/2/11 | J | A | |
| 2877. | | | | | Sold (part) | 2/7/11 | K | A | |
| 2878. | | | | | Sold | 2/9/11 | J | | |
| 2879. - CISCO SYSTEMS INC | | | | | Buy (add'l) | 2/8/11 | K | | |
| 2880. | | | | | Sold (part) | 3/30/11 | L | | |
| 2881. | | | | | Sold (part) | 3/30/11 | K | | |
| 2882. | | | | | Sold (part) | 3/30/11 | K | | |
| 2883. | | | | | Sold (part) | 4/5/11 | L | | |
| 2884. | | | | | Sold (part) | 4/8/11 | K | | |
| 2885. | | | | | Sold | 7/8/11 | L | | |
| 2886. - COACH INC | | | | | | | | | |
| 2887. - COCA-COLA AMATIL LTD | | | | | Sold (part) | 1/5/11 | K | B | |
| 2888. | | | | | Sold (part) | 1/5/11 | J | A | |
| 2889. | | | | | Sold (part) | 1/5/11 | J | A | |
| 2890. | | | | | Sold | 6/20/11 | M | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2891. - COMCAST CORP | | | | | Buy (add'l) | 4/8/11 | K | | |
| 2892. - COSTCO | | | | | Sold (part) | 10/31/11 | K | D | |
| 2893. - CRH PLC | | | | | Buy (add'l) | 12/29/11 | K | | |
| 2894. | | | | | Buy (add'l) | 1/6/11 | J | | |
| 2895. | | | | | Sold (part) | 4/11/11 | K | C | |
| 2896. - CSL LTD | | | | | Sold (part) | 6/28/11 | K | | |
| 2897. | | | | | Sold (part) | 6/29/11 | K | B | |
| 2898. | | | | | Sold | 8/26/11 | K | | |
| 2899. - DANAHER CORP | | | | | Buy (add'l) | 1/1/11 | J | | |
| 2900. | | | | | Buy (add'l) | 2/28/11 | K | | |
| 2901. | | | | | Buy (add'l) | 4/1/11 | J | | |
| 2902. - DANONE | | | | | Buy (add'l) | 2/18/11 | K | | |
| 2903. | | | | | Buy (add'l) | 4/13/11 | L | | |
| 2904. | | | | | Buy (add'l) | 4/14/11 | K | | |
| 2905. | | | | | Buy (add'l) | 12/5/11 | K | | |
| 2906. - DAVITA INC | | | | | Sold (part) | 10/31/11 | J | C | |
| 2907. - DBS GROUP HOLDINGS | | | | | Sold (part) | 7/26/11 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2908. | | | | | Sold (part) | 10/18/11 | J | A | |
| 2909. - DIAGEO PLC | | | | | | | | | |
| 2910. - DIXONS GROUP PLC | | | | | Buy (add'l) | 2/25/11 | J | | |
| 2911. | | | | | Buy (add'l) | 2/28/11 | J | | |
| 2912. | | | | | Sold (part) | 5/27/11 | J | | |
| 2913. | | | | | Sold (part) | 5/27/11 | J | | |
| 2914. | | | | | Sold (part) | 5/27/11 | J | | |
| 2915. | | | | | Sold (part) | 11/9/11 | J | | |
| 2916. | | | | | Sold (part) | 11/10/11 | J | | |
| 2917. | | | | | Sold (part) | 11/14/11 | J | | |
| 2918. | | | | | Sold | 11/25/11 | J | | |
| 2919. - DREAMWORKS ANIMATION SKG | | | | | Sold (part) | 6/9/11 | J | | |
| 2920. | | | | | Sold (part) | 6/10/11 | J | | |
| 2921. | | | | | Sold (part) | 6/10/11 | K | | |
| 2922. | | | | | Sold (part) | 6/13/11 | J | | |
| 2923. | | | | | Sold (part) | 6/13/11 | J | | |
| 2924. | | | | | Sold (part) | 6/13/11 | K | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2925. | | | | | Sold (part) | 6/14/11 | K | | |
| 2926. | | | | | Sold (part) | 6/15/11 | K | | |
| 2927. | | | | | Sold (part) | 6/15/11 | J | | |
| 2928. | | | | | Sold (part) | 6/17/11 | J | | |
| 2929. | | | | | Sold (part) | 6/17/11 | J | | |
| 2930. | | | | | Sold (part) | 6/20/11 | J | | |
| 2931. | | | | | Sold (part) | 6/21/11 | J | | |
| 2932. | | | | | Sold (part) | 6/22/11 | J | | |
| 2933. | | | | | Sold (part) | 6/22/11 | J | | |
| 2934. | | | | | Sold (part) | 6/22/11 | J | | |
| 2935. | | | | | Sold (part) | 6/27/11 | J | | |
| 2936. | | | | | Sold (part) | 6/27/11 | J | | |
| 2937. | | | | | Sold (part) | 6/28/11 | J | | |
| 2938. | | | | | Sold | 6/28/11 | J | | |
| 2939. | | | | | Buy | 8/10/11 | J | | |
| 2940. | | | | | Buy (add'l) | 8/10/11 | J | | |
| 2941. | | | | | Buy (add'l) | 8/11/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2942. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 2943. | | | | | Sold (part) | 11/9/11 | J | | |
| 2944. | | | | | Sold (part) | 11/10/11 | J | | |
| 2945. | | | | | Sold (part) | 11/10/11 | J | | |
| 2946. | | | | | Sold (part) | 11/11/11 | J | | |
| 2947. | | | | | Sold (part) | 11/14/11 | J | | |
| 2948. | | | | | Sold | 11/15/11 | J | | |
| 2949. - EBAY INC | | | | | Sold (part) | 3/30/11 | M | E | |
| 2950. - ECOLAB INC | | | | | | | | | |
| 2951. - EDISON INTERNATIONAL | | | | | Sold (part) | 6/22/11 | J | B | |
| 2952. | | | | | Sold (part) | 6/22/11 | J | B | |
| 2953. | | | | | Sold (part) | 6/23/11 | J | B | |
| 2954. | | | | | Sold (part) | 6/23/11 | K | C | |
| 2955. - EMERSON ELECTRIC CO | | | | | | | | | |
| 2956. - ENERGIZER HOLDINGS INC | | | | | Sold (part) | 11/9/11 | J | | |
| 2957. | | | | | Sold | 11/10/11 | J | | |
| 2958. - ESSILOR INTL | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2959. - FANUC CO | | | | | Sold (part) | 1/5/11 | K | E | |
| 2960. - FEDEX CORP | | | | | Sold (part) | 7/18/11 | L | | |
| 2961. | | | | | Sold (part) | 7/19/11 | K | C | |
| 2962. | | | | | Sold (part) | 10/31/11 | K | C | |
| 2963. - FIRST SOLAR INC | | | | | Sold (part) | 2/4/11 | K | B | |
| 2964. | | | | | Sold (part) | 2/4/11 | L | E | |
| 2965. | | | | | Buy (add'l) | 8/8/11 | L | | |
| 2966. | | | | | Buy (add'l) | 9/26/11 | J | | |
| 2967. | | | | | Buy (add'l) | 9/27/11 | K | | |
| 2968. | | | | | Buy (add'l) | 9/28/11 | J | | |
| 2969. | | | | | Sold (part) | 11/4/11 | J | | |
| 2970. | | | | | Sold (part) | 11/7/11 | J | | |
| 2971. - FLUOR CORP | | | | | Sold (part) | 10/31/11 | J | D | |
| 2972. - GDF SUEZ | | | | | Sold (part) | 9/2/11 | J | | |
| 2973. | | | | | Sold | 9/2/11 | K | | |
| 2974. - GENERAL ELECTRIC CO | | | | | Buy (add'l) | 8/9/11 | K | | |
| 2975. | | | | | Sold (part) | 11/4/11 | K | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2976. | | | | | Sold | 11/4/11 | L | | |
| 2977. - GENERAL MILLS INC | | | | | Sold (part) | 3/30/11 | K | B | |
| 2978. | | | | | Sold (part) | 3/31/11 | J | B | |
| 2979. | | | | | Sold (part) | 4/1/11 | K | B | |
| 2980. | | | | | Sold (part) | 4/4/11 | J | B | |
| 2981. | | | | | Sold (part) | 4/5/11 | J | A | |
| 2982. | | | | | Sold (part) | 4/6/11 | K | B | |
| 2983. | | | | | Sold (part) | 7/8/11 | J | A | |
| 2984. - GENPACT LTD | | | | | | | | | |
| 2985. - GOLDMAN SACHS GROUP | | | | | Buy (add'l) | 5/27/11 | L | | |
| 2986. | | | | | Buy (add'l) | 6/1/11 | L | | |
| 2987. | | | | | Buy (add'l) | 7/7/11 | J | | |
| 2988. | | | | | Buy (add'l) | 9/13/11 | L | | |
| 2989. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 2990. - GOOGLE INC | | | | | | | | | |
| 2991. - HALLIBUTRON CO | | | | | Buy (add'l) | 11/4/11 | J | | |
| 2992. | | | | | Buy (add'l) | 12/16/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2993. | | | | | Buy (add'l) | 12/19/11 | K | | |
| 2994. - HDFC BANK LTD | | | | | | | | | |
| 2995. - HENNES & MAURITZ | | | | | Buy (add'l) | 11/4/11 | K | | |
| 2996. - HEWLETT-PACKARD CO | | | | | Sold (part) | 7/15/11 | K | C | |
| 2997. | | | | | Sold | 7/15/11 | J | A | |
| 2998. - HONG KONG/CHINA GAS | | | | | | | | | |
| 2999. - HSBC HOLDINGS PLC ADR SPON | | | | | | | | | |
| 3000. - HSBC HOLDINGS PLC | | | | | Sold (part) | 6/13/11 | M | | |
| 3001. - ICICI BANK LTD SPON | | | | | Buy (add'l) | 2/23/11 | K | | |
| 3002. | | | | | Buy (add'l) | 2/23/11 | J | | |
| 3003. | | | | | Buy (add'l) | 8/29/11 | J | | |
| 3004. | | | | | Buy (add'l) | 8/30/11 | J | | |
| 3005. - ILLINOIS TOOL WORKS | | | | | Sold (part) | 8/2/11 | J | | |
| 3006. | | | | | Sold (part) | 8/3/11 | L | | |
| 3007. | | | | | Sold (part) | 8/10/11 | K | | |
| 3008. | | | | | Sold (part) | 8/10/11 | J | | |
| 3009. | | | | | Sold (part) | 8/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3010. - IMPERIAL OIL LTD US$ | | | | | | | | | |
| 3011. - IMPERIAL TOBACCO | | | | | Sold (part) | 1/13/11 | J | | |
| 3012. | | | | | Sold (part) | 1/13/11 | K | | |
| 3013. | | | | | Sold (part) | 1/14/11 | J | | |
| 3014. - INMET MINING CORP | | | | | | | | | |
| 3015. - INTERNATIONAL BUSINESS MACHINES CORP | | | | | Buy (add'l) | 2/8/11 | J | | |
| 3016. - INTERNATIONAL GAME TECHNOLOGY | | | | | Buy (add'l) | 1/1/11 | J | | |
| 3017. | | | | | Buy (add'l) | 1/1/11 | J | | |
| 3018. - IRON MOUNTAIN INC | | | | | Sold (part) | 1/12/11 | J | | |
| 3019. | | | | | Sold (part) | 1/12/11 | J | | |
| 3020. | | | | | Sold (part) | 1/13/11 | J | | |
| 3021. | | | | | Sold (part) | 1/14/11 | J | A | |
| 3022. | | | | | Sold (part) | 1/18/11 | K | A | |
| 3023. | | | | | Sold (part) | 1/21/11 | J | A | |
| 3024. | | | | | Sold (part) | 1/21/11 | J | A | |
| 3025. | | | | | Sold (part) | 1/24/11 | K | B | |
| 3026. | | | | | Sold (part) | 1/25/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3027. - ISRAEL CHEMICALS LTD ADR UNSPON | | | | | Sold (part) | 3/15/11 | K | | |
| 3028. | | | | | Sold (part) | 3/16/11 | K | | |
| 3029. | | | | | Sold | 11/3/11 | K | | |
| 3030. - JERONIMO MARTINS SGPS | | | | | Sold (part) | 1/13/11 | J | C | |
| 3031. | | | | | Sold (part) | 1/18/11 | J | C | |
| 3032. | | | | | Sold (part) | 1/24/11 | J | C | |
| 3033. | | | | | Sold (part) | 1/25/11 | J | C | |
| 3034. | | | | | Sold (part) | 1/26/11 | J | C | |
| 3035. | | | | | Sold (part) | 1/26/11 | J | C | |
| 3036. | | | | | Sold (part) | 1/31/11 | J | C | |
| 3037. | | | | | Sold (part) | 2/7/11 | J | C | |
| 3038. | | | | | Sold | 2/8/11 | K | D | |
| 3039. - JGC CORP | | | | | Sold (part) | 9/26/11 | K | D | |
| 3040. - JP MORGAN CHASE & CO | | | | | Buy (add'l) | 11/22/11 | L | | |
| 3041. | | | | | Buy (add'l) | 1/1/11 | K | | |
| 3042. | | | | | Sold (part) | 12/27/11 | J | | |
| 3043. | | | | | Sold (part) | 12/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100.000 | B =$1,001 - $2,500 G =$100.001 - $1.000.000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3044. - JUNIPER NETWORKS INC | | | | | Sold | 12/14/11 | K | | |
| 3045. - KEYENCE CORP | | | | | | | | | |
| 3046. - KLA-TENCOR CORP | | | | | Buy (add'l) | 8/23/11 | K | | |
| 3047. | | | | | Buy (add'l) | 8/24/11 | J | | |
| 3048. - KONINKLIJKE KPN | | | | | Sold (part) | 1/24/11 | K | | |
| 3049. - KRAFT FOODS INC | | | | | Buy (add'l) | 4/13/11 | J | | |
| 3050. | | | | | Sold (part) | 8/22/11 | K | B | |
| 3051. | | | | | Sold (part) | 8/23/11 | L | C | |
| 3052. - KURITA WATER INDUSTRIES | | | | | Buy (add'l) | 12/8/11 | J | | |
| 3053. | | | | | Buy (add'l) | 12/9/11 | J | | |
| 3054. - L'AIR LIQUIDE | | | | | Buy (add'l) | 12/29/11 | K | | |
| 3055. - L'OREAL | | | | | | | | | |
| 3056. - LI & FUNG LTD | | | | | Buy (add'l) | 8/18/11 | K | | |
| 3057. | | | | | Buy (add'l) | 8/19/11 | K | | |
| 3058. - LLOYDS TSB GROUP PLC | | | | | Sold (part) | 8/15/11 | J | | |
| 3059. | | | | | Sold (part) | 8/15/11 | J | | |
| 3060. | | | | | Sold (part) | 8/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3061. | | | | | Sold (part) | 8/31/11 | J | | |
| 3062. | | | | | Sold (part) | 8/31/11 | J | | |
| 3063. | | | | | Sold (part) | 9/1/11 | J | | |
| 3064. | | | | | Sold (part) | 9/2/11 | J | | |
| 3065. | | | | | Sold | 9/5/11 | J | | |
| 3066. - LOWES COMPANIES INC | | | | | Sold (part) | 9/13/11 | K | | |
| 3067. | | | | | Sold (part) | 9/14/11 | K | | |
| 3068. | | | | | Sold | 9/14/11 | M | | |
| 3069. - MATATHON OIL CORP COM | | | | | Sold (part) | 4/11/11 | K | | |
| 3070. | | | | | Sold (part) | 4/12/11 | K | D | |
| 3071. | | | | | Sold | 4/12/11 | K | | |
| 3072. - MACQUARIE GROUP LTD | | | | | Sold | 8/1/11 | L | | |
| 3073. - MAXIM INTEGRATED PRODS INC | | | | | | | | | |
| 3074. - MCDONALDS CORP | | | | | Buy (add'l) | 1/6/11 | J | | |
| 3075. | | | | | Buy (add'l) | 3/31/11 | K | | |
| 3076. | | | | | Sold (part) | 7/22/11 | J | B | |
| 3077. | | | | | Sold (part) | 7/22/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3078. - MEDTRONIC INC | | | | | Sold (part) | 3/16/11 | J | | |
| 3079. | | | | | Sold (part) | 3/16/11 | K | | |
| 3080. | | | | | Sold (part) | 3/17/11 | K | D | |
| 3081. | | | | | Sold | 3/17/11 | J | B | |
| 3082. - MERCK & CO INC | | | | | Sold (part) | 1/25/11 | J | | |
| 3083. | | | | | Sold (part) | 1/25/11 | M | | |
| 3084. | | | | | Sold (part) | 2/3/11 | L | D | |
| 3085. | | | | | Sold | 2/3/11 | K | | |
| 3086. - MICROCHIP TECHNOLOGY INC | | | | | | | | | |
| 3087. - MICROSOFT CORP | | | | | | | | | |
| 3088. - MONSANTO CO NEW COM | | | | | Buy (add'l) | 2/8/11 | J | | |
| 3089. | | | | | Buy (add'l) | 5/17/11 | K | | |
| 3090. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 3091. - MUENCHENER RUECK NAMEN VINK | | | | | Sold (part) | 1/5/11 | K | A | |
| 3092. | | | | | Sold | 1/5/11 | K | A | |
| 3093. - MURATA MANUFACTURING | | | | | Buy (add'l) | 1/25/11 | J | | |
| 3094. - NATIONAL GRID PLC | | | | | Buy (add'l) | 1/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3095. - NATIONAL INSTRUMENTS CORP | | | | | | | | | |
| 3096. - NESTLE SA REG | | | | | | | | | |
| 3097. - NEWCREST MINING NPV | | | | | Buy (add'l) | 1/1/11 | K | | |
| 3098. | | | | | Buy (add'l) | 1/6/11 | J | | |
| 3099. - NEW YORK TIMES CO | | | | | Sold (part) | 11/7/11 | J | | |
| 3100. | | | | | Sold (part) | 11/8/11 | J | | |
| 3101. | | | | | Sold (part) | 11/10/11 | J | | |
| 3102. | | | | | Sold | 11/11/11 | J | | |
| 3103. - NINTENDO | | | | | Sold (part) | 1/24/11 | K | | |
| 3104. | | | | | Buy (add'l) | 9/2/11 | L | | |
| 3105. | | | | | Sold (part) | 10/18/11 | K | | |
| 3106. | | | | | Sold (part) | 10/19/11 | K | | |
| 3107. | | | | | Sold (part) | 10/20/11 | K | | |
| 3108. | | | | | Sold | 11/7/11 | K | | |
| 3109. - NINTENDO CO LTD ADR UNSPON | | | | | Sold (part) | 10/17/11 | J | | |
| 3110. | | | | | Sold (part) | 10/18/11 | J | | |
| 3111. | | | | | Sold (part) | 10/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3112. | | | | | Sold (part) | 10/20/11 | J | | |
| 3113. | | | | | Sold (part) | 10/21/11 | J | | |
| 3114. | | | | | Sold (part) | 10/24/11 | J | | |
| 3115. | | | | | Sold (part) | 10/25/11 | J | | |
| 3116. | | | | | Sold (part) | 10/26/11 | J | | |
| 3117. | | | | | Sold (part) | 10/27/11 | J | | |
| 3118. | | | | | Sold (part) | 10/28/11 | J | | |
| 3119. | | | | | Sold (part) | 10/28/11 | J | | |
| 3120. | | | | | Sold (part) | 10/28/11 | J | | |
| 3121. | | | | | Sold (part) | 10/31/11 | J | | |
| 3122. | | | | | Sold (part) | 10/31/11 | J | | |
| 3123. | | | | | Sold (part) | 11/1/11 | J | | |
| 3124. | | | | | Sold | 11/3/11 | J | | |
| 3125. - NOBLE ENERGY INC | | | | | | | | | |
| 3126. - NORDSTROM INC | | | | | | | | | |
| 3127. - NORFOLK SOUTHERN CORP | | | | | | | | | |
| 3128. - NOVARTIS AG NAMEN | | | | | Buy (add'l) | 10/27/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3129. - NOVO NORDISK | | | | | | | | | |
| 3130. - NUCOR CORP | | | | | Sold (part) | 1/14/11 | L | E | |
| 3131. - OMNICOM GROUP INC | | | | | | | | | |
| 3132. - ORACLE CORP | | | | | Buy (add'l) | 1/1/11 | M | | |
| 3133. | | | | | Buy (add'l) | 3/31/11 | K | | |
| 3134. - PENGROWTH ENERGY TRUST | | | | | Sold (part) | 11/8/11 | K | | |
| 3135. | | | | | Sold (part) | 11/9/11 | J | | |
| 3136. | | | | | Sold | 11/10/11 | J | | |
| 3137. - PEPSICO INC | | | | | Buy (add'l) | 1/1/11 | J | | |
| 3138. | | | | | Buy (add'l) | 1/13/11 | K | | |
| 3139. | | | | | Sold (part) | 2/18/11 | L | | |
| 3140. | | | | | Sold (part) | 2/18/11 | K | | |
| 3141. | | | | | Sold (part) | 4/6/11 | K | | |
| 3142. | | | | | Sold (part) | 4/7/11 | J | A | |
| 3143. - PERNOD RICARD | | | | | Buy (add'l) | 12/5/11 | K | | |
| 3144. | | | | | Buy (add'l) | 12/7/11 | K | | |
| 3145. - PHILIP MORRIS INTERNATIONAL | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3146. - POLYCOM INC | | | | | | | | | |
| 3147. - POTASH CORP OF SASKATCHEWAN INC | | | | | Sold | 1/25/11 | L | E | |
| 3148. - PROCTER & GAMBLE | | | | | Sold (part) | 7/25/11 | K | B | |
| 3149. | | | | | Sold (part) | 7/26/11 | J | A | |
| 3150. | | | | | Sold (part) | 8/1/11 | J | A | |
| 3151. | | | | | Sold (part) | 8/2/11 | J | A | |
| 3152. | | | | | Sold | 8/3/11 | K | B | |
| 3153. - PROGRESSIVE CORP OHIO | | | | | Sold (part) | 10/31/11 | K | | |
| 3154. - QUALCOMM INC | | | | | Sold (part) | 5/23/11 | K | C | |
| 3155. | | | | | Sold (part) | 6/9/11 | K | C | |
| 3156. | | | | | Sold (part) | 6/10/11 | K | D | |
| 3157. - RECKITT BENCKISER GROUP | | | | | Sold (part) | 4/19/11 | K | | |
| 3158. | | | | | Sold (part) | 4/20/11 | K | | |
| 3159. | | | | | Sold (part) | 7/8/11 | K | C | |
| 3160. - RELIANCE INDUSTRIES LTD | | | | | Sold (part) | 9/2/11 | J | | |
| 3161. | | | | | Sold (part) | 9/6/11 | J | | |
| 3162. | | | | | Sold (part) | 9/7/11 | J | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3163. | | | | | Sold (part) | 9/8/11 | J | | |
| 3164. | | | | | Sold (part) | 9/20/11 | J | | |
| 3165. | | | | | Sold (part) | 9/27/11 | J | | |
| 3166. | | | | | Sold (part) | 9/28/11 | J | | |
| 3167. | | | | | Sold (part) | 9/29/11 | J | | |
| 3168. | | | | | Sold (part) | 9/30/11 | J | | |
| 3169. | | | | | Sold (part) | 10/3/11 | J | | |
| 3170. | | | | | Sold (part) | 10/5/11 | J | | |
| 3171. | | | | | Sold (part) | 10/6/11 | J | | |
| 3172. | | | | | Sold | 10/7/11 | J | | |
| 3173. - REPUBLIC SERVICES INC | | | | | Buy (add'l) | 3/4/11 | J | | |
| 3174. | | | | | Buy (add'l) | 3/4/11 | J | | |
| 3175. | | | | | Buy (add'l) | 3/7/11 | J | | |
| 3176. | | | | | Buy (add'l) | 3/7/11 | J | | |
| 3177. | | | | | Buy (add'l) | 3/8/11 | J | | |
| 3178. | | | | | Buy (add'l) | 3/8/11 | J | | |
| 3179. | | | | | Buy (add'l) | 3/9/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3180. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 3181. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 3182. | | | | | Buy (add'l) | 3/11/11 | J | | |
| 3183. | | | | | Buy (add'l) | 3/11/11 | J | | |
| 3184. | | | | | Buy (add'l) | 3/14/11 | J | | |
| 3185. | | | | | Buy (add'l) | 3/15/11 | J | | |
| 3186. - RICHEMONT CIE FIN | | | | | Buy (add'l) | 10/10/11 | K | | |
| 3187. | | | | | Buy (add'l) | 10/11/11 | L | | |
| 3188. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 3189. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 3190. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 3191. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 3192. | | | | | Buy (add'l) | 12/8/11 | K | | |
| 3193. - RIO TINTO PLC | | | | | Buy (add'l) | 3/10/11 | J | | |
| 3194. - ROGERS COMMUNICATION | | | | | Sold | 1/14/11 | L | E | |
| 3195. - ROYAL DUTCH SHELL | | | | | | | | | |
| 3196. - SAMSUNG ELEC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3197. - SANDVIK | | | | | Sold (part) | 3/10/11 | K | D | |
| 3198. | | | | | Sold | 3/14/11 | J | D | |
| 3199. - SAP | | | | | Sold (part) | 1/5/11 | K | C | |
| 3200. | | | | | Sold (part) | 10/31/11 | J | B | |
| 3201. | | | | | Sold (part) | 12/9/11 | J | A | |
| 3202. - SCHLUMBERGER LTD | | | | | Buy (add'l) | 1/5/11 | L | | |
| 3203. | | | | | Sold (part) | 3/9/11 | K | D | |
| 3204. | | | | | Buy (add'l) | 10/14/11 | J | | |
| 3205. | | | | | Buy (add'l) | 11/4/11 | J | | |
| 3206. - SCHWAB CHARLES NEW | | | | | Buy (add'l) | 1/1/11 | K | | |
| 3207. | | | | | Buy (add'l) | 1/13/11 | J | | |
| 3208. | | | | | Buy (add'l) | 1/14/11 | J | | |
| 3209. | | | | | Buy (add'l) | 1/18/11 | J | | |
| 3210. | | | | | Buy (add'l) | 1/19/11 | J | | |
| 3211. | | | | | Buy (add'l) | 7/15/11 | K | | |
| 3212. | | | | | Sold (part) | 9/1/11 | K | | |
| 3213. | | | | | Sold (part) | 9/2/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3214. | | | | | Sold (part) | 9/2/11 | K | | |
| 3215. | | | | | Sold (part) | 9/6/11 | K | | |
| 3216. | | | | | Sold (part) | 9/6/11 | M | | |
| 3217. | | | | | Sold | 9/6/11 | J | | |
| 3218. | | | | | Buy | 10/11/11 | J | | |
| 3219. | | | | | Buy (add'l) | 10/12/11 | L | | |
| 3220. | | | | | Buy (add'l) | 10/13/11 | L | | |
| 3221. - SCRIPPS NETWORKS INTERACTIVE | | | | | Buy (add'l) | 1/24/11 | K | | |
| 3222. - SEADRILL LTD | | | | | Buy (add'l) | 1/7/11 | K | | |
| 3223. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 3224. | | | | | Buy (add'l) | 10/27/11 | K | | |
| 3225. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 3226. - SES FDR CL A | | | | | | | | | |
| 3227. - SHANGRI-LA ASIA | | | | | Sold (part) | 1/28/11 | J | A | |
| 3228. - SHIRE PLC | | | | | | | | | |
| 3229. - SIEMENS AG NAMEN | | | | | Sold (part) | 3/15/11 | L | | |
| 3230. | | | | | Sold (part) | 3/15/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3231. | | | | | Sold (part) | 6/13/11 | K | D | |
| 3232. | | | | | Sold (part) | 8/5/11 | L | E | |
| 3233. | | | | | Sold (part) | 8/5/11 | K | C | |
| 3234. | | | | | Sold | 12/2/11 | K | D | |
| 3235. - SMC CORP | | | | | | | | | |
| 3236. - SOFTBANK CORP | | | | | Sold (part) | 1/5/11 | L | E | |
| 3237. | | | | | Sold (part) | 3/10/11 | K | E | |
| 3238. | | | | | Sold (part) | 6/2/11 | K | D | |
| 3239. | | | | | Sold (part) | 6/10/11 | K | D | |
| 3240. | | | | | Sold (part) | 6/14/11 | K | D | |
| 3241. - SONOVA HOLDING | | | | | Buy (add'l) | 2/24/11 | J | | |
| 3242. | | | | | Buy (add'l) | 2/24/11 | K | | |
| 3243. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 3244. | | | | | Buy (add'l) | 3/8/11 | K | | |
| 3245. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 3246. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 3247. | | | | | Buy (add'l) | 3/9/11 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000     111 =$1,000,001 - $5,000,000     112 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3248. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 3249. | | | | | Sold (part) | 3/30/11 | K | A | |
| 3250. | | | | | Buy (add'l) | 4/7/11 | K | | |
| 3251. | | | | | Buy (add'l) | 8/8/11 | K | | |
| 3252. | | | | | Sold (part) | 8/24/11 | J | | |
| 3253. | | | | | Sold (part) | 8/25/11 | J | | |
| 3254. | | | | | Sold (part) | 8/26/11 | J | | |
| 3255. | | | | | Sold (part) | 8/26/11 | J | | |
| 3256. | | | | | Sold (part) | 8/29/11 | J | | |
| 3257. | | | | | Sold (part) | 8/30/11 | J | | |
| 3258. - SPECTRA ENERGY CORP | | | | | | | | | |
| 3259. - STANDARD CHARTERED | | | | | Sold (part) | 3/23/11 | K | | |
| 3260. | | | | | Buy (add'l) | 8/31/11 | L | | |
| 3261. | | | | | Buy (add'l) | 9/1/11 | J | | |
| 3262. | | | | | Buy (add'l) | 9/8/11 | K | | |
| 3263. - STANLEY BLACK & DECKER INC | | | | | Buy (add'l) | 1/1/11 | J | | |
| 3264. | | | | | Buy (add'l) | 10/4/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3265. - SUN HUNG KAI PROP | | | | | Sold (part) | 1/5/11 | L | D | |
| 3266. - SUNCOR ENERGY INC | | | | | | | | | |
| 3267. - SWIRE PACIFIC LTD | | | | | | | | | |
| 3268. - SWISSCOM AG REG | | | | | Sold (part) | 1/5/11 | J | A | |
| 3269. | | | | | Sold (part) | 1/5/11 | J | A | |
| 3270. | | | | | Sold (part) | 1/5/11 | J | A | |
| 3271. - SYNGENTA AG | | | | | Buy (add'l) | 2/18/11 | L | | |
| 3272. - SYNTHES INC | | | | | Sold (part) | 3/9/11 | K | | |
| 3273. | | | | | Sold (part) | 3/9/11 | J | | |
| 3274. | | | | | Sold (part) | 3/9/11 | J | | |
| 3275. | | | | | Sold | 3/10/11 | J | | |
| 3276. - TARGET CORP | | | | | Sold (part) | 11/17/11 | K | | |
| 3277. | | | | | Sold (part) | 11/18/11 | K | | |
| 3278. - TELEVISION BROADCAST | | | | | | | | | |
| 3279. - TELSTRA CORP | | | | | Buy (add'l) | 2/3/11 | K | | |
| 3280. - TELUS CORPORATION | | | | | | | | | |
| 3281. - TESCO PLC | | | | | Buy (add'l) | 1/1/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3282. | | | | | Sold (part) | 2/7/11 | J | | |
| 3283. | | | | | Sold (part) | 2/7/11 | J | | |
| 3284. | | | | | Sold (part) | 2/7/11 | J | | |
| 3285. | | | | | Sold (part) | 2/8/11 | J | | |
| 3286. | | | | | Sold (part) | 2/8/11 | K | | |
| 3287. | | | | | Sold (part) | 9/21/11 | K | | |
| 3288. | | | | | Sold (part) | 9/21/11 | K | | |
| 3289. | | | | | Sold (part) | 9/23/11 | K | | |
| 3290. | | | | | Sold (part) | 9/23/11 | K | | |
| 3291. | | | | | Sold (part) | 9/26/11 | J | | |
| 3292. | | | | | Sold (part) | 9/27/11 | J | | |
| 3293. | | | | | Sold (part) | 9/29/11 | J | | |
| 3294. | | | | | Sold (part) | 10/3/11 | J | | |
| 3295. | | | | | Sold (part) | 10/5/11 | J | | |
| 3296. | | | | | Sold (part) | 10/5/11 | J | | |
| 3297. | | | | | Sold (part) | 10/31/11 | J | A | |
| 3298. - THE WALT DISNEY CO | | | | | Sold (part) | 1/21/11 | M | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3299. | | | | | Sold (part) | 10/31/11 | J | B | |
| 3300. - TIFFANY & CO NEW | | | | | | | | | |
| 3301. - TIME WARNER CABLE INC | | | | | Buy (add'l) | 3/31/11 | L | | |
| 3302. - TINGYI HOLDING CORP | | | | | Sold (part) | 2/21/11 | K | B | |
| 3303. - TORONTO-DOMINION BANK | | | | | | | | | |
| 3304. - TREND MICRO | | | | | Sold (part) | 3/23/11 | K | | |
| 3305. | | | | | Sold (part) | 3/24/11 | J | | |
| 3306. | | | | | Sold (part) | 3/25/11 | J | | |
| 3307. | | | | | Sold (part) | 3/25/11 | J | | |
| 3308. | | | | | Sold (part) | 3/28/11 | K | | |
| 3309. | | | | | Sold (part) | 3/29/11 | J | | |
| 3310. | | | | | Sold (part) | 3/30/11 | J | | |
| 3311. | | | | | Sold (part) | 3/31/11 | J | | |
| 3312. - UNION PACIFIC CORP | | | | | Sold (part) | 1/26/11 | J | C | |
| 3313. | | | | | Sold (part) | 1/27/11 | J | C | |
| 3314. | | | | | Sold (part) | 8/9/11 | L | E | |
| 3315. | | . | | | Sold (part) | 10/31/11 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3316. - UNITED PARCEL SERVICE INC | | | | | | | | | |
| 3317. - UNITED TECHNOLOGIES CORP | | | | | Buy (add'l) | 1/5/11 | J | | |
| 3318. | | | | | Buy (add'l) | 1/24/11 | K | | |
| 3319. | | | | | Buy (add'l) | 2/3/11 | K | | |
| 3320. | | | | | Buy (add'l) | 2/4/11 | K | | |
| 3321. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 3322. | | | | | Buy (add'l) | 2/8/11 | J | | |
| 3323. | | | | | Buy (add'l) | 2/9/11 | J | | |
| 3324. | | | | | Buy (add'l) | 2/9/11 | J | | |
| 3325. | | | | | Buy (add'l) | 2/10/11 | J | | |
| 3326. | | | | | Buy (add'l) | 2/11/11 | J | | |
| 3327. | | | | | Buy (add'l) | 2/14/11 | J | | |
| 3328. - UNITEDHEALTH GROUP INC | | | | | Sold (part) | 10/31/11 | L | E | |
| 3329. - URBAN OUTFITTERS INC | | | | | Buy (add'l) | 1/6/11 | K | | |
| 3330. | | | | | Sold (part) | 6/10/11 | K | | |
| 3331. | | | | | Sold (part) | 6/10/11 | K | | |
| 3332. | | | | | Sold (part) | 6/13/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3333. | | | | | Sold (part) | 6/13/11 | K | | |
| 3334. - VERIZON COMMUNICATIONS | | | | | | | | | . |
| 3335. - VISA INC | | | | | Sold (part) | 2/1/11 | L | | |
| 3336. | | | | | Sold (part) | 10/31/11 | K | D | |
| 3337. - VULCAN MATERIALS CO | | | | | Sold (part) | 11/4/11 | J | | |
| 3338. | | | | | Sold (part) | 11/7/11 | K | | |
| 3339. | | | | | Sold (part) | 11/7/11 | J | | |
| 3340. | | | | | Sold | 11/8/11 | J | | |
| 3341. - WAL MART DE MEXICO | | | | | | | | | |
| 3342. - WEATHERFORD INTL LTD | | | | | Sold (part) | 12/29/11 | J | | |
| 3343. | | | | | Sold (part) | 12/19/11 | J | | |
| 3344. | | | | | Sold (part) | 12/20/11 | K | | |
| 3345. | | | | | Sold | 12/20/11 | K | | |
| 3346. - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 3347. - CAPITAL INTL PV EQUITY FUND V, LP | | | | | | | | | |
| 3348. - ENCANA CORP | | | | | Buy | 2/3/11 | J | | |
| 3349. | | | | | Buy (add'l) | 2/4/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3350. | | | | | Buy (add'l) | 2/4/11 | J | | |
| 3351. | | | | | Buy (add'l) | 2/7/11 | K | | |
| 3352. | | | | | Buy (add'l) | 2/17/11 | L | | |
| 3353. | | | | | Buy (add'l) | 3/16/11 | K | | |
| 3354. | | | | | Buy (add'l) | 3/17/11 | J | | |
| 3355. | | | | | Buy (add'l) | 3/17/11 | L | | |
| 3356. | | | | | Buy (add'l) | 9/1/11 | K | | |
| 3357. | | | | | Buy (add'l) | 9/2/11 | L | | |
| 3358. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 3359. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 3360. | | | | | Sold (part) | 11/7/11 | L | | |
| 3361. | | | | | Sold (part) | 11/7/11 | K | | |
| 3362. | | | | | Sold (part) | 11/8/11 | L | | |
| 3363. | | | | | Sold (part) | 11/9/11 | J | | |
| 3364. - LINDE AG | | | | | Buy | 2/4/11 | L | | |
| 3365. | | | | | Buy (add'l) | 2/7/11 | K | | |
| 3366. | | | | | Buy (add'l) | 3/22/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3367. - SCHNEIDER ELECTRIC SA | | | | | Buy | 2/4/11 | L | | |
| 3368. | | | | | Buy (add'l) | 2/7/11 | K | | |
| 3369. | | | | | Buy (add'l) | 2/8/11 | K | | |
| 3370. | | | | | Buy (add'l) | 9/7/11 | K | | |
| 3371. | | | | | Buy (add'l) | 9/8/11 | K | | |
| 3372. | | | | | Buy (add'l) | 9/9/11 | K | | |
| 3373. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 3374. - BNP PARIBAS | | | | | Buy | 2/8/11 | M | | |
| 3375. | | | | | Buy (add'l) | 9/2/11 | L | | |
| 3376. | | | | | Sold (part) | 10/4/11 | L | | |
| 3377. | | | | | Sold (part) | 10/31/11 | K | | |
| 3378. - DAIMLER AG | | | | | Buy | 2/18/11 | L | | |
| 3379. | | | | | Sold (part) | 8/18/11 | K | | |
| 3380. | | | | | Sold | 8/19/11 | K | | |
| 3381. - BARCLAYS PLC | | | | | Buy (add'l) | 1/14/11 | N | | |
| 3382. | | | | | Sold (part) | 7/12/11 | L | | |
| 3383. | | | | | Sold (part) | 9/2/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3384. | | | | | Sold | 9/5/11 | K | | |
| 3385. - PREMIER FARNELL PLC | | | | | Buy | 2/4/11 | J | | |
| 3386. | | | | | Buy (add'l) | 2/4/11 | K | | |
| 3387. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 3388. | | | | | Buy (add'l) | 2/15/11 | J | | |
| 3389. | | | | | Buy (add'l) | 2/17/11 | J | | |
| 3390. | | | | | Buy (add'l) | 2/17/11 | J | | |
| 3391. | | | | | Buy (add'l) | 2/22/11 | K | | |
| 3392. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 3393. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 3394. | | | | | Buy (add'l) | 3/8/11 | K | | |
| 3395. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 3396. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 3397. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 3398. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 3399. | | | | | Sold (part) | 9/15/11 | J | | |
| 3400. | | | | | Sold (part) | 12/19/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3401. | | | | | Sold (part) | 12/22/11 | J | | |
| 3402. - AIA GROUP LTD | | | | | Buy | 1/13/11 | M | | |
| 3403. | | | | | Buy (add'l) | 3/31/11 | L | | |
| 3404. | | | | | Buy (add'l) | 4/8/11 | J | | |
| 3405. | | | | | Buy (add'l) | 10/24/11 | K | | |
| 3406. - SYSMEX CORP | | | | | Buy | 1/1/11 | J | | |
| 3407. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 3408. | | | | | Buy (add'l) | 1/4/11 | J | | |
| 3409. | | | | | Buy (add'l) | 1/5/11 | J | | |
| 3410. | | | | | Buy (add'l) | 1/6/11 | J | | |
| 3411. | | | | | Buy (add'l) | 2/4/11 | J | | |
| 3412. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 3413. | | | | | Buy (add'l) | 2/8/11 | J | | |
| 3414. | | | | | Buy (add'l) | 2/9/11 | J | | |
| 3415. | | | | | Buy (add'l) | 2/10/11 | J | | |
| 3416. | | | | | Buy (add'l) | 2/18/11 | J | | |
| 3417. | | | | | Buy (add'l) | 12/13/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3418. - AJINOMOTO CO INC | | | | | Buy | 2/9/11 | J | | |
| 3419. | | | | | Buy (add'l) | 2/10/11 | K | | |
| 3420. | | | | | Buy (add'l) | 2/14/11 | J | | |
| 3421. | | | | | Buy (add'l) | 2/15/11 | J | | |
| 3422. | | | | | Buy (add'l) | 2/16/11 | J | | |
| 3423. | | | | | Buy (add'l) | 2/17/11 | J | | |
| 3424. | | | | | Buy (add'l) | 2/22/11 | J | | |
| 3425. | | | | | Buy (add'l) | 3/1/11 | J | | |
| 3426. - MITSUBISHI CORP | | | | | Buy | 3/10/11 | L | | |
| 3427. | | | | | Buy (add'l) | 3/22/11 | K | | |
| 3428. | | | | | Sold | 11/4/11 | L | | |
| 3429. - HITACHI | | | | | Buy | 3/23/11 | L | | |
| 3430. | | | | | Buy (add'l) | 5/20/11 | K | | |
| 3431. - NIELSEN HOLDINGS NV | | | | | Buy | 2/10/11 | J | | |
| 3432. | | | | | Buy (add'l) | 2/11/11 | J | | |
| 3433. | | | | | Buy (add'l) | 2/11/11 | K | | |
| 3434. | | | | | Buy (add'l) | 2/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3435. | | | | | Buy (add'l) | 2/15/11 | J | | |
| 3436. | | | | | Buy (add'l) | 3/11/11 | J | | |
| 3437. | | | | | Buy (add'l) | 3/14/11 | J | | |
| 3438. | | | | | Buy (add'l) | 3/16/11 | J | | |
| 3439. | | | | | Buy (add'l) | 8/5/11 | K | | |
| 3440. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 3441. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 3442. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 3443. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 3444. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 3445. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 3446. | | | | | Buy (add'l) | 8/9/11 | K | | |
| 3447. | | | | | Buy (add'l) | 8/10/11 | J | | |
| 3448. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 3449. | | | | | Buy (add'l) | 9/23/11 | J | | |
| 3450. | | | | | Buy (add'l) | 9/26/11 | J | | |
| 3451. | | | | | Buy (add'l) | 9/27/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>111 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>112 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3452. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 3453. | | | | | Buy (add'l) | 9/28/11 | J | | |
| 3454. | | | | | Buy (add'l) | 9/29/11 | J | | |
| 3455. | | | | | Buy (add'l) | 9/30/11 | J | | |
| 3456. | | | | | Buy (add'l) | 9/30/11 | J | | |
| 3457. | | | | | Buy (add'l) | 10/3/11 | J | | |
| 3458. - STRAYER ED INC | | | | | Buy | 2/18/11 | J | | |
| 3459. | | | | | Buy (add'l) | 2/22/11 | J | | |
| 3460. | | | | | Buy (add'l) | 2/23/11 | J | | |
| 3461. | | | | | Buy (add'l) | 9/1/11 | J | | |
| 3462. | | | | | Buy (add'l) | 9/2/11 | K | | |
| 3463. | | | | | Sold (part) | 11/7/11 | J | | |
| 3464. | | | | | Sold | 11/8/11 | K | A | |
| 3465. - DISCOVERY COMMUNICATIONS INC CL A | | | | | Buy | 2/28/11 | K | | |
| 3466. | | | | | Buy (add'l) | 3/1/11 | K | | |
| 3467. | | | | | Sold (part) | 10/31/11 | J | | |
| 3468. - COLGATE-PALMOLIVE CO | | | | | Buy | 3/9/11 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3469. | | | | | Buy (add'l) | 3/10/11 | K | | |
| 3470. - CAE INC | | | | | Buy | 6/23/11 | J | | |
| 3471. | | | | | Buy (add'l) | 6/24/11 | J | | |
| 3472. | | | | | Buy (add'l) | 6/27/11 | J | | |
| 3473. | | | | | Buy (add'l) | 6/28/11 | J | | |
| 3474. | | | | | Buy (add'l) | 6/29/11 | J | | |
| 3475. | | | | | Buy (add'l) | 6/29/11 | J | | |
| 3476. | | | | | Buy (add'l) | 6/30/11 | J | | |
| 3477. | | | | | Buy (add'l) | 7/05/11 | K | | |
| 3478. | | | | | Buy (add'l) | 7/6/11 | J | | |
| 3479. | | | | | Buy (add'l) | 7/7/11 | J | | |
| 3480. | | | | | Buy (add'l) | 7/18/11 | J | | |
| 3481. | | | | | Buy (add'l) | 7/19/11 | J | | |
| 3482. | | | | | Buy (add'l) | 7/20/11 | L | | |
| 3483. | | | | | Buy (add'l) | 7/20/11 | J | | |
| 3484. | | | | | Sold (part) | 9/6/11 | J | | |
| 3485. | | | | | Sold (part) | 9/7/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3486. | | | | | Sold (part) | 9/7/11 | J | | |
| 3487. | | | | | Sold (part) | 9/8/11 | J | | |
| 3488. | | | | | Sold (part) | 9/12/11 | J | | |
| 3489. | | | | | Sold (part) | 9/13/11 | J | | |
| 3490. | | | | | Sold (part) | 9/14/11 | J | | |
| 3491. | | | | | Sold (part) | 9/14/11 | K | | |
| 3492. | | | | | Buy (add'l) | 10/17/11 | J | | |
| 3493. | | | | | Buy (add'l) | 10/18/11 | K | | |
| 3494. | | | | | Buy (add'l) | 10/19/11 | J | | |
| 3495. | | | | | Buy (add'l) | 10/19/11 | J | | |
| 3496. | | | | | Buy (add'l) | 10/20/11 | J | | |
| 3497. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 3498. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 3499. | | | | | Buy (add'l) | 10/26/11 | J | | |
| 3500. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 3501. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 3502. | | | | | Buy (add'l) | 10/31/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3503. | | | | | Buy (add'l) | 12/9/11 | J | | |
| 3504. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 3505. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 3506. - ROCHE HOLDING AG GENUSSCHEIN | | | | | Buy | 5/20/11 | K | | |
| 3507. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 3508. - BMW AG | | | | | Buy | 3/31/11 | L | | |
| 3509. | | | | | Buy (add'l) | 8/15/11 | L | | |
| 3510. | | | | | Buy (add'l) | 11/4/11 | K | | |
| 3511. | | | | | Buy (add'l) | 12/21/11 | K | | |
| 3512. - SAMPO OYJ CL A | | | | | Buy | 6/23/11 | K | | |
| 3513. | | | | | Buy (add'l) | 6/27/11 | J | | |
| 3514. | | | | | Buy (add'l) | 11/4/11 | M | | |
| 3515. - AUTONOMY CORPORATION PLC | | | | | Buy | 3/31/11 | K | | |
| 3516. | | | | | Sold (part) | 8/22/11 | L | E | |
| 3517. | | | | | Sold | 8/22/11 | K | D | |
| 3518. - FIRSTGROUP PLC | | | | | Buy | 5/23/11 | J | | |
| 3519. | | | | | Buy (add'l) | 5/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3520. | | | | | Buy (add'l) | 5/24/11 | K | | |
| 3521. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 3522. - JACK HENRY & ASSOC INC | | | | | Buy | 4/1/11 | J | | |
| 3523. | | | | | Buy (add'l) | 4/4/11 | J | | |
| 3524. | | | | | Buy (add'l) | 4/5/11 | J | | |
| 3525. | | | | | Buy (add'l) | 4/6/11 | J | | |
| 3526. | | | | | Buy (add'l) | 4/7/11 | J | | |
| 3527. | | | | | Buy (add'l) | 4/8/11 | J | | |
| 3528. | | | | | Buy (add'l) | 4/11/11 | J | | |
| 3529. | | | | | Buy (add'l) | 4/11/11 | J | | |
| 3530. | | | | | Buy (add'l) | 4/12/11 | J | | |
| 3531. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 3532. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 3533. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 3534. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 3535. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 3536. | | | | | Buy (add'l) | 4/18/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3537. | | | | | Buy (add'l) | 4/19/11 | J | | |
| 3538. | | | | | Buy (add'l) | 4/20/11 | J | | |
| 3539. | | | | | Buy (add'l) | 4/21/11 | J | | |
| 3540. | | | | | Buy (add'l) | 4/25/11 | J | | |
| 3541. | | | | | Buy (add'l) | 4/25/11 | J | | |
| 3542. | | | | | Buy (add'l) | 4/26/11 | K | | |
| 3543. - AVON PRODUCTS INC | | | | | Buy | 4/13/11 | K | | |
| 3544. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 3545. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 3546. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 3547. | | | | | Buy (add'l) | 4/15/11 | K | | |
| 3548. | | | | | Buy (add'l) | 7/14/11 | J | | |
| 3549. | | | | | Buy (add'l) | 7/15/11 | K | | |
| 3550. | | | | | Buy (add'l) | 8/3/11 | K | | |
| 3551. | | | | | Buy (add'l) | 8/4/11 | J | | |
| 3552. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 3553. | | | | | Sold (part) | 11/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3554. | | | | | Sold (part) | 11/17/11 | K | | |
| 3555. | | | | | Sold (part) | 11/18/11 | K | | |
| 3556. | | | | | Sold (part) | 11/21/11 | J | | |
| 3557. | | | | | Sold | 12/20/11 | K | | |
| 3558. - SEATTLE GENETICS INC | | | | | Buy | 5/13/11 | J | | |
| 3559. | | | | | Buy (add'l) | 5/16/11 | J | | |
| 3560. | | | | | Buy (add'l) | 5/17/11 | J | | |
| 3561. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 3562. | | | | | Buy (add'l) | 5/19/11 | J | | |
| 3563. | | | | | Buy (add'l) | 5/20/11 | J | | |
| 3564. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 3565. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 3566. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 3567. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 3568. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 3569. | | | | | Buy (add'l) | 5/26/11 | J | | |
| 3570. | | | | | Buy (add'l) | 5/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3571. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 3572. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 3573. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 3574. | | | | | Buy (add'l) | 6/2/11 | J | | |
| 3575. | | | | | Buy (add'l) | 6/3/11 | J | | |
| 3576. | | | | | Buy (add'l) | 6/3/11 | J | | |
| 3577. | | | | | Buy (add'l) | 6/6/11 | J | | |
| 3578. | | | | | Buy (add'l) | 6/6/11 | J | | |
| 3579. | | | | | Buy (add'l) | 6/7/11 | J | | |
| 3580. | | | | | Buy (add'l) | 6/8/11 | J | | |
| 3581. | | | | | Buy (add'l) | 6/9/11 | J | | |
| 3582. | | | | | Buy (add'l) | 6/9/11 | J | | |
| 3583. | | | | | Buy (add'l) | 6/9/11 | J | | |
| 3584. | | | | | Buy (add'l) | 6/10/11 | J | | |
| 3585. | | | | | Buy (add'l) | 6/13/11 | J | | |
| 3586. | | | | | Buy (add'l) | 6/13/11 | J | | |
| 3587. | | | | | Buy (add'l) | 6/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3588. | | | | | Buy (add'l) | 6/14/11 | J | | |
| 3589. | | | | | Buy (add'l) | 6/15/11 | J | | |
| 3590. | | | | | Buy (add'l) | 6/16/11 | J | | |
| 3591. | | | | | Buy (add'l) | 6/16/11 | J | | |
| 3592. | | | | | Buy (add'l) | 6/17/11 | J | | |
| 3593. | | | | | Buy (add'l) | 6/17/11 | J | | |
| 3594. | | | | | Buy (add'l) | 6/17/11 | J | | |
| 3595. | | | | | Buy (add'l) | 6/22/11 | J | | |
| 3596. | | | | | Buy (add'l) | 6/23/11 | J | | |
| 3597. | | | | | Buy (add'l) | 7/7/11 | J | | |
| 3598. | | | | | Buy (add'l) | 7/7/11 | J | | |
| 3599. | | | · | | Buy (add'l) | 7/8/11 | J | | |
| 3600. | | | | | Buy (add'l) | 7/8/11 | K | | |
| 3601. | | | | | Buy (add'l) | 7/11/11 | J | | |
| 3602. | | | | | Buy (add'l) | 7/11/11 | K | | |
| 3603. | | | | | Buy (add'l) | 7/12/11 | J | | |
| 3604. | | | | | Buy (add'l) | 7/12/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3605. | | | | | Buy (add'l) | 7/13/11 | J | | |
| 3606. | | | | | Buy (add'l) | 7/13/11 | J | | |
| 3607. | | | | | Buy (add'l) | 7/13/11 | J | | |
| 3608. | | | | | Buy (add'l) | 7/14/11 | J | | |
| 3609. | | | | | Buy (add'l) | 7/15/11 | K | | |
| 3610. | | | | | Buy (add'l) | 8/8/11 | J | | |
| 3611. - TELE NORTE LESTE PART ADR | | | | | Buy | 5/17/11 | J | | |
| 3612. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 3613. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 3614. | | | | | Buy (add'l) | 5/19/11 | J | | |
| 3615. | | | | | Buy (add'l) | 5/20/11 | J | | |
| 3616. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 3617. | | | | | Buy (add'l) | 5/24/11 | K | | |
| 3618. | | | | | Buy (add'l) | 5/24/11 | K | | |
| 3619. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 3620. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 3621. | | | | | Buy (add'l) | 5/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3622. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 3623. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 3624. | | | | | Buy (add'l) | 5/26/11 | J | | |
| 3625. | | | | | Buy (add'l) | 5/26/11 | K | | |
| 3626. | | | | | Buy (add'l) | 5/27/11 | K | | |
| 3627. | | | | | Buy (add'l) | 5/27/11 | J | | |
| 3628. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 3629. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 3630. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 3631. | | | | | Buy (add'l) | 6/1/11 | J | | |
| 3632. | | | | | Buy (add'l) | 6/2/11 | J | | |
| 3633. | | | | | Sold (part) | 11/4/11 | J | | |
| 3634. | | | | | Sold (part) | 11/7/11 | K | | |
| 3635. | | | | | Sold (part) | 11/8/11 | J | | |
| 3636. | | | | | Sold (part) | 11/10/11 | J | | |
| 3637. | | | | | Sold (part) | 11/11/11 | K | | |
| 3638. | | | | | Sold (part) | 11/18/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3639. | | | | | Sold (part) | 11/18/11 | J | | |
| 3640. | | | | | Sold (part) | 11/21/11 | J | | |
| 3641. | | | | | Buy (add'l) | 12/23/11 | J | | |
| 3642. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 3643. - FUGRO NV | | | | | Buy | 8/12/11 | K | | |
| 3644. | | | | | Buy (add'l) | 9/22/11 | K | | |
| 3645. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 3646. | | | | | Buy (add'l) | 9/23/11 | J | | |
| 3647. - ANDRITZ AG | | | | | Buy | 8/16/11 | K | | |
| 3648. | | | | | Buy (add'l) | 8/17/11 | J | | |
| 3649. | | | | | Buy (add'l) | 8/17/11 | J | | |
| 3650. | | | | | Buy (add'l) | 8/18/11 | J | | |
| 3651. - WHARF HLDGS LTD | | | | | Buy | 7/20/11 | K | | |
| 3652. | | | | | Sold | 11/3/11 | K | | |
| 3653. - DENSO CORP | | | | | Buy | 7/19/11 | K | | |
| 3654. | | | | | Sold (part) | 11/24/11 | J | | |
| 3655. | | | | | Sold (part) | 11/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3656. | | | | | Sold (part) | 11/28/11 | J | | |
| 3657. | | | | | Sold (part) | 11/29/11 | J | | |
| 3658. | | | | | Sold (part) | 11/30/11 | J | | |
| 3659. | | | | | Sold | 12/1/11 | J | | |
| 3660. - NIKE INC CL B | | | | | Buy | 8/3/11 | K | | |
| 3661. - CATERPILLAR INC | | | | | Buy | 8/5/11 | K | | |
| 3662. | | | | | Buy (add'l) | 8/9/11 | K | | |
| 3663. - CARNIVAL CORP COMMON PAIRED STOCK | | | | | Buy | 8/9/11 | J | | |
| 3664. | | | | | Buy (add'l) | 8/10/11 | K | | |
| 3665. | | | | | Buy (add'l) | 8/25/11 | K | | |
| 3666. | | | | | Buy (add'l) | 9/27/11 | K | | |
| 3667. - DRIL-QUIP INC | | | | | Buy | 8/31/11 | J | | |
| 3668. | | | | | Buy (add'l) | 9/1/11 | J | | |
| 3669. | | | | | Buy (add'l) | 9/2/11 | J | | |
| 3670. | | | | | Buy (add'l) | 9/6/11 | K | | |
| 3671. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 3672. | | | | | Buy (add'l) | 9/8/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3673. | | | | | Buy (add'l) | 9/9/11 | J | | |
| 3674. - VIRGIN MEDIA INC | | | | | Buy | 8/31/11 | K | | |
| 3675. | | | | | Buy (add'l) | 9/8/11 | K | | |
| 3676. | | | | | Sold | 12/16/11 | L | | |
| 3677. - MARSH & MCLENNAN COS INC | | | | | Buy | 9/2/11 | K | | |
| 3678. | | | | | Buy (add'l) | 9/6/11 | K | | |
| 3679. | | | | | Buy (add'l) | 9/6/11 | K | | |
| 3680. | | | | | Buy (add'l) | 9/6/11 | J | | |
| 3681. | | | | | Buy (add'l) | 9/7/11 | K | | |
| 3682. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 3683. | | | | | Buy (add'l) | 9/28/11 | K | | |
| 3684. - PG&E CORP | | | | | Buy | 9/8/11 | J | | |
| 3685. - HOME DEPOT | | | | | Buy | 9/14/11 | J | | |
| 3686. | | | | | Buy (add'l) | 9/14/11 | M | | |
| 3687. | | | | | Buy (add'l) | 9/20/11 | K | | |
| 3688. | | | | | Buy (add'l) | 9/20/11 | K | | |
| 3689. - LMVH MOET HENNESSY LOUIS VUITTON SA | | | | | Buy | 10/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3690. | | | | | Buy (add'l) | 10/11/11 | K | | |
| 3691. | | | | | Buy (add'l) | 10/18/11 | K | | |
| 3692. - WHITBREAD PLC | | | | | Buy | 11/4/11 | K | | |
| 3693. - ASSA ABLOY AB B | | | | | Buy | 11/4/11 | K | | |
| 3694. - PHARMASSET INC | | | | | Buy | 9/30/11 | J | | |
| 3695. | | | | | Buy (add'l) | 10/3/11 | K | | |
| 3696. | | | | | Buy (add'l) | 10/4/11 | K | | |
| 3697. - SIGNET JEWELERS LTD | | | | | Buy | 10/6/11 | J | | |
| 3698. | | | | | Buy (add'l) | 10/7/11 | K | | |
| 3699. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 3700. | | | | | Buy (add'l) | 10/11/11 | K | | |
| 3701. | | | | | Buy (add'l) | 10/12/11 | K | | |
| 3702. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 3703. - ACE LTD | | | | | Buy | 10/21/11 | J | | |
| 3704. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 3705. - AFLAC INC | | | | | Buy | 11/22/11 | J | | |
| 3706. | | | | | Buy (add'l) | 11/22/11 | J | | |

1. Income Gain Codes:      A =$1,000 or less         B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3707. | | | | | Buy (add'l) | 11/23/11 | K | | |
| 3708. - EXPRESS SCRIPTS INC | | | | | Buy | 11/29/11 | K | | |
| 3709. | | | | | Buy (add'l) | 11/30/11 | K | | |
| 3710. | | | | | Buy (add'l) | 12/1/11 | K | | |
| 3711. | | | | | Buy (add'l) | 12/2/11 | J | | |
| 3712. | | | | | Buy (add'l) | 12/5/11 | K | | |
| 3713. | | | | | Buy (add'l) | 12/6/11 | J | | |
| 3714. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 3715. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 3716. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 3717. Trust #31 | F | Int./Div. | P2 | T | | | | | |
| 3718. - CAPITAL SHORT-TERM MUNICIPAL FUND | | | | | Buy | 8/3/11 | P1 | | |
| 3719. - MONROE CO NY UNITY HOSP ROCHESTER FHA SF 5.0% 2/15/17 (X) | | | | | | | | | |
| 3720. - NEW YORK ST TWY AUTH SECOND GEN SER A 5% 4/1/19 (X) | | | | | | | | | |
| 3721. - NY CITY MUNI WTR AUTH FF 5.0% 6/15/16 (X) | | | | | | | | | |
| 3722. - NY ST DORM AUTH I IA 5.0% 10/1/18 (X) | | | | | | | | | |
| 3723. - NY ST THRUWAY (2ND BRGE & HWY) 5.0% 4/1/13 (X) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3724. - 3M COMPANY (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3725. | | | | | Sold (part) | 8/4/11 | J | A | |
| 3726. | | | | | Sold (part) | 10/27/11 | J | A | |
| 3727. - AGILENT TECHNOLOGIES (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 3728. - AIA GROUP (X) | | | | | Sold (part) | 8/4/11 | K | C | |
| 3729. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 3730. - AIR PRODUCTS & CHEMICALS (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3731. - AJINOMOTO (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3732. - ALLEGHENY TECHNOLOGIES (X) | | | | | Buy (add'l) | 8/30/11 | J | | |
| 3733. | | | | | Buy (add'l) | 8/31/11 | J | | |
| 3734. | | | | | Sold (part) | 8/4/11 | K | D | |
| 3735. | | | | | Buy (add'l) | 10/5/11 | J | | |
| 3736. | | | | | Buy (add'l) | 10/6/11 | J | | |
| 3737. - ALLERGAN (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 3738. - ALLSTATE CORP (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3739. | | | | | Sold (part) | 8/4/11 | J | | |
| 3740. | | | | | Sold (part) | 9/2/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3741. | | | | | Sold (part) | 9/6/11 | J | | |
| 3742. - AMAZON.COM (X) | | | | | Sold (part) | 8/4/11 | K | E | |
| 3743. - AMERICAN TOWER CORP (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3744. - ANDRITZ AG | | | | | Buy | 8/16/11 | J | | |
| 3745. | | | | | Buy (add'l) | 8/17/11 | J | | |
| 3746. | | | | | Sold (part) | 8/18/11 | J | | |
| 3747. - ANGLO AMERICAN (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3748. | | | | | Sold | 8/10/11 | J | | |
| 3749. - AON CORP (X) | | | | | | | | | |
| 3750. - APPLE INC (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 3751. - ASML HOLDING NV (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3752. - AUTONOMY CORPORATION (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3753. | | | | | Sold (part) | 8/22/11 | J | C | |
| 3754. | | | | | Sold | 8/22/11 | J | B | |
| 3755. - AVON PRODUCTS (X) | | | | | Buy (add'l) | 8/4/11 | J | | |
| 3756. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 3757. | | | | | Sold (part) | 11/17/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3758. | | | | | Sold (part) | 11/18/11 | J | | |
| 3759. | | | | | Sold (part) | 11/21/11 | J | | |
| 3760. | | | | | Sold | 12/20/11 | J | | |
| 3761. - BANK OF CHINA (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3762. - BANK OF EAST ASIA (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3763. - BARCLAYS (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3764. | | | | | Sold (part) | 9/2/11 | J | | |
| 3765. | | | | | Sold | 9/5/11 | J | | |
| 3766. - BARRICK GOLD CORP (X) | | | | | Sold (part) | 8/4/11 | J | B | |
| 3767. | | | | | Buy (add'l) | 12/5/11 | K | | |
| 3768. - BAYER AG (X) | | | | | | | | | |
| 3769. - BEST BUY (X) | | | | | Sold | 11/3/11 | J | | |
| 3770. - BG GROUP PLC (X) | | | | | Sold (part) | 8/4/11 | K | C | |
| 3771. | | | | | Sold (part) | 10/10/11 | J | A | |
| 3772. - BHP BILLITON LTD (X) | | | | | Sold (part) | 8/4/11 | K | C | |
| 3773. - BMW AG (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3774. | | | | | Buy (add'l) | 10/27/11 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3775. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 3776. - BNP PARIBAS (X) | | | | | Buy (add'l) | 9/2/11 | J | | |
| 3777. | | | | | Sold (part) | 8/4/11 | J | | |
| 3778. | | | | | Sold (part) | 10/4/11 | J | | |
| 3779. - BOC HONG KONG HOLDINGS (X) | | | | | Sold (part) | 8/4/11 | K | C | |
| 3780. - BOEING CO (X) | | | | | | | | | |
| 3781. - BOUYGUES (X) | | | | | Sold (part) | 11/16/11 | J | | |
| 3782. | | | | | Sold (part) | 12/19/11 | J | | |
| 3783. | | | | | Sold (part) | 12/19/11 | J | | |
| 3784. | | | | | Sold (part) | 12/19/11 | J | | |
| 3785. | | | | | Sold (part) | 12/20/11 | J | | |
| 3786. | | | | | Sold (part) | 12/20/11 | J | | |
| 3787. | | | | | Sold | 12/21/11 | J | | |
| 3788. - BROADCOM CORP (X) | | | | | | | | | |
| 3789. - BRISTOL-MYERS SQUIBB | | | | | Buy | 8/29/11 | J | | |
| 3790. | | | | | Buy (add'l) | 8/29/11 | J | | |
| 3791. - CAE INC | | | | | Buy | 8/4/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3792. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 3793. | | | | | Buy (add'l) | 12/9/11 | J | | |
| 3794. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 3795. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 3796. - CAMECO CORP C$ | | | | | Buy | 8/25/11 | J | | |
| 3797. | | | | | Sold | 11/9/11 | J | | |
| 3798. - CANADIAN NATURAL RESOURCES C $ (X) | | | | | Sold | 8/4/11 | K | B | |
| 3799. - CANON INC (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3800. - CARNIVAL CORP COMMON STOCK | | | | | Buy | 8/10/11 | J | | |
| 3801. | | | | | Buy (add'l) | 8/25/11 | J | | |
| 3802. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 3803. - CATERPILLAR INC | | | | | Buy | 8/5/11 | J | | |
| 3804. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 3805. - CENOVUS ENERGY INC C$ (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3806. - CENOVUS ENERGY INC US$ (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 3807. - CERNER CORP (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3808. | | | | | Sold (part) | 8/9/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3809. - CHEVRON CORP (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 3810. - CISCO SYSTEMS (X) | | | | | Sold | 8/4/11 | K | | |
| 3811. - COACH (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 3812. - COLGATE-PALMOLIVE CO (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3813. - COMCAST CORP (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3814. | | | | | Sold (part) | 8/4/11 | K | D | |
| 3815. - COSTCO (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 3816. - CRH (X) | | | | | | | | | |
| 3817. - CSL (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3818. | | | | | Sold | 8/26/11 | J | | |
| 3819. - DAIMLER AG (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3820. | | | | | Sold (part) | 8/18/11 | J | | |
| 3821. | | | | | Sold | 8/19/11 | J | | |
| 3822. - DANAHER CORP (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3823. | | | | | Sold (part) | 8/4/11 | J | B | |
| 3824. - DANONE (X) | | | | | Buy (add'l) | 12/5/11 | K | | |
| 3825. - DAVITA (X) | | | | | Sold (part) | 8/4/11 | K | D | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3826. - DBS GROUP HOLDINGS (X) | | | | | Sold (part) | 10/18/11 | J | | |
| 3827. - DIAGEO PLC (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3828. - DISCOVERY COMMUNICATIONS (X) | | | | | | | | | |
| 3829. - DIXONS GROUP PLC (X) | | | | | Sold | 11/25/11 | J | | |
| 3830. - DREAMWORKS ANIMATION (X) | | | | | Buy (add'l) | 8/10/11 | J | | |
| 3831. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 3832. | | | | | Sold (part) | 11/9/11 | J | | |
| 3833. | | | | | Sold (part) | 11/10/11 | J | | |
| 3834. | | | | | Sold (part) | 11/11/11 | J | | |
| 3835. | | | | | Sold | 11/14/11 | J | | |
| 3836. - DRIL-QUIP INC | | | | | Buy | 9/2/11 | J | | |
| 3837. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 3838. - EBAY (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 3839. - ECOLAB (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 3840. - EDISON INTERNATIONAL (X) | | | | | | | | | |
| 3841. - EMERSON ELECTRIC (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3842. - ENCANA CORP (X) | | | | | Buy (add'l) | 9/1/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3843. | | | | | Buy (add'l) | 9/2/11 | J | | |
| 3844. | | | | | Sold (part) | 8/4/11 | K | | |
| 3845. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 3846. | | | | | Sold (part) | 10/11/11 | K | | |
| 3847. | | | | | Sold (part) | 11/7/11 | J | | |
| 3848. | | | | | Sold (part) | 11/7/11 | J | | |
| 3849. | | | | | Sold (part) | 11/8/11 | J | | |
| 3850. | | | | | Sold (part) | 11/9/11 | J | | |
| 3851. - ENERGIZER HOLDINGS (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3852. | | | | | Sold | 11/10/11 | J | | |
| 3853. - ESSILOR INTL (X) | | | | | Sold (part) | 8/4/11 | K | C | |
| 3854. - FANUC CO (X) | | | | | Sold (part) | 8/4/11 | K | E | |
| 3855. - FEDEX CORP (X) | | | | | Sold (part) | 8/4/11 | K | B | |
| 3856. | | | | | Sold (part) | 10/6/11 | J | B | |
| 3857. - FIRSTGROUP (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3858. - FIRST SOLAR INC | | | | | Buy | 8/8/11 | J | | |
| 3859. | | | | | Buy (add'l) | 9/27/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3860. | | | | | Buy (add'l) | 9/28/11 | J | | |
| 3861. | | | | | Sold (part) | 11/4/11 | J | | |
| 3862. | | | | | Sold (part) | 11/7/11 | J | | |
| 3863. - FLUOR CORP (X) | | | | | | | | | |
| 3864. - FUGRO NV | | | | | Buy | 8/12/11 | J | | |
| 3865. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 3866. | | | | | Buy (add'l) | 9/23/11 | J | | |
| 3867. - GDF SUEZ (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3868. | | | | | Sold | 9/2/11 | J | | |
| 3869. - GENERAL ELECTRIC CO (X) | | | | | Sold | 11/4/11 | K | | |
| 3870. - GENERAL MILLS (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3871. - GENPACT (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3872. - GOLDMAN SACHS GROUP (X) | | | | | Buy (add'l) | 9/13/11 | J | | |
| 3873. | | | | | Sold (part) | 8/4/11 | K | | |
| 3874. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 3875. - GOOGLE INC (X) | | | | | | | | | |
| 3876. - HALLIBURTON (X) | | | | | Sold (part) | 8/4/11 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3877. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 3878. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 3879. - HDFC BANK (X) | | | | | | | | | |
| 3880. - HENNES & MAURITZ AB (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3881. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 3882. - HEWLETT-PACKARD CO (X) | | | | | Sold | 8/4/11 | J | A | |
| 3883. - HITACHI (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3884. - HOME DEPOT | | | | | Buy | 9/14/11 | K | | |
| 3885. | | | | | Buy (add'l) | 9/20/11 | J | | |
| 3886. | | | | | Buy (add'l) | 9/20/11 | J | | |
| 3887. - HONG KONG/CHINA GAS (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 3888. - HSBC HOLDING PLC (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3889. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 3890. - ICICI BANK LTD (X) | | | | | Buy (add'l) | 8/29/11 | J | | |
| 3891. | | | | | Sold (part) | 8/4/11 | J | | |
| 3892. | | | | | Sold (part) | 8/4/11 | J | A | |
| 3893. - ILLINOIS TOOL WORKS (X) | | | | | Sold (part) | 8/4/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3894. | | | | | Sold (part) | 8/4/11 | K | B | |
| 3895. - IMPERIAL TOBACCO (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3896. - INMET MINING CORP C$ (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3897. | | | | | Sold (part) | 8/4/11 | J | B | |
| 3898. - INTERNATIONAL BUSINESS MACHINES (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 3899. - INTERNATIONAL GAME TECHNOLOGY (X) | | | | | | | | | |
| 3900. - IRON MOUNTAIN (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 3901. - ISRAEL CHEMICALS (X) | | | | | Sold | 11/3/11 | J | | |
| 3902. - JACK HENRY & ASSOCIATES (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3903. - JGC CORP (X) | | | | | Sold (part) | 8/4/11 | K | E | |
| 3904. - JPMORGAN CHASE & CO (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3905. | | | | | Sold (part) | 8/4/11 | J | | |
| 3906. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 3907. | | | | | Sold (part) | 12/27/11 | J | | |
| 3908. | | | | | Sold (part) | 12/27/11 | J | | |
| 3909. - JUNIPER NETWORKS (X) | | | | | Sold | 12/14/11 | J | | |
| 3910. - KEYENCE CORP (X) | | | | | Sold (part) | 8/4/11 | K | D | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 3911. - KLA-TENCOR CORP (X) | | | | | Sold<br>(part) | 8/4/11 | K | B | |
| 3912. - KONINKLIJKE KPN (X) | | | | | Sold<br>(part) | 8/4/11 | J | | |
| 3913. - KRAFT FOODS INC (X) | | | | | Sold<br>(part) | 8/4/11 | J | B | |
| 3914. | | | | | Sold<br>(part) | 8/22/11 | J | A | |
| 3915. | | | | | Sold<br>(part) | 8/23/11 | J | B | |
| 3916. - KURITA WATER INDUSTRIES (X) | | | | | Sold<br>(part) | 8/4/11 | J | | |
| 3917. | | | | | Buy<br>(add'l) | 12/8/11 | J | | |
| 3918. -L'AIR LIQUIDE (X) | | | | | Sold<br>(part) | 8/4/11 | K | | |
| 3919. | | | | | Sold<br>(part) | 8/4/11 | J | A | |
| 3920. - L'OREAL (X) | | | | | Sold<br>(part) | 8/4/11 | J | A | |
| 3921. - LI & FUNG (X) | | | | | Buy<br>(add'l) | 9/7/11 | J | | |
| 3922. | | | | | Sold<br>(part) | 8/4/11 | K | | |
| 3923. - LINDE (X) | | | | | Sold<br>(part) | 8/4/11 | J | B | |
| 3924. - LLOYDS TSB GROUP (X) | | | | | Sold<br>(part) | 8/31/11 | J | | |
| 3925. | | | | | Sold<br>(part) | 9/1/11 | J | | |
| 3926. | | | | | Sold<br>(part) | 9/2/11 | J | | |
| 3927. | | | | | Sold | 9/5/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3928. - LOWES COMPANIES (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3929. | | | | | Sold (part) | 9/13/11 | J | | |
| 3930. | | | | | Sold (part) | 9/14/11 | J | | |
| 3931. | | | | | Sold | 9/14/11 | K | | |
| 3932. - MACQUARIE GROUP (X) | | | | | Sold | 8/4/11 | K | | |
| 3933. - MARSH & MCLENNAN COS | | | | | Buy | 9/2/11 | J | | |
| 3934. | | | | | Buy (add'l) | 9/6/11 | J | | |
| 3935. | | | | | Buy (add'l) | 9/6/11 | J | | |
| 3936. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 3937. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 3938. | | | | | Buy (add'l) | 9/28/11 | J | | |
| 3939. - MAXIM INTEGRATED PRODS (X) | | | | | Sold (part) | 8/4/11 | J | B | |
| 3940. - MCDONALDS CORP (X) | | | | | Sold (part) | 8/4/11 | J | B | |
| 3941. | | | | | Sold (part) | 8/4/11 | J | A | |
| 3942. - MICROCHIP TECHNOLOGY (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3943. - MICROSOFT CORP (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3944. - MITSUBISHI CORP (X) | | | | | Sold (part) | 8/4/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3945. | | | | | Sold | 11/4/11 | J | | |
| 3946. - MONSANTO (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3947. - MURATA MANUFACTURING (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3948. | | | | | Sold (part) | 8/4/11 | J | B | |
| 3949. - NATIONAL GRID (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3950. - NATIONAL INSTRUMENTS CORP (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 3951. - NESTLE (X) | | | | | Buy (add'l) | 9/20/11 | J | | |
| 3952. | | | | | Sold (part) | 8/4/11 | K | C | |
| 3953. - NEW YORK TIMES (X) | | | | | Sold (part) | 11/7/11 | J | | |
| 3954. | | | | | Sold (part) | 11/8/11 | J | | |
| 3955. | | | | | Sold (part) | 11/10/11 | J | | |
| 3956. | | | | | Sold | 11/11/11 | J | | |
| 3957. - NEWCREST MINING (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 3958. | | | | | Sold (part) | 10/10/11 | J | | |
| 3959. - NIELSEN HOLDINGS (X) | | | | | Buy (add'l) | 9/27/11 | J | | |
| 3960. | | | | | Buy (add'l) | 9/27/11 | K | | |
| 3961. | | | | | Buy (add'l) | 9/28/11 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                       J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                          P3 =$25,000,001 - $50,000,000                                                          P4 =More than $50,000,000
3. Value Method Codes           Q =Appraisal                  R =Cost (Real Estate Only)     S =Assessment          T =Cash Market
   (See Column C2)                  U =Book Value               V =Other                          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3962. - NIKE INC | | | | | Buy | 8/4/11 | J | | |
| 3963. - NINTENDO (X) | | | | | Buy (add'l) | 9/2/11 | K | | |
| 3964. | | | | | Sold (part) | 8/4/11 | K | | |
| 3965. | | | | | Sold (part) | 10/20/11 | K | | |
| 3966. | | | | | Sold | 11/7/11 | K | | |
| 3967. - NOBLE ENERGY (X) | | | | | Sold (part) | 8/4/11 | K | C | |
| 3968. - NORDSTROM (X) | | | | | Sold (part) | 8/4/11 | J | B | |
| 3969. - NORFOLK SOUTHERN CORP (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3970. | | | | | Sold (part) | 8/4/11 | J | B | |
| 3971. - NOVARTIS AG (X) | | | | | Sold (part) | 8/4/11 | J | B | |
| 3972. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 3973. - NOVO NORDISK (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 3974. - NUCOR (X) | | | | | | | | | |
| 3975. - OMNICOM GROUP (X) | | | | | | | | | |
| 3976. - ORACLE CORP (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3977. - PENGROWTH ENERGY CORP C$ (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 3978. | | | | | Sold (part) | 11/8/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3979. | | | | | Sold | 11/10/11 | J | | |
| 3980. - PEPSICO INC (X) | | | | | Sold (part) | 8/4/11 | J | B | |
| 3981. - PERNOD RICARD SA (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3982. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 3983. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 3984. - PG&E CORP | | | | | Buy | 9/8/11 | J | | |
| 3985. - PHILIP MORRIS INTERNATIONAL (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 3986. - POLYCOM (X) | | | | | Sold (part) | 8/4/11 | J | D | |
| 3987. - PREMIER FARNELL (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 3988. - PROCTER & GAMBLE (X) | | | | | Sold | 8/4/11 | K | B | |
| 3989. - PROGRESSIVE CORP (X) | | | | | Sold (part) | 8/4/11 | K | A | |
| 3990. - QUALCOMM (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 3991. - RECKITT BENSKISER GROUP (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 3992. - RELIANCE INDUSTRIES LTD (X) | | | | | Sold (part) | 9/2/11 | J | | |
| 3993. | | | | | Sold (part) | 9/6/11 | J | | |
| 3994. | | | | | Sold (part) | 9/7/11 | J | | |
| 3995. | | | | | Sold (part) | 9/8/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3996. | | | | | Sold (part) | 9/20/11 | J | | |
| 3997. | | | | | Sold (part) | 9/27/11 | J | | |
| 3998. | | | | | Sold (part) | 9/28/11 | J | | |
| 3999. | | | | | Sold (part) | 9/29/11 | J | | |
| 4000. | | | | | Sold (part) | 9/30/11 | J | | |
| 4001. | | | | | Sold (part) | 10/3/11 | J | | |
| 4002. | | | | | Sold (part) | 10/6/11 | J | | |
| 4003. | | | | | Sold | 10/7/11 | J | | |
| 4004. - REPUBLIC SERVICES (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4005. - RICHEMONT CIE (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 4006. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 4007. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 4008. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 4009. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 4010. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 4011. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 4012. | | | | | Buy (add'l) | 12/8/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br><br>(1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period<br><br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br><br>(1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 4013. - RIO TINTO (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4014. | | | | | Sold (part) | 8/4/11 | K | C | |
| 4015. - ROCHE HOLDING (X) | | | | | | | | | |
| 4016. - ROYAL DUTCH SHELL (X) | | | | | Sold (part) | 8/4/11 | K | A | |
| 4017. - SAMSUNG ELEC (X) | | | | | Sold (part) | 8/4/11 | K | C | |
| 4018. - SAP AG (X) | | | | | Sold (part) | 8/4/11 | J | B | |
| 4019. | | | | | Sold (part) | 12/9/11 | J | B | |
| 4020. | | | | | Sold (part) | 12/31/11 | J | A | |
| 4021. - SAP AG SPON ADR (X) | | | | | | | | | |
| 4022. - SCHLUMBERGER (X) | | | | | Sold (part) | 8/4/11 | L | D | |
| 4023. | | | | | Buy (add'l) | 10/14/11 | J | | |
| 4024. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 4025. - SCHNEIDER ELECTRIC (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4026. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 4027. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 4028. | | | | | Buy (add'l) | 9/9/11 | J | | |
| 4029. | | | | | Buy (add'l) | 11/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 4030. | | | | | Sold (part) | 10/12/11 | J | | |
| 4031. - SCHWAB CHARLES (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 4032. | | | | | Sold (part) | 9/1/11 | J | | |
| 4033. | | | | | Sold (part) | 9/2/11 | J | | |
| 4034. | | | | | Sold (part) | 9/6/11 | K | | |
| 4035. | | | | | Sold (part) | 9/6/11 | J | | |
| 4036. | | | | | Sold | 9/6/11 | J | | |
| 4037. | | | | | Buy | 10/11/11 | J | | |
| 4038. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 4039. | | | | | Buy (add'l) | 10/13/11 | K | | |
| 4040. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 4041. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 4042. - SCRIPPS NETWORK INTERACTIVE (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4043. | | | | | Sold (part) | 8/4/11 | J | A | |
| 4044. - SEADRILL LTD (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4045. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 4046. | | | | | Buy (add'l) | 10/27/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4047. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 4048. - SEATTLE GENETICS (X) | | | | | Buy (add'l) | 8/8/11 | K | | |
| 4049. - SES FDR CL (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 4050. - SHANGRI -LA ASIA (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 4051. - SHIRE PLC (X) | | | | | Sold (part) | 8/4/11 | K | E | |
| 4052. | | | | | Sold (part) | 10/10/11 | J | B | |
| 4053. | | | | | Sold (part) | 10/10/11 | J | B | |
| 4054. | | | | | Sold (part) | 10/11/11 | J | A | |
| 4055. | | | | | Sold (part) | 10/12/11 | J | B | |
| 4056. - SIEMENS AG NAMEN (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4057. | | | | | Sold (part) | 8/4/11 | J | B | |
| 4058. | | | | | Sold (part) | 8/5/11 | J | B | |
| 4059. | | | | | Sold (part) | 8/5/11 | J | A | |
| 4060. | | | | | Sold | 12/2/11 | J | A | |
| 4061. - SMC CORP (X) | | | | | Sold (part) | 8/4/11 | K | C | |
| 4062. - SOFTBANK CORP (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 4063. - SONOVA HOLDING AG (X) | | | | | Sold (part) | 8/25/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4064. | | | | | Sold (part) | 8/29/11 | J | | |
| 4065. | | | | | Sold (part) | 8/30/11 | J | | |
| 4066. - SPECTRA ENERGY (X) | | | | | | | | | |
| 4067. - STANDARD CHARTERED (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4068. | | | | | Buy (add'l) | 8/31/11 | K | | |
| 4069. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 4070. - STANLEY BLACK & DECKER INC (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 4071. - STRAYER ED (X) | | | | | Buy (add'l) | 9/6/11 | J | | |
| 4072. | | | | | Sold (part) | 10/12/11 | J | | |
| 4073. | | | | | Sold | 11/8/11 | J | A | |
| 4074. - SUN HUNG KAI (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 4075. - SUNCOR ENERGY INC (X) | | | | | | | | | |
| 4076. - SWIRE PACIFIC (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 4077. - SWISSCOM AG REG (X) | | | | | | | | | |
| 4078. - SYNGENTA (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4079. - SYSMEX (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 4080. | | | | | Buy (add'l) | 12/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4081. - TARGET (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 4082. | | | | | Sold (part) | 11/17/11 | J | | |
| 4083. | | | | | Sold (part) | 11/8/11 | J | | |
| 4084. - TE CONNECTIVITY (formerly TYCO) (X) | | | | | | | | | |
| 4085. - TELE NORTE LESTE PART (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4086. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 4087. | | | | | Sold (part) | 11/4/11 | J | | |
| 4088. | | | | | Sold (part) | 11/7/11 | J | | |
| 4089. | | | | | Sold (part) | 11/8/11 | J | | |
| 4090. | | | | | Sold (part) | 11/10/11 | J | | |
| 4091. | | | | | Sold (part) | 11/11/11 | J | | |
| 4092. | | | | | Sold (part) | 11/18/11 | J | | |
| 4093. | | | | | Sold (part) | 11/18/11 | J | | |
| 4094. | | | | | Sold (part) | 11/21/11 | J | | |
| 4095. - TELEVISION BROADCAST (X) | | | | | Sold (part) | 8/4/11 | J | B | |
| 4096. - TELSTRA (X) | | | | | Sold (part) | 8/4/11 | J | A | |
| 4097. - TELUS CORPORATION NON VOTE (X) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4098. - TESCO (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4099. | | | | | Sold (part) | 9/21/11 | J | | |
| 4100. | | | | | Sold (part) | 9/21/11 | J | | |
| 4101. | | | | | Sold (part) | 9/23/11 | J | | |
| 4102. | | | | | Sold (part) | 9/23/11 | J | | |
| 4103. | | | | | Sold (part) | 10/3/11 | J | | |
| 4104. | | | | | Sold (part) | 10/5/11 | J | | |
| 4105. | | | | | Sold (part) | 10/5/11 | J | | |
| 4106. - THE WALT DISNEY CO (X) | | | | | Sold (part) | 8/4/11 | J | B | |
| 4107. - TIFFANY & CO (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 4108. - TIME WARNER CABLE (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4109. | | | | | Sold (part) | 8/4/11 | J | A | |
| 4110. - TINGYI HOLDING CORP (X) | | | | | | | | | |
| 4111. - TORONTO-DOMINION BANK (X) | | | | | Sold (part) | 8/4/11 | K | C | |
| 4112. - TREND MICRO (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4113. - UNION PACIFIC CORP (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 4114. | | | | | Sold (part) | 8/9/11 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4115. - UNITED PARCEL SERVICE (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4116. - UNITED TECHNOLOGIES (X) | | | | | Sold (part) | 8/4/11 | K | | |
| 4117. | | | | | Sold (part) | 8/4/11 | J | A | |
| 4118. - UNITEDHEALTH GROUP (X) | | | | | Sold (part) | 8/4/11 | K | D | |
| 4119. - URBAN OUTFITTERS INC (X) | | | | | Sold (part) | 8/4/11 | J | | |
| 4120. - VERIZON COMMUNICATIONS (X) | | | | | Sold (part) | 8/4/11 | K | C | |
| 4121. - VISA (X) | | | | | Sold (part) | 8/4/11 | J | B | |
| 4122. - VIRGIN MEDIA INC | | | | | Buy | 8/31/11 | J | | |
| 4123. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 4124. | | | | | Sold | 12/16/11 | J | | |
| 4125. - VULCAN MATERIALS (X) | | | | | Sold (part) | 11/4/11 | J | | |
| 4126. | | | | | Sold (part) | 11/7/11 | J | | |
| 4127. | | | | | Sold | 11/8/11 | J | | |
| 4128. - WALMART DE MEXICO (X) | | | | | Sold (part) | 8/4/11 | J | C | |
| 4129. - WEATHERFORD INTL (X) | | | | | Sold (part) | 8/4/11 | J | B | |
| 4130. | | | | | Sold (part) | 12/19/11 | J | | |
| 4131. | | | | | Sold (part) | 12/19/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (I cludes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 4132. | | | | | Sold (part) | 12/20/11 | J | | |
| 4133. | | | | | Sold | 12/20/11 | J | | |
| 4134. - LVMH MOET HENNESSY LOUIS VUITTON SA | | | | | Buy | 10/10/11 | J | | |
| 4135. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 4136. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 4137. - SAMPO OYJ CL A | | | | | Buy | 10/28/11 | J | | |
| 4138. | | | | | Buy (add'l) | 10/31/11 | K | | |
| 4139. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 4140. - WHITBREAD PLC | | | | | Buy | 10/28/11 | J | | |
| 4141. - ASSA ABLOY | | | | | Buy | 10/28/11 | J | | |
| 4142. - PHARMASSET INC | | | | | Buy | 10/3/11 | J | | |
| 4143. | | | | | Buy (add'l) | 10/4/11 | J | | |
| 4144. - SIGNET JEWELERS LTD | | | | | Buy | 10/7/11 | J | | |
| 4145. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 4146. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 4147. - ACE LTD | | | | | Buy | 10/21/11 | J | | |
| 4148. - AFLAC INC | | | | | Buy | 11/22/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 4149. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 4150. - EXPRESS SCRIPTS INC | | | | | Buy | 11/29/11 | J | | |
| 4151. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 4152. | | | | | Buy (add'l) | 12/1/11 | J | | |
| 4153. | | | | | Buy (add'l) | 12/2/11 | J | | |
| 4154. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 4155. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 4156.     Trust #32 | D | Dividend | P2 | T | | | | | |
| 4157. - 3M Company (X) | | | | | Buy (add'l) | 10/21/11 | K | | |
| 4158. - Ace LTD | | | | | Buy | 10/24/11 | J | | |
| 4159. - Agilent Technologies Inc (X) | | | | | Sold (part) | 10/21/11 | K | B | |
| 4160. - AFLAC Inc | | | | | Buy | 11/22/11 | J | | |
| 4161. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 4162. - AIA Group LTD (X) | | | | | | | | | |
| 4163. - Air Products & Chemicals (X) | | | | | Sold (part) | 10/21/11 | K | A | |
| 4164. - Ajinomoto Co Inc (X) | | | | | | | | | |
| 4165. - Allegheny Technologies (X) | | | | | Sold (part) | 11/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4166. - Allergan Inc (X) | | | | | Sold (part) | 10/21/11 | K | C | |
| 4167. - Andritz AG | | | | | Buy | 10/24/11 | J | | |
| 4168. - Allstate Corp | | | | | Buy | 10/21/11 | J | | |
| 4169. - American Tower Corp CL A (X) | | | | | Sold (part) | 10/21/11 | J | C | |
| 4170. - Aon Corp | | | | | Buy | 10/21/11 | J | | |
| 4171. - Apple Inc (X) | | | | | | | | | |
| 4172. - ASML Holdings NV (X) | | | | | | | | | |
| 4173. - Assa Abloy AB | | | | | Buy | 10/28/11 | J | | |
| 4174. - Avon Products Inc (X) | | | | | Sold (part) | 11/17/11 | J | | |
| 4175. | | | | | Sold (part) | 11/18/11 | J | | |
| 4176. | | | | | Sold (part) | 11/21/11 | J | | |
| 4177. | | | | | Sold | 12/20/11 | J | | |
| 4178. -Barrick Gold Corp C$ (X) | | | | | Buy (add'l) | 12/5/11 | K | | |
| 4179. - Bayer AG (X) | | | | | | | | | |
| 4180. - Bank of East Asia | | | | | Buy | 10/24/11 | J | | |
| 4181. - Best Buy (X) | | | | | Sold (part) | 10/21/11 | J | | |
| 4182. | | | | | Sold | 11/3/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4183. - BG Group PLC (X) | | | | | Sold (part) | 10/24/11 | J | B | |
| 4184. - BHP Billiton LTD (X) | | | | | | | | | |
| 4185. - BNP Paribas (X) | | | | | | | | | |
| 4186. - Boeing Co (X) | | | | | Sold (part) | 10/21/11 | J | C | |
| 4187. - Boc Hong Kong Holdings | | | | | Buy | 10/24/11 | J | | |
| 4188. - Bouygues (X) | | | | | Sold (part) | 11/16/11 | J | | |
| 4189. | | | | | Sold (part) | 12/19/11 | J | | |
| 4190. | | | | | Sold (part) | 12/20/11 | J | | |
| 4191. | | | | | Sold (part) | 12/20/11 | J | | |
| 4192. | | | | | Sold | 12/21/11 | J | | |
| 4193. - BMW | | | | | Buy | 10/27/11 | J | | |
| 4194. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 4195. - Bristol-Myers Squibb (X) | | | | | | | | | |
| 4196. - Broadcom (X) | | | | | | | | | |
| 4197. - Cae Inc | | | | | Buy | 12/2/11 | J | | |
| 4198. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 4199. | | | | | Buy (add'l) | 12/7/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4200. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 4201. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 4202. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 4203. - Cameco Corp C$ | | | | | Buy | 10/21/11 | J | | |
| 4204. | | | | | Sold | 11/9/11 | J | | |
| 4205. - Canon Inc (X) | | | | | Sold (part) | 10/24/11 | K | | |
| 4206. - Carnival Corp Common Paired Stock (X) | | | | | Sold (part) | 10/21/11 | J | A | |
| 4207. - Caterpillar Inc (X) | | | | | | | | | |
| 4208. - Cenovus Energy Inc C$ (X) | | | | | | | | | |
| 4209. - Cerner Corp (X) | | | | | Sold (part) | 10/21/11 | K | D | |
| 4210. - Chevron Corp (X) | | | | | | | | | |
| 4211. - Coach Inc | | | | | Buy | 10/21/11 | J | | |
| 4212. - Colgate-Palmolive Co (X) | | | | | | | | | |
| 4213. - Comcast Corp CL A (X) | | | | | | | | | |
| 4214. - Costco | | | | | Buy | 10/21/11 | J | | |
| 4215. - Danaher Corp (X) | | | | | | | | | |
| 4216. - Danone (X) | | | | | Buy (add'l) | 12/5/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4217. | | | | | Sold (part) | 10/24/11 | J | | |
| 4218. - Davita Inc (X) | | | | | Sold (part) | 10/21/11 | K | D | |
| 4219. - Denso Corp | | | | | Buy | 10/24/11 | J | | |
| 4220. | | | | | Sold (part) | 11/24/11 | J | | |
| 4221. | | | | | Sold | 12/1/11 | J | | |
| 4222. - DBS Group Holdings LTD (X) | | | | | | | | | |
| 4223. - Diageo PLC (X) | | | | | | | | | |
| 4224. - Discovery Communications | | | | | Buy | 10/21/11 | J | | |
| 4225. - Dreamworks Animation | | | | | Buy | 10/21/11 | J | | |
| 4226. | | | | | Sold (part) | 11/9/11 | J | | |
| 4227. | | | | | Sold (part) | 11/11/11 | J | | |
| 4228. | | | | | Sold | 11/15/11 | J | | |
| 4229. - Dril-Quip Inc (X) | | | | | | | | | |
| 4230. - Ecolab (X) | | | | | Sold (part) | 10/21/11 | K | D | |
| 4231. - Emerson Electric (X) | | | | | | | | | |
| 4232. - Encana Corp (X) | | | | | Buy (add'l) | 12/15/11 | J | | |
| 4233. | | | | | Buy (add'l) | 12/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4234. | | | | | Sold (part) | 10/21/11 | K | | |
| 4235. | | | | | Sold (part) | 11/7/11 | J | | |
| 4236. | | | | | Sold (part) | 11/7/11 | K | | |
| 4237. | | | | | Sold (part) | 11/8/11 | K | | |
| 4238. | | | | | Sold (part) | 11/9/11 | J | | |
| 4239. - Essilor Intl (X) | | | | | Sold (part) | 10/24/11 | J | C | |
| 4240. - Express Scripts Inc | | | | | Buy | 11/29/11 | J | | |
| 4241. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 4242. | | | | | Buy (add'l) | 12/1/11 | J | | |
| 4243. | | | | | Buy (add'l) | 12/2/11 | J | | |
| 4244. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 4245. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 4246. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 4247. - Fanuc Co (X) | | | | | Sold (part) | 10/24/11 | K | D | |
| 4248. - Fedex Corp (X) | | | | | Sold (part) | 10/21/11 | J | | |
| 4249. - First Solar Inc (X) | | | | | | | | | |
| 4250. - FirstGroup PLC (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4251. - Fugro NV (X) | | | | | | | | | |
| 4252. - Genpact LTD | | | | | Buy | 10/21/11 | J | | |
| 4253. - Google Inc | | | | | Buy | 10/21/11 | L | | |
| 4254. - Goldman Sachs Group Inc (X) | | | | | | | | | |
| 4255. - Halliburton Co (X) | | | | | Buy (add'l) | 12/16/11 | J | | |
| 4256. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 4257. -HDFC Bank LTD (X) | | | | | | | | | |
| 4258. - Hennes & Mauritz AB (X) | | | | | Sold (part) | 10/24/11 | J | A | |
| 4259. - Hitachi (X) | | | | | | | | | |
| 4260. - Home Deport Inc (X) | | | | | Sold (part) | 10/21/11 | J | A | |
| 4261. - Hong Kong/ China Gas (X) | | | | | | | | | |
| 4262. - HSBC Holdings PLC | | | | | Buy | 10/24/11 | K | | |
| 4263. - Icici Bank LTD Spon ADR (X) | | | | | | | | | |
| 4264. - Illinois Tool Works Inc | | | | | Buy | 10/21/11 | K | | |
| 4265. - Imperial Oil LTD (X) | | | | | | | | | |
| 4266. - Imperial Tobacco PLC | | | | | Buy | 10/24/11 | J | | |
| 4267. - Inmet Mining Corp (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4268. - International Game Technology | | | | | Buy | 10/21/11 | J | | |
| 4269. - International Business Machines Corp (X) | | | | | | | | | |
| 4270. - Iron Mountain Inc (X) | | | | | | | | | |
| 4271. - Jack Henry & Assoc Inc (X) | | | | | | | | | |
| 4272. - Juniper Networks Inc | | | | | Buy | 10/21/11 | J | | |
| 4273. - JPMorgan Chase & Co (X) | | | | | Buy (add'l) | 10/21/11 | J | | |
| 4274. | | | | | Buy (add'l) | 11/22/11 | K | | |
| 4275. | | | | | Sold (part) | 12/27/11 | K | | |
| 4276. | | | | | Sold (part) | 12/27/11 | J | | |
| 4277. - Keyence Corp (X) | | | | | | | | | |
| 4278. - KLA-Tencor Corp (X) | | | | | | | | | |
| 4279. - Koninklijke | | | | | Buy | 10/24/11 | K | | |
| 4280. - Kurita Water Industries (X) | | | | | Buy (add'l) | 10/24/11 | J | | |
| 4281. | | | | | Buy (add'l) | 12/8/11 | J | | |
| 4282. - L'Air Liquide (X) | | | | | | | | | |
| 4283. - L'oreal (X) | | | | | Sold (part) | 10/24/11 | L | | |
| 4284. - Li & Fung LTD (X) | | | | | | | | | |

1. Income Gain Codes:       A =$1,000 or less        B =$1,001 - $2,500       C =$2,501 - $5,000        D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
   (See Column C2)             U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 4285. - Linde AG (X) | | | | | | | | | |
| 4286. - LVMH Moet Hennssy Louis Vuitton | | | | | Buy | 10/24/11 | K | | |
| 4287. - Marsh & McLennan Cos (X) | | | | | | | | | |
| 4288. - Maxim Integrated Prod (X) | | | | | | | | | |
| 4289. - Microchip Technologies (X) | | | | | Buy (add'l) | 10/21/11 | J | | |
| 4290. - Microsoft Corp (X) | | | | | Sold (part) | 10/21/11 | K | | |
| 4291. - Mitsubishi Corp (X) | | | | | Sold | 11/4/11 | K | | |
| 4292. - Monsanto Co New (X) | | | | | Sold (part) | 10/21/11 | K | | |
| 4293. | | | | | Sold (part) | 10/21/11 | J | | |
| 4294. - Murata Manufacturing Co (X) | | | | | | | | | |
| 4295. - National Grid PLC (X) | | | | | Sold | 10/24/11 | J | | |
| 4296. - National Instruments Corp (X) | | | | | | | | | |
| 4297. - Nestle SA Reg (X) | | | | | Sold (part) | 10/24/11 | K | C | |
| 4298. - Newcrest Mining NPV (X) | | | | | | | | | |
| 4299. - New York Times Co | | | | | Buy | 10/21/11 | J | | |
| 4300. | | | | | Sold (part) | 11/7/11 | J | A | |
| 4301. | | | | | Sold (part) | 11/8/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 4302. | | | | | Sold (part) | 11/10/11 | J | | |
| 4303. | | | | | Sold | 11/11/11 | J | | |
| 4304. - Nielsen Holdings NV US$ (X) | | | | | | | | | |
| 4305. - Nintendo | | | | | Buy | 10/24/11 | J | | |
| 4306. | | | | | Sold | 11/7/11 | K | A | |
| 4307. - Nike | | | | | Buy | 10/21/11 | J | | |
| 4308. - Noble Energy Inc (X) | | | | | Sold (part) | 10/21/11 | J | B | |
| 4309. - Nordstrom Inc | | | | | Buy | 10/21/11 | J | | |
| 4310. - Norfolk Southern Corp (X) | | | | | Sold (part) | 10/21/11 | K | C | |
| 4311. - Novartis AG Namem (X) | | | | | Sold (part) | 10/24/11 | J | B | |
| 4312. - Novo Nordisk (X) | | | | | Sold (part) | 10/24/11 | K | C | |
| 4313. - Omnicom Group (X) | | | | | Sold (part) | 10/21/11 | K | | |
| 4314. - Oracle Corp (X) | | | | | Sold (part) | 10/21/11 | J | | |
| 4315. - Pharmasset Inc | | | | | Buy | 10/21/11 | J | | |
| 4316. - Pepsico Inc (X) | | | | | | | | | |
| 4317. - Pengrowth Energy Corp C$ | | | | | Buy | 10/21/11 | J | | |
| 4318. | | | | | Sold (part) | 11/9/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 4319. | | | | | Sold | 11/10/11 | J | | |
| 4320. - Pernod Ricard SA (X) | | | | | Buy (add'l) | 12/5/11 | J | | |
| 4321. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 4322. | | | | | Sold (part) | 10/24/11 | K | | |
| 4323. - PG&E Corp | | | | | Buy | 10/21/11 | J | | |
| 4324. - Philip Morris Intl (X) | | | | | Sold (part) | 10/21/11 | J | C | |
| 4325. - Polycom Inc (X) | | | | | Sold (part) | 10/21/11 | J | C | |
| 4326. - Premier Farnell PLC (X) | | | | | Sold (part) | 12/19/11 | J | | |
| 4327. - Progressive Corp Ohio (X) | | | | | Sold (part) | 10/21/11 | L | | |
| 4328. - Qualcomm Inc (X) | | | | | | | | | |
| 4329. - Republic Services Inc (X) | | | | | | | | | |
| 4330. - Reckitt Benckiser Group | | | | | Buy | 10/24/11 | J | | |
| 4331. - Richemont CIE Fin (X) | | | | | Buy (add'l) | 10/31/11 | J | | |
| 4332. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 4333. | | | | | Buy (add'l) | 12/8/11 | J | | |
| 4334. - Rio Tinto PLC Reg (X) | | | | | Sold (part) | 10/24/11 | K | | |
| 4335. | | | | | Sold (part) | 10/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 4336. - Roche Holding AG Genusschein (X) | | | | | | | | | |
| 4337. - Royal Dutch Shell CL A ADR (X) | | | | | Sold | 10/21/11 | J | A | |
| 4338. - Samsung Elec GDS (X) | | | | | | | | | |
| 4339. - Sampo OYJ | | | | | Buy | 10/24/11 | J | | |
| 4340. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 4341. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 4342. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 4343. - SAP AG Spon ADR (X) | | | | | Sold (part) | 12/09/11 | K | B | |
| 4344. - Schlumberger LTD (X) | | | | | Buy (add'l) | 10/28/11 | J | | |
| 4345. - Schneider Electric SA (X) | | | | | Sold (part) | 10/24/11 | K | | |
| 4346. - Schwab Charles New | | | | | Buy | 10/21/11 | K | | |
| 4347. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 4348. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 4349. - Scripps Networks Interactive (X) | | | | | | | | | |
| 4350. - SES FDR CL | | | | | Buy | 10/24/11 | J | | |
| 4351. - Seadrill LTD (X) | | | | | Buy (add'l) | 10/27/11 | J | | |
| 4352. | | | | | Buy (add'l) | 10/28/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 4353. - Seattle Genetics Inc (X) | | | | | Sold (part) | 10/21/11 | J | | |
| 4354. - Shangri-La Asia | | | | | Buy | 10/24/11 | J | | |
| 4355. - Shire PLC (X) | | | | | Sold (part) | 10/21/11 | L | E | |
| 4356. - Signet Jewlers LTD | | | | | Buy | 10/21/11 | K | | |
| 4357. - SMC Corp (X) | | | | | | | | | |
| 4358. - Softbank Corp (X) | | | | | | | | | |
| 4359. - Sonova Holding (X) | | | | | | | | | |
| 4360. - Standard Chartered (X) | | | | | | | | | |
| 4361. - Stanley Black & Decker Inc | | | | | Buy | 10/21/11 | J | | |
| 4362. - Strayer Ed Inc (X) | | | | | Sold (part) | 10/21/11 | J | | |
| 4363. | | | | | Sold | 11/7/11 | J | | |
| 4364. - Sun Hung Kai Prop (X) | | | | | | | | | |
| 4365. - Swire Pacific LTD (X) | | | | | Sold (part) | 10/24/11 | K | B | |
| 4366. - Swisscom AG Reg | | | | | Buy | 10/24/11 | J | | |
| 4367. - Syngenta AG (X) | | | | | | | | | |
| 4368. - Sysmex Corp (X) | | | | | | | | | |
| 4369. - Target Corp (X) | | | | | Sold (part) | 11/17/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4370. | | | | | Sold (part) | 11/18/11 | J | | |
| 4371. - TE Connectivity LTD (formerly TYCO) (X) | | | | | | | | | |
| 4372. - Tele Norte Leste Part ADR (X) | | | | | Buy (add'l) | 12/27/11 | J | | |
| 4373. | | | | | Sold (part) | 11/4/11 | J | | |
| 4374. | | | | | Sold (part) | 11/7/11 | J | | |
| 4375. | | | | | Sold (part) | 11/8/11 | J | | |
| 4376. | | | | | Sold (part) | 11/10/11 | J | | |
| 4377. | | | | | Sold (part) | 11/11/11 | J | | |
| 4378. | | | | | Sold (part) | 11/18/11 | J | | |
| 4379. | | | | | Sold (part) | 11/18/11 | J | | |
| 4380. | | | | | Sold (part) | 11/21/11 | J | | |
| 4381. - Telus Corp | | | | | Buy | 10/26/11 | J | | |
| 4382. - Telstra Corp (X) | | | | | | | | | |
| 4383. - Tesco PLC (X) | | | | | | | | | |
| 4384. - Television Broadcast | | | | | Buy | 10/24/11 | J | | |
| 4385. - The Walt Disney Co (X) | | | | | | | | | |
| 4386. - Tiffany & Co New (X) | | | | | Sold (part) | 10/21/11 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 4387. - Tingyi Holding Corp | | | | | Buy | 10/24/11 | K | | |
| 4388. - Time Warner Cable Inc (X) | | | | | Sold (part) | 10/21/11 | J | | |
| 4389. - Toronto-Dominion Bank (X) | | | | | Sold (part) | 10/21/11 | K | D | |
| 4390. - Trend Micro Inc (X) | | | | | Buy (add'l) | 10/24/11 | J | | |
| 4391. - Union Pacific Corp | | | | | Buy | 10/21/11 | J | | |
| 4392. - United Technologies Corp (X) | | | | | Sold (part) | 10/21/11 | K | | |
| 4393. - UnitedHealth Group Inc (X) | | | | | Sold (part) | 10/21/11 | K | D | |
| 4394. - Urban Outfitters Inc (X) | | | | | | | | | |
| 4395. - Verizon Communications (X) | | | | | | | | | |
| 4396. - Virgin Media Inc (X) | | | | | Sold | 12/16/11 | K | | |
| 4397. - Visa Inc CL (X) | | | | | | | | | |
| 4398. - Vulcan Materials Co (X) | | | | | Sold (part) | 10/21/11 | J | | |
| 4399. | | | | | Sold (part) | 11/4/11 | J | | |
| 4400. | | | | | Sold (part) | 11/7/11 | J | | |
| 4401. | | | | | Sold | 11/8/11 | J | | |
| 4402. - Wal Mart De Mexico (X) | | | | | | | | | |
| 4403. - Weatherford Intl LTD | | | | | Buy | 10/21/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 4404. | | | | | Sold (part) | 12/19/11 | J | | |
| 4405. | | | | | Sold (part) | 12/19/11 | J | | |
| 4406. | | | | | Sold (part) | 12/20/11 | J | | |
| 4407. | | | | | Sold | 12/20/11 | J | | |
| 4408. - Whitbread PLC | | | | | Buy | 10/28/11 | J | | |
| 4409. - SSGA US Money Market Fund | | | | | Open | 10/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During 2004, the following entities holding real estate sold all of their respective rental properties. To avoid confusion, we will continue to list these entities by their current names(ie. Rental Property #1)
These entities will eventually be liquidated as they wind up their affairs:

Rental Property #2
Rental Property # 16
Rental Property #17
Rental Property # 22
Rental Property #24

(X) Denotes reportable items resulting from current year transfers-in from other accounts.

(Y) Denotes items which are no longer reportable due to transfers-out to other accounts.

(X) (Y) Denotes items that were transferred-in from other accounts and subsequentlly transferred-out to other accounts during the current year. These items are no longer reportable. They are included in this report only becuase they earned reportable income during 2011.

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Maryanne T. Barry**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544